# Exhibit A

4/20/2021                Sliced Ham over Greens with Garnish on Blue Plate – Prepared Food Photos | The Stock Photography Site For The Food Industry



Email

**Title:** Sliced Ham over Greens with Garnish on Blue Plate

**Owner:** Prepared Food Photos

**Views:** 13

**Keywords:** deli, ham, pork

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 3248 px** *( 15″ x 10.8″ @ 300 dpi )*

DOWNLOAD

## Similar Media

4/20/2021        Sliced Ham over Greens with Garnish on Blue Plate – Prepared Food Photos | The Stock Photography Site For The Food Industry



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in





 Email

**Title:** White Mushrooms

**Owner:** Prepared Food Photos

**Views:** 64

**Keywords:** breakfast, dinner, fooddelicious, fresh, fungus, health, healthy, isolated, lunch, meal, musroms, produce, side, snack, tasty, vegetable, vegetables, veggie, veggies, white

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2889 px** *( 15" x 9.6" @ 300 dpi )*

DOWNLOAD

## Similar Media

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in





 Email

**Title:** Crab Salad over Greens on Plate

**Owner:** Prepared Food Photos

**Views:** 53

**Keywords:** <u>crab</u>, <u>deli</u>, <u>dinner</u>, <u>food</u>, <u>fresh</u>, <u>greens</u>, <u>lemon</u>, <u>meal</u>, <u>plate</u>, <u>prepared</u>, <u>saladd</u>, <u>seafood</u>, <u>side</u>, <u>slices</u>, <u>vegetables</u>

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2763 px** *( 15″ x 9.2″ @ 300 dpi )*

[DOWNLOAD](#)

## Similar Media

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in



Cooked Pork Spare Ribs, a Prepared Food Photos, Inc. photographic Stock or Stock Photography



✉ Email

**Title:** Cooked Pork Spare Ribs

**Owner:** Prepared Food Photos

**Views:** 71

**Keywords:** barbeuce, bbq, charred, cooked, dinner, food, fresh, greens, meal, meat, meats, pickles, plate, pork, prepared, ribs, salad, sauce, scallions, seasoned, spare, tomatoes

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 4500 px** *( 15″ x 15″ @ 300 dpi )*

[DOWNLOAD](#)

## Similar Media





Copyright © 2021
Prepared Food Photos
All Rights Reserved.

## Resources

Contact Us
Terms Of Use
Privacy Policy

## Menu

Home
Search Images
Pricing
Log in

Case 3:22-cv-00037-TAD-KDM Document 1-2 Filed 01/05/22 Page 10 of 33 PageID #: 1059



 Email

**Title:** Salad Tuna in a Bowl

**Owner:** Prepared Food Photos

**Views:** 68

**Keywords:** [deli](), [fresh]()

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 3717 px** *( 15" x 12.4" @ 300 dpi )*

[DOWNLOAD]()

**Similar Media**

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

### Resources

Contact Us
Terms Of Use
Privacy Policy

### Menu

Home
Search Images
Pricing
Log in



Seafood

## **Search Results** » Cooked Beef Brisket with Vegetables

< BACK                                                                                                                    NEXT >



✉ Email

**Title:** Cooked Beef Brisket with Vegetables

**Owner:** Prepared Food Photos

**Views:** 49

**Keywords:** bed, beef, beef, brisket, carrots, cooked, dinner, food, fresh, lettuce, meal, meat, meats, onions, plate, prepared, seasoned, vegetables

6/15/2021                    Cooked Beef Brisket with Vegetables – Prepared Food Photos | The Stock Photography Site For The Food Industry

**Colors:**

**Digital Downloads**

**Subscriptions**

License: **Subscription**

Resolution: **4500 x 3000 px** *( 15" x 10" @ 300 dpi )*

DOWNLOAD

**Similar Media**



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

6/15/2021                              Cooked Beef Brisket with Vegetables – Prepared Food Photos | The Stock Photography Site For The Food Industry

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in





Email

**Title:** Cooked Pork Burger

**Owner:** Prepared Food Photos

**Views:** 37

**Keywords:** fresh, meat, meats, pork

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2919 px** *( 15" x 9.7" @ 300 dpi )*

DOWNLOAD

## Similar Media

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in



Case 3:22-cv-00037-TAD-KDM   Document 1-2   Filed 01/05/22   Page 17 of 33 PageID #: 1066



 Email

**Title:** Sliced Turkey Breast

**Owner:** Prepared Food Photos

**Views:** 126

**Keywords:** <u>breast</u>, <u>deli</u>, <u>food</u>, <u>fresh</u>, <u>greens</u>, <u>lettuce</u>, <u>lunch</u>, <u>meal</u>, <u>platter</u>, <u>prepared</u>, <u>roll</u>, <u>rollups</u>, <u>sliced</u>, <u>tomato</u>, <u>turkey</u>, <u>ups</u>

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 3030 px** *( 15" x 10.1" @ 300 dpi )*

<u>DOWNLOAD</u>

## Similar Media

4/20/20... Sliced Turkey Breast - Prepared Food Photos ... | Stock Food Photography | ...

Case 3:22-cv-00037-TAD-KDM Document 1-2 Filed 01/05/22 Page 18 of 33 PageID #: 1067

  

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

## Resources

Contact Us
Terms Of Use
Privacy Policy

## Menu

Home
Search Images
Pricing
Log in



4/20/2021                Boneless Pork Chop on a Plate with Rice – Prepared Food Photos | The Stock Photography Site For The Food Industry



 Email

**Title:** Boneless Pork Chop on a Plate with Rice

**Owner:** Prepared Food Photos

**Views:** 44

**Keywords:** chop, chops, cooked, dinner, dinners, entree, entrees, fresh, meal, meals, meat, pork, pork chop, pork chops

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 3198 px** *( 15″ x 10.7″ @ 300 dpi )*

DOWNLOAD

## Similar Media



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in



Case 3:22-cv-00037-TAD-KDM Document 1-2 Filed 01/05/22 Page 21 of 83 PageID #: 1070



 Email

**Title:** Shrimp Skewers on Plate with Lemons and Limes

**Owner:** Prepared Food Photos

**Views:** 157

**Keywords:** fish, fresh, health, healthy, ocean, sea, seafood

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2841 px** *( 15" x 9.5" @ 300 dpi )*

DOWNLOAD

## Similar Media

4/20/2022 Shrimp Skewers on Plate with Lemons and Limes - Prepared Food Photos, now Pixel-Shot Culinary stock Food Industry

Case 3:22-cv-00037-TAD-KDM Document 1-2 Filed 01/05/22 Page 22 of 33 PageID #: 1071

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in



4/20/2018 Orange Beef Stir Fry on Black Plate with Red Chopsticks – Prepared Food Photos | Stock Photography for the Food Industry



 Email

**Title:** Orange Beef Stir Fry on Black Plate with Red Chopsticks

**Owner:** Prepared Food Photos

**Views:** 44

**Keywords:** asian, beef, ethnic, meat

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2763 px** *( 15" x 9.2" @ 300 dpi )*

DOWNLOAD

## Similar Media










Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in







✉ Email

**Title:** Catfish Fillet Over Greens With Tomato

**Owner:** Prepared Food Photos

**Views:** 41

**Keywords:** catfish, fish, fresh, sea, seafood

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Resolution: **4500 x 2723 px** *( 15″ x 9.1″ @ 300 dpi )*

DOWNLOAD

## Similar Media

     



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in





✉ Email

**Title:** Red Delicious Apples Isolated

**Owner:** Prepared Food Photos

**Views:** 58

**Keywords:** apple, apples, background, delicious, food, fresh, fruit, fruits, health, healthy, isolated, meal, prepared, produce, red, side, snack, white, whole

**Colors:**

## Digital Downloads

### Subscriptions

License: **Subscription**

Case 3:22-cv-00037-TAD-KDM Document 1-2 Filed 01/05/22 Page 29 of 33 PageID #: 1078

Resolution: **1915 x 2300 px** *( 6.4" x 7.7" @ 300 dpi )*

[DOWNLOAD](#)

## Similar Media



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

### Resources

Contact Us
Terms Of Use
Privacy Policy

### Menu

Home
Search Images
Pricing
Log in



Seafood

# <u>Search Results</u> » Cooked Pork Loin

[ < BACK ]



 Email

**Title:** Cooked Pork Loin

**Owner:** Prepared Food Photos

**Views:** 55

**Keywords:** <u>cooked</u>, <u>dinner</u>, <u>food</u>, <u>fresh</u>, <u>greens</u>, <u>loin</u>, <u>meal</u>, <u>meat</u>, <u>meats</u>, <u>plate</u>, <u>pork</u>, <u>prepared</u>, <u>seasoned</u>, <u>sliced</u>

**Colors:**

**Digital Downloads**

## Subscriptions

License: **Subscription**

Resolution: **4500 x 2604 px** *( 15" x 8.7" @ 300 dpi )*

[DOWNLOAD]

**Similar Media**



Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

6/1/2021                          Whole Zucchinis in a Basket – Prepared Food Photos | The Stock Photography Site For The Food Industry

Seafood

# <u>Search Results</u> » Whole Zucchinis in a Basket

< BACK                                                                                              NEXT >



✉ Email

**Title:** Whole Zucchinis in a Basket

**Owner:** Prepared Food Photos

**Views:** 104

**Keywords:** <u>basket</u>, <u>farm</u>, <u>food</u>, <u>fresh</u>, <u>fresh</u>, <u>green</u>, <u>grown</u>, <u>health</u>, <u>healthy</u>, <u>healthy</u>, <u>isolated</u>, <u>prepared</u>, <u>produce</u>, <u>produce</u>, <u>seeds</u>, <u>snack</u>, <u>stem</u>, <u>tasty</u>, <u>vegetable</u>, <u>vegetable</u>, <u>vegetables</u>, <u>veggie</u>, <u>veggies</u>

**Colors:**

6/1/2021                                    Whole Zucchinis in a Basket – Prepared Food Photos | The Stock Photography Site For The Food Industry

**Digital Downloads**

**Subscriptions**

License: **Subscription**

Resolution: **4500 x 2406 px** *( 15″ x 8″ @ 300 dpi )*

DOWNLOAD

**Similar Media**

Copyright © 2021
Prepared Food Photos
All Rights Reserved.

**Resources**

Contact Us
Terms Of Use
Privacy Policy

**Menu**

Home
Search Images
Pricing
Log in