# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-015-841**

**Effective Date of Registration:**
September 01, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group registration photos ADLIFE-COLLECTION-082916 published FEB. 26, 2007 through Dec. 21, 2007; 26 photos total |
| **Previous or Alternate Title:** | Group registration of photographs published FEB 2007 through DEC 2007. |
| **Content Title:** | SandwichAsst016, 03-29-2007; SaladChicken002, 05-20-2007; SaladChicken003, 08-09-2007; SaladColeSlaw002, 02-27-2007; SaladColeSlaw006, 04-10-2007; SaladDeliAsst002, 07-21-2007; SaladCucumber006, 06-29-2007; SaladDeliAsst001, 06-29-2007; SaladEgg004, 11-17-2007; SaladGarden008, 09-27-2007; SaladMacaroni001, 04-16-2007; BLT004, 11-28-2007; BolognaSLiced007, 03-08-2007; ChickenSandwichBBQ002, 11-28-2007; ChickenSandwichGrilled002, 09-27-2007; ColdCutAsst029, 12-11-2007; CornBeefSodaBread002, 03-08-2007; HamSliced001, 02-26-2007; HamSliced003, 02-26-2007; ChristmasDinner001, 11-16-2007; ChristmasDinner002, 11-28-2007; SaladMacaroni004, 04-16-2007; SaladMacaroni006, 04-26-2007; SaladMacaroniPotato001, 07-13-2007; SaladPasta003, 09-11-2007; Pickle007, 12-21-2007; WrapChickenCaesar002, 10-11-2007. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | February 26, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., employer-for-hire of David Ciolfi |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. 38 Church St, PAWTUCKET, RI, 02860 |

## Rights and Permissions

|  |  |
|---:|:---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver, Esq. |
| **Email:** | miltonoliver@ieee.org |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---:|:---|
| **Name:** | Milton M. Oliver |
| **Date**: | September 01, 2016 |
| **Applicant's Tracking Number**: | 873-057-309 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teghe Clapett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-021-644

**Effective Date of Registration:**
November 04, 2016

---

## Title
_____

**Title of Work:** ADLIFE-COLLECTION-110216

**Previous or Alternate Title:** Group registration of published photos 01-09-1996 through 12-05-1996; about
220 photos total.

**Content Title:** Bagel002, 08-05-1996;
Bagel004, 08-05-1996;
Bagel005, 12-05-1996;
Bagel006, 05-17-1996;

Bagel007, 10-05-1996;
Bagel008, 12-05-1996;
Bagel009, 10-18-1996;
BagelAlFresco001, 03-12-1996;

BagelBlueberry001, 05-05-1996;
BagelBlueberry002, 12-05-1996;
BagelButterOJ001, 05-15-1996;
BagelButterOJ002, 05-15-1996;

BagelButterOJ003, 05-15-1996;
BagelButterOJ004, 05-15-1996;
BagelChips001, 08-05-1996;
BagelChocolateChip001, 07-14-1996;

BagelChocolateChip002, 05-05-1996;
BagelChocolateChip003, 12-05-1996;
BagelCreamCheese002, 08-05-1996;
BagelCreamCheese003, 08-15-1996;

BagelCreamCheese004, 08-05-1996;
BagelCreamCheese005, 11-12-1996;

BagelCreamCheese006, 05-05-1996;
BagelCreamCheese007, 12-05-1996;
BagelCreamCheeseMilk001, 08-27-1996;
BagelCreamCheeseMilkFruit001, 08-27-1996;
BagelNewYorkStyle001, 08-05-1996;

BagelRollKnotted001, 05-05-1996;
BagelsCinnamonRaisin001, 11-14-1996;
BagelWholeWheat001, 05-05-1996;

*BagelWholeWheat002, 12-05-1996;*
BakedTroutHRO307, 01-09-1996;

Baklava001, 09-24-1996;
Baklava002, 09-24-1996;
BarLemon001, 06-05-1996;
BeefEyeRoundRoast001, 11-23-1996;

BeefPotRoastDinner001, 06-05-1996;
BeefSirloinRoastBoneless002, 11-16-1996;
BiscottiDunking001, 11-11-1996;
Biscuit001, 01-20-1996;
Biscuit002, 11-21-1996;

Biscuit003, 04-08-1996;
BiscuitEggAnise001, 11-13-1996;
BunCinnamon001, 07-10-1996;
BunCinnamon002, 08-05-1996;

BunCinnamon003, 06-27-1996;
BunHotCross001, 03-11-1996;
BunHotCross002, 03-12-1996;
BunHotCross003, 03-17-1996;
BunHotCross005, 08-05-1996;

BunHotCross006, 01-13-1996;
BunJumboCinamon001, 05-19-1996;
BunJumboCinamon002, 04-14-1996;
Cannoli001, 05-10-1996;
Cannoli003, 08-10-1996;
CantaloupeHR0307, 10-27-1996;
ChickenFajitasCookedHR0305, 08-08-1996;
CoffeeCake001, 02-05-1996;
CoffeeCake002, 08-25-1996;

CoffeeCakeBlueberry001, 09-25-1996;
CoffeeCakeBlueberry002, 09-25-1996;
CoffeeCakeCinnamon001, 02-05-1996;
CoffeeCakeDanish001, 08-05-1996;

CoffeeCakePecan001, 11-15-1996;
CoffeeCakePecan002, 11-08-1996;
CoffeeCakeStrawberry001, 02-05-1996;
CookiesAlmond001, 11-12-1996;
CremeHorn001, 08-05-1996;

CremeHorn002, 05-05-1996;
CreamPuffs001, 06-05-1996;
CrispPeach001, 02-05-1996;
Croissant001, 08-05-1996;
Croissant002, 01-12-1996;

Croissant003, 04-21-1996;
CroissantBerry001, 08-05-1996;
CroissantChocolate001, 08-05-1996;
CroissantMini001, 07-12-1996;

CroissantMini002, 01-12-1996;

CroissantMini003, 08-05-1996;
CroissantStrawberry001, 08-05-1996;
Cruller001, 08-05-1996;
CrullerCinnamon002, 06-15-1996;

CrumbCake001, 08-22-1996;
Crumpet001, 08-05-1996
CrumpetGourmetBaker001, 08-05-1996;
Danish001, 02-05-1996;

Danish002, 08-05-1996;
Danish003, 08-05-1996;
Danish004, 08-05-1996;
Danish005, 07-05-1996;
Danish006, 11-27-1996;

DanishAsst001, 08-05-1996;
DanishAsst002, 08-05-1996;
DanishAsst003, 08-05-1996;
DanishAsst004, 08-05-1996;

DanishCheese001, 04-26-1996;
DanishCheese002, 08-25-1996;
DanishCheese003, 08-25-1996;
DanishCheeseRaspberry001, 08-25-1996;
DanishCreamCheese001, 08-05-1996;

DanishFigureEight001, 09-05-1996;
DanishFruit001, 10-13-1996;
DanishRaspberry001, 08-25-1996;
DanishRaspberry002, 08-25-1996;
DanishRaspberry003, 08-05-1996;

DanishRaspberry004, 05-05-1996;
DonutApple001, 10-09-1996;
DonutappleCider001, 10-18-1996;
DonutAsst001, 08-05-1996;

DonutAsst002, 08-05-1996;
DonutAsst003, 07-05-1996;
DonutAsst004, 08-05-1996;
DonutAsst005, 03-11-1996;
DonutAsst006, 02-19-1996;

DonutAsst007, 04-18-1996;
DonutAsst008, 04-17-1996;
DonutAsst009, 11-13-1996;
DumplingApple001, 02-18-1996;

Eclair001, 08-05-1996;
Eclair002, 04-27-1996;
EclairMini001, 02-16-1996;
EclairMini002, 07-10-1996;

EclairMini003, 02-05-1996;
EclairMini004, 02-05-1996;

EclairMini005, 04-24-1996;
EclairMini006, 08-19-1996;
EggBenedict004, 05-05-1996;

EggScrambledToast001, 05-05-1996;
ElephantEar001, 03-20-1996;
ElephantEar002, 09-23-1996;
ElephantEarCinnamon001, 08-05-1996;
FrenchToast001, 05-05-1996;

FrenchTwist001, 10-05-1996;
FritterCorn001, 08-05-1996;
Frittercorn002, 08-05-1996;
HoneyHam0311,  09-26-1996;
LambLegOfLambSliced001, 11-21-1996;

MofongowithShrimp(MofongoDeCamarones)003, 05-05-1996;
MushroomsWhiteHR0305, 06-09-1996;
PaniniVeggie001, 04-24-1996;
PastryAsst001, 05-20-1996;

PastryAsst002, 08-05-1996;
PastryAsst003, 08-05-1996;
PastryAsst004, 08-05-1996;
PastryAsst005, 08-05-1996;
PastryAsst006, 10-05-1996;

PastryMini001, 09-21-1996;
PastryStickChco001, 08-05-1996;
PastryStickCherry001, 08-05-1996;
PastryStickRaspberry001, 08-05-1996;

PastryTray001, 11-15-1996;
PastryTray002, 08-05-1996;
PastryTray003, 10-05-1996;
PopoverRaspberry001, 11-05-1996;
PorkButtCooked0306, 11-17-1996;

PorkChopsBonelessSirloin0306, 04-11-1996;
PorkRoastCrownHR0312, 03-11-1996;
PrimeribCookedHR0311, 02-05-1996;
RingPecan001, 08-05-1996;

RollChocolateChrome001, 01-20-1996;
RollCinnamon001, 08-05-1996;
RollCinnamon002, 02-05-1996;
RollCinnamon003, 04-13-1996;
RollIcedCinnamon001, 08-05-1996;

RollIcedCinnamon002, 07-05-1996;
RollIcedCinnamon003, 08-19-1996;
RollIcedCinnamon004, 11-13-1996;
RollJelly001, 08-05-1996;

RollJelly002, 08-05-1996;
RollJellyMini001, 08-05-1996;
RollJellyMini002, 08-05-1996;

RollLemon001, 08-05-1996;
RollRaspberry001, 08-05-1996;

Rugelach001, 03-13-1996;
RugelachCherry001, 10-21-1996;
Scone001, 04-14-1996;
Scone002, 08-05-1996;

Sconce003, 09-05-1996;
Sconce004, 09-26-1996;
Sconce005, 10-05-1996;
SconeBlueberry001, 03-09-1996;
SconeBreakfast001, 11-10-1996;
SconeChocolate001, 03-09-1996;
SconeCinnamon001, 04-17-1996;
SconeCinnamon002, 05-05-1996;
SconeCranberry001, 03-09-1996;
SconeRaisin001, 03-09-1996;
ShrimpCocktail011, 04-24-1996;
Smores001, 05-15-1996;
SquareFruit001, 01-13-1996;
SquareFruit002, 09-23-1996;

SquareLemon001, 03-05-1996;
StickyBun001, 10-05-1996;
StickyBun003, 10-05-1996;
StripDanishBerry001, 04-08-1996;
StripDanishRaspberry001, 08-09-1996;

Strudel001, 08-05-1996;
StrudelBiteApple001, 08-05-1996;
StrudelBiteApple002, 01-12-1996;
StrudelBiteBlueberry001, 01-12-1996;

StrudelBiteRaspberry001, 01-12-1996;
StrudelBiteStrawberry001, 08-05-1996;
StrudelBiteStrawberry002, 03-13-1996;
StrudelStickApple001, 08-05-1996;
SweetRollPecan001, 11-27-1996;

SwordfishGrilled001, 10-15-1996;
TarteTatan001, 08-05-1996;
TarteTatan002, 08-05-1996;
TartFruit001, 12-05-1996;

TartFruit002, 09-05-1996;
TartFruit003, 09-23-1996;
TartFruit004, 06-27-1996;
TartFruit005, 09-05-1996;
TartFruit006, 11-20-1996;

TartFruit007, 08-26-1996;
TartPeach001, 04-08-1996;
TartPhyloApple001, 08-05-1996;
TartPhyloFruit001, 08-05-1996;

TartRaspberry001, 12-05-1996;
TartRaspberry002, 07-21-1996;

TartRaspberry003, 07-21-1996;
TartRaspberryAlmond001, 09-14-1996;
Tiramisu001, 03-24-1996;

ToastAnisette001, 07-17-1996;
ToasterStrudel001, 07-05-1996;
ToasterStrudel002, 07-05-1996;
ToasterStrudel003, 07-05-1996;
TorteFruit001, 10-05-1996;

TorteFruit002, 10-05-1996;
TorteFruit003, 10-05-1996;
TurkeyBreastSlices001, 11-21-1996;
TurkeySandwichChipsHR0307, 04-05-1996;

TurkeyWhole001_ADL, 12-05-1996;
TurkeyWingsCookedHR0305, 04-05-1996;
TurnoverApple001, 08-05-1996;
TurnoverApple002, 08-05-1996;
TurnoverApple003, 08-05-1996;

TurnoverApple004, 02-17-1996;
TurnoverApple007, 09-21-1996;
TurnoverBlueberry001, 05-19-1996;
TurnoverBlueberry002, 12-05-1996;

TwirlCinnamon001, 04-27-1996;
TwirlCinnamon002, 04-27-1996;
TwirlCinnamon003, 07-26-1996;
TwistCinnamon001, 08-05-1996;

TwistRaspberryCinnamon001, 06-19-1996;
WrapTurkeySpinachTomBleu002, 04-17-1996;
Zeppoli001, 03-11-1996;
Zeppoli002, 03-17-1996;
Bagel001, 09-26-1996.

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 09, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc. Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
| | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER, PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | November 04, 2016 |
| **Applicant's Tracking Number:** | 873-057-318 |

| | |
|---|---|
| **Correspondence:** | Yes |





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayeth*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-022-966

**Effective Date of Registration:**
November 26, 2016

## Title
─────────────────────────────────────────

**Title of Work:** ADLIFE-COLLECTION-112316

**Previous or Alternate Title:** Group registration of photos published 01-09-1994 through 12-05-1994; about 250 photos total.

**Content Title:** ApplePieALaModeHR0709, 07-26-1994;
BarbecueChickenHR0710, 05-26-1994;
CubanPaniniSandwichHR0705, 03-22-1994;
DeliSandwichHR0709, 01-24-1994;

FlagCakeHR0707, 04-05-1994;
MeatCheeseTomatoesHR0702, 06-05-1994;
PeppersHR0703, 11-11-1994;
PorkChopsCookedHR0712, 08-13-1994;
RicePilafHR0709, 12-05-1994;

SteakRareHR0710, 03-08-1994;
ThanksgivingDinner2HR0711, 01-26-1994;
ThanksgivingDinnerHR0711, 05-05-1994;
TopSirloinSteakCookedHR0711, 8-23-1994;

WrapsHR0709, 02-19-1994;
7LayerSaladHR0308, 03-13-1994;
AmericanTroutRoeHR0312, 02-05-1994;
Antipasto0309, 06-27-1994;
AppleCinnamonStrudel0311, 08-05-1994;

AppleCrispHR0311, 09-17-1994;
ApplePie0310, 03-13-1994;
ApplePieInTinHR0309, 06-25-1994;
ApplesJonathanGoldHR0312, 03-05-1994;
AppleTurnoversHR0308, 03-22-1994;

ApricotsInBasket0311, 10-16-1994;
Asparagus0307, 08-14-1994;
AssortedMuffinsHR0309, 10-18-1994;
BagelsCinnamonRaisinHR0305, 09-19-1994;

BagelsHR0310, 05-12-1994;
BananaNutBreadHR0308, 07-23-1994;
BananaShake0307, 10-10-1994;
BananaSplitHR0307, 12-05-1994;
BasketOfChickenHR0308, 06-18-1994;

Page 1 of 7

BeefKabobsHR0306, 03-16-1994;
BeefRoastBostonCooked0312, 06-08-1994;
BeefRoastBostonRaw0312, 02-05-1994;
BeefTenderloinCookedHR0311, 01-11-1994;

BeefTenderloinRawHR0311, 11-05-1994;
BlackberryPie0311, 04-27-1994;
BlueberryPie0308, 06-15-1994;
BonelessCrossCutRibRoast0310, 11-20-1994;
BonelessCrossCutRibRoastC0310, 08-19-1994;

BottomBeefRoundRoast0309, 10-05-1994;
BottomBeefRoundRoastRaw0309, 03-05-1994;
BouillabaisseHR0309, 04-05-1994;
Bratwurst0307, 04-11-1994;

BreadBeerHR0312, 11-05-1994;
BreadedFishFriesHR0309, 07-05-1994;
BrowniesHR0309, 12-05-1994;
CakeAngelFoodHR0306, 07-18-1994;
CakeChocolateHR0306, 11-11-1994;

CakeDonutHolesHR0308, 11-26-1994;
CakeRedVelvetHR0312, 02-18-1994;
CakeRollsChocolateHR0306, 06-05-1994;
CannoliHR0310, 11-05-1994;

CaramelAppleHR0309, 02-14-1994;
CaramelCheesecakeHR0310, 09-12-1994;
CatFoodDryHR0312, 03-05-1994;
CeleryHeartsHR0312, 11-05-1994;
Chard0306, 01-15-1994;

CherryCoffeeCake0308, 2-19-1994;
ChestnutsHR0311, 07-20-1994;
ChestnutsRoasted0312, 01-11-1994;
ChickenBreastGrilledHR0306, 09-19-1994;
ChickenBreastsCooked0309, 08-24-1994;

ChickenBreastsRaw0309, 07-16-1994;
ChickenChowMein0308, 03-15-1994;
ChickenFajitasRawHR0305, 02-26-1994;
ChickenKievCooked0311, 07-12-1994;

ChickenKievRaw0311, 06-10-1994;
ChickenPieces0307, 11-10-1994;
ChickenQuartersGrillHR0307, 03-05-1994;
ChickenQuartersRawHR0307, 02-27-1994;
ChiliHR0309, 03-10-1994;

ChocolateCake0307, 10-10-1994;
ChocolateCheesecakeHR0311, 01-27-1994;
ChocolateCreamPie0310, 04-08-1994;
ChocolateIceCreamHR0307, 07-05-1994;

ChocolateIceCreamHR0308, 04-13-1994;
ChocolateMousseHR0307, 04-26-1994;



ChocolatePuddingHR0311, 01-21-1994;
CinnamonRaisinBagelHR0308, 09-05-1994;
CinnamonRolls0307, 06-05-1994;

CinnamonSconesHR0311, 03-27-1994;
ClamsPasta0309, 02-22-1994;
CocktailSmokiesHR0312, 08-05-1994;
CocktailWienersHR0309, 06-20-1994;

CoconutsHR0309, 10-22-1994;
CoffeeBeansHR0305, 10-19-1994;
CoffeeCakeDanishFruit0312, 09-20-1994;
CookieDecoratingHR0312, 07-17-1994;
CookiesMilkHR0311, 09-13-1994;

CookiesSugarHR0305, 08-13-1994;
CookieSugarNecktieHR0306, 05-16-1994;
CornOnCob0307, 10-20-1994;
CornOnPlateWButterHR0308, 01-19-1994;

CottageCheeseWPineapple0308, 03-21-1994;
Couscous0311, 11-18-1994;
CrabSaladHR0309, 08-05-1994;
Cranberries0310, 10-18-1994;
Cranberries0311, 04-08-1994;

CranberrySconesHR0311, 02-05-1994;
CreamCheeseStrawberryHR0306, 03-23-1994;
CreamSugar0309, 05-13-1994;
CremeBruleeHR0311, 03-05-1994;
CrescentRollsHR0307, 07-26-1994;

CubeSteakCookedHR0308, 06-24-1994;
CucumbersEnglish0306, 08-12-1994;
DessertFruitCupHR0308, 01-09-1994;
DeviledEggsHR0308, 11-05-1994;

DeviledEggsHR0309, 10-24-1994;
DonutsAssortedHR0305, 02-05-1994;
DonutsSpudNutHR0312, 05-26-1994;
EggsPoachedHR0305, 09-05-1994;
EnglishMuffins0310, 05-23-1994;

EspressoIceCreamHR0310, 06-14-1994;
FlowerArrangementHR0306, 06-05;
FlowerArrangementHR0308, 08-14-1994;
FourthOfJulyCakeHR0307, 05-26-1994;

FourthOfJulyCookiesBW0307_M_150_B_G, 02-05-1994;
FourthOfJulyCookiesHR0307, 02-12-1994;
FriedRice0308, 08-09-1994;
FrozenTreats0307, 06-18-1994;
FrozenYogurt0308, 07-25-1994;

FruitPizza0308, 06-17-1994;
FruitSaladHR0307, 07-05-1994;
GermanChocolateCakeHR0310, 10-19-1994;
GermanPotatoSaladHR0308, 11-25-1994;

GermanSausageHR0311, 10-19-1994;
GreenBeans0307, 11-05-1994;
GroundVeal0311, 07-14-1994;
GyrosHR0311, 11-11-1994;
HalibutHR0311, 03-12-1994;

HalloweenCupcakesHR0310, 03-05-1994;
HamburgerBunsHR0307, 03-26-1994;
HamburgersBratwurstHR0306, 03-10-1994;
HamburgersHR0307, 09-12-1994;

HamCheeseSandwichHR0309, 07-23-1994;
HamRoast0311, 05-25-1994;
HamSteak0310, 03-15-1994;
HamWPineappleHR0310, 03-25-1994;
Honeycomb0312, 09-17-1994;

HorsDOeuvres0309, 05-17-1994;
HorsDOeuvresHR0310, 05-22-1994;
HotDogBunsHR0307, 08-05-1994;
HotDogsHR0307, 06-23-1994;
HotDogsHR0309, 10-05-1994;

HotPadsRedGreenHR0312, 09-25-1994;
IceCreamCone0307, 10-20-1994;
IceCreamCookiesHR0307, 07-24-1994;
IceCreamEggNogHR0312, 10-22-1994;

IceCreamSundae0308, 09-23-1994;
IceCubesInBagHR0308, 04-16-1994;
JicamaHR0306, 07-05-1994;
KielbasaOnGrill0307, 01-20-1994;
KingCrabLegsHR0310, 02-13-1994;

Kohlrabi0306, 05-27-1994;
LambLoinChopsHR0310, 07-15-1994;
LargeKosherPicklesHR0309, 11-25-1994;
Lemonade0307, 09-16-1994;

Lemons0306, 01-23-1994;
LimaBeans0307, 12-05-1994;
LimeGelatinMoldHR0308, 08-11-1994;
LobsterMeatCannedHR0312, 10-16-1994;
LobsterRollHR0306, 09-21-1994;

MacadamiaNuts0311, 03-12-1994;
MahiMahiCooked0311, 06-17-1994;
MahiMahiRaw0311, 03-16-1994;
ManicottiUncookedHR0305, 12-05-1994;

MapleSyrupJar0312, 08-09-1994;
MeatloafCookedHR0309, 05-11-1994;
MeatloafRawHR0309, 03-12-1994;
MelonCup0306, 08-08-1994;
MilkStrawberryHR0306, 04-15-1994;

MimosaHR0312, 03-19-1994;
MintMeringueCookiesHR0311, 06-05-1994;



MuffinsEnglishHR0305, 04-12-1994;
MushroomsOyster0306, 03-21-1994;

MustardPotatoSaladHR0307, 09-26-1994;
MylarBalloon0308, 04-24-1994;
Nachos0309, 08-26-1994;
OliveLoaf0312, 06-05-1994;
OnionsPanacheHR0312, 08-15-1994;

OnionsVidaliaHR0305, 11-21-1994;
OrangeJuicePitcherHR0308, 11-14-1994;
OrangesHR0307, 09-05-1994;
OysterSoupHR0308, 02-05-1994;
Pancakes0307, 07-10-1994;

ParmesanCheeseHR0310, 12-05-1994;
PastramiSandwich0311, 07-26-1994;
PeachTartsHR0311, 02-08-1994;
PeanutButterHR0306, 06-11-1994;

PearsButterHR0312, 06-23-1994;
PecanCoffeeCake0307, 07-05-1994;
PennePastaWSlicedTunaHR0308, 11-13-1994;
PerchRawHR0306, 10-23-1994;
PhillyCheeseSteak0310, 10-11-1994;

PicklesAssortedHR0306, 05-05-1994;
PieKeyLimeHR0306, 07-05-1994;
PieRazzleberryHR0312, 08-12-1994;
PieRhubarbStrawberry0312, 03-11-1994;

Pineapples0308, 07-21-1994;
PistachiosHR0310, 04-19-1994;
PolentaHR0310, 11-05-1994;
PorkButtRaw0306, 04-09-1994;
PorkChopsMashedPotatoes0310, 03-18-1994;

PorkCubeSteakRawHR0308, 11-05-1994;
PorkLoinChopsHR0310, 07-25-1994;
PorkSpareRibsCooked0306, 05-10-1994;
PorkSpareRibsRaw0306, 01-09-1994;

PortabellaMushroomsHR0310, 02-05-1994;
PotatoesGolden0306, 10-08-1994;
PretzelsCheeseDipHR0309, 11-05-1994;
PrimeRibCookedHR0309, 04-14-1994;
PrimeRibRawHR0309, 11-05-1994;

PrimeRibRawHR0311, 04-09-1994;
PuddingRiceHR0312, 02-13-1994;
PumpkinPieALaModeHR0310, 09-23-1994;
PumpkinsInBasketHR0310, 06-05-1994;

QuicheLorraine0310, 04-05-1994;
Radicchio0306, 03-20-1994;
RaspberryYogurtHR0311, 02-17-1994;
RavioliMarinaraSauceHR0312, 03-22-1994;
RedSnapperRawHR0305, 11-19-1994;

RedWhiteBlueCakeHR0309, 06-17-1994;
RibeyeRoastCooked0309, 07-08-1994;
RibEyeRoastRaw0309, 08-05-1994;
RibEyeSizzle0310, 04-10-1994;
RibsBarbecueHR0312, 02-15-1994;

RibsPorkRawHR0312, 05-25-1994;
RoastedWholeChickenHR0308, 11-11-1994;
RoastPrimeRibRaw0312, 08-05-1994;
RollsCinnamon0312, 09-22-1994;

RollsCinnamonCaramelHR0312, 06-23-1994;
RollsDinner7Grain0312, 12-05-1994;
RollsHoagieHR0312, 07-17-1994;
RollsKaiserHR0306, 04-13-1994;
RomaTomatoes0308, 09-05-1994;

RyeBreadHR0307, 09-12-1994;
SaladCranberry0312, 05-26-1994;
SaladFruitHR0305, 01-20-1994;
SaladPastaSeafoodHR0306, 05-16-1994;

SaladTunaHR0305, 01-14-1994
SaladTwistPastaHR0305, 05-05-1994;
SaladZitiBroccoliHR0305, 07-17-1994;
SalmonKabobsGrilledHR0311, 05-23-1994;
SalmonSteaksHR0307, 05-17-1994;

SausagePizzaHR0308, 08-11-1994;
ScoopOfBrownSugar0308, 01-21-1994;
ScrambledEggs0310, 01-20-1994;
SeaBassRawHR0305, 06-18-1994.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1994 |
| Date of 1st Publication: | January 09, 1994 |
| Nation of 1st Publication: | United States |

## Author

- **Author:** ADLIFE Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States



Page 6 of 7

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MILTON M. OLIVER, Esq. |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | November 26, 2016 |
| **Applicant's Tracking Number:** | 873-057-323 |







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-023-644

**Effective Date of Registration:**
December 02, 2016

---

## Title

**Title of Work:** ADLIFE-COLLECTION-113016

**Previous or Alternate Title:** Group registration of photos published 01-12-1994 through 12-05-1994; about 250 photos total.

**Content Title:** BourbonSteakTips_ADL, 02-13-1994;
ChickenCeasarSalad_ADL, 05-05-1994;
ChickenParmesan_ADL, 05-05-1994;
Coleslaw_ADL, 09-05-1994;

CubanSandwich_ADL, 05-05-1994;
CurriedChickenRice_ADL, 08-16-1994;
FriedChicken_ADL, 10-05-1994;
FriedChicken_ADL(2), 02-05-1994;
HappyGraduationCake_ADL, 11/27/1994;

HawaiianPizza_ADL, 05-05-1994;
ItalianSausage_ADL, 10/05/1994;
MinestroneSoup_ADL, 10-05-1994;
PepperSteak1_ADL, 02/14/1994;

PooPooPlatter1_ADL, 12/05/1994
PopcornChicken_ADL, 12-05-1994;
SpicyChickenSandwich_ADL, 02/05/1994;
SweetPotatoFries_ADL, 05/05/1994;
ThanksgivingDinner2HR0711, 10-05-1994;

ValentineCupcakes_ADL, 02/05/1994;
AngelFoodCakeHR0411, 03-14-1994;
AppleCiderHR0411, 09-19-1994;
ApplesGrannySmithHR0401, 10-26-1994;
AppleStreuselMuffin0405, 02-10-1994;

ArmRoastCookedHR0404, 12-05-1994;
ArmRoastRawHR0404, 05-11-1994;
Asparagus0409, 03-21-1994;
AsparagusCookedHR0401, 01-18-1994;

AsparagusPotatoSalad0405, 09-22-1994;
AsparagusRawHR0401, 06-23-1994;
BakedBeans0412, 08-20-1994;
Bananas0411, 11-20-1994;
BananaSplit0410, 05-05-1994;

BasketOfBolillosHR0403, 03-05-1994;
BeanBurritosHR0403, 05-19-1994;
BeefBrisketCookedHR0404, 06-15-1994;
BeefBrisketRawHR0404, 03-19-1994;

BeefCheeseNachos0410, 11-08-1994;
BeefSirloinSteakHR0410, 06-05-1994;
BeefSirloinSteakRawHR0410, 06-13-1994;
BeefSteakShankCooked0407, 11-25-1994;
BeefSteakShankRaw0407, 09-16-1994;

BeefStewHR0411, 12-05-1994;
BeefStewInBreadBowl0405, 05-12-1994;
BeefTenderloinCooked0406, 02-05-1994;
BeefTenderloinRaw0406, 05-05-1994;

BelgianWaffles0407, 10-12-1994;
BellPeppers0409, 04-21-1994;
BiscottiHR0401, 04-12-1994;
BlackEyedPeas0405, 06-14-1994;
BlackForestCherryCake0406, 06-17-1994;

BlackGreenOlives0411, 07-17-1994;
BLTCroissant0408, 08-10-1994;
BlueberriesHalfPoundHR0409, 03-23-1994;
BlueberriesHR0406, 02-14-1994;

BokChoyCooked0406, 08-23-1994;
BokChoyRaw0406, 11-26-1994;
BostonCreamPieHR0410, 06/10/1994;
BreadGarlicHR0402, 08-05-1994;
BreadGarlicHR0402_S_72_C_R_eps_M_150_C_R, 11-19-1994;

BreadPuddingHR0412, 11-11-1994;
BreadRaisinHR0402, 06-14-1994;
BreakfastCasserole0407, 09-05-1994;
BroccoflowerHR0401, 02-09-1994;
BroccoliCheeseHR0407, 11-11-1994;

BroccoliHR0404, 03-13-1994;
BrusselsSprouts0408, 12-05-1994;
BuffaloWingsCooked0406, 09-20-1994;
BuffaloWingsCookedHR0411, 05-13-1994;

BuffaloWingsRaw0406, 10-17-1994;
ButterBeansHR0412, 05-12-1994;
ButtermilkHR0407, 12-05-1994;
Cabbage0411, 12-05-1994;
CactiHR0403, 03-24-1994;

CajunHurricaneHR0412, 07-05-1994;
CajunRedBeansRiceHR0405, 02-13-1994;
CakeAppleCinnamonHR0402, 06-26-1994;
CakeGermanChocolateHR0401, 07-12-1994;

CalabazaHR0403, 11-26-1994;
CalzoneHR0407, 09-14-1994;



CandyNutCoffeecakeHR0404, 08-15-1994;
CanOfSardinesHR0403, 06-12-1994;
CappuccinoGranitaHR0408, 05-05-1994;

CarrotCakeHR0408, 02-16-1994;
Carrots0409, 06-26-1994;
CatfishCookedHR0407, 10-17-1994;
CatfisFriedHR0405, 05-21-1994;

CatfishRawHR0405, 10-16-1994;
CatfishRawHR0407, 11-13-1994;
Cauliflower0409, 09-14-1994;
CaviarHR0406, 06-05-1994;
CerealMilkHR0407, 01-24-1994;

CheeseBallCrackersHR0405, 06-05-1994;
CheeseCrackersBeer0408, 11-21-194;
CheeseCubesAssortedHR0409, 12-05-1994;
CheeseMozzarellaHR0402, 08-05-1994;

CheeseSpreadPimentoHR0402, 05-05-1994;
CherryCobblerHR0408, 01-19-1994;
CherryTomatoes0409, 04-20-1994
ChickenBitesCookedHR0401, 09-26-1994;
ChickenBreastRawHR0402, 05-08-1994;

ChickenDrummettesHR0412, 08-09-1994;
ChickenFingers0410, 03-13-1994;
ChickenNuggetsHR0412, 10-20-1994;
ChickenQuartersCooked0412, 09-05-1994;
ChickenQuartersRaw0412, 09-09-1994;

ChickenThighsCookedHR0409, 07-05-1994;
ChickenThighsRawHR0409, 03-24-1994;
ChickenTortillaSoupHR0403, 09-18-1994;
ChickenWingsRawHR0411, 07-09-1994;

ChiliWithCheeseHR0411, 08-14-1994;
ChitlinsCookedHR0405, 10-24-1994;
ChitlinsRawJR0405, 08-20-1994;
Chives0411, 04-05-1994;
ChocolateCakeHR0411, 03-19-1994;

ChocolateCheesecakeHR0407, 01-18-1994;
ChocolateMousseHR0411, 07-05-1994;
ChocolateTruffles0412, 07-27-1994;
ChuckSteakCookedHR0404, 10-11-1994;

ChuckSteakRawHR0404, 07-17-1994;
Cilatro0411, 02-11-1994;
CilantroHR0404, 03-19-1994;
CinnamonRaisinBunsHR0405, 01-16-1994;
ClubSandwichesHR0411, 11-10-1994;

CoffeePotMugHR0407, 04-20-1994;
CollardGreensHR0405, 03-18-1994;
CookiesAssortedHR0401, 02-05-1994;
CookiesAssortedHR0402, 03-05-1994;

CookiesIceCreamHR0405, 03-10-1994;
CornbreadDressingHR0405, 04-16-1994;
CornbreadHR0402, 09-05-1994;
CornDogsHR0411, 09-17-1994;
CornedBeefBrisketHR0409, 10-13-1994;

CornOnTheCob0409, 10-19-1994;
CottageCheesePizza0404, 05-20-1994;
CrabcakesHR0409, 09-11-1994;
CrabSaladInPitaBread0404, 07-05-1994;

CrabThaiCornSoupHR0406, 07-05-1994;
CrackersWCheeseHR0406, 03-10-1994;
CranberryJuiceHR0407, 08-13-1994;
CrayfishCookedHR0412, 01-15-1994;
CreamCheeseHR0412, 06-20-1994;

CreamCheeseNutHR0402, 05-05-1994;
CremeHorns0407, 11-14-1994;
CrepesConChocolateHR0403, 03-17-1994;
Cucumbers0409, 11-17-1994;
CustardPieHR0408, 04-05-1994;

DaiquirisAssortedHR0412, 04-25-1994;
DaisyArrangementHR0410, 11-10-1994;

DarkBeerHR0410, 08-18-1994;
DateNutBreadHR0411, 12-05-1994;

DeepFriedZucchini0405, 08-25-1994;
DeliSaladsAssortedHR0407, 09-13-1994;
DeviledCrabEggsHR0405, 01-21-1994;
DillPickles0410, 06-25-1994;
DonutHolesHR0401, 07-05-1994;

DonutsCakeHR0401, 05-27-1994;
DonutsHR0406, 11-17-1994;
DozenRosesHR0410, 03-23-1994;
DriedCranberries0411 07-21-1994;

DriedFruit0412, 11-27-1994;
DryBuckwheatPastaHR0412, 07-05-1994;
DryMacaroniHR0412, 08-05-1994;
DuckCooked0407, 06-05-1994;
DuckRaw0407, 07-05-1994;

Eggplant0405, 11-18-1994;
EggplantHR0402, 10-05-1994;
EggplantHR0409, 06-24-1994;
EggplantParmesanHR0401, 05-15-1994;

EggplantParmesanHR0407, 02-13-1994;
EggRollsHR0402, 08-24-1994;
EggRollsHR0410, 06-17-1994;
EnchiladasHR0403, 01-14-1994;
EscargotCookedHR0406, 09-13-1994;

EscargotRawHR0406, 06-05-1994;



FingerFoodsTray0407, 03-17-1994;
FingerSandwichesHR0412, 02-05-1994;
FishTunaFilletCookedHR0401, 07-19-1994;

FishTunaFilletRawHR0401, 07-08-1994;
FlanDeCocoHR0403, 03-21-1994;
FlanWCaramelHR0403, 10-22-1994;
FlowerBouquetHR0406, 03-24-1994;
FluffRaspberryHR0402, 08-16-1994;

FocacciaBreadsHR0408, 10-09-1994;
FondueHR0407, 07—24-1994;
FrenchDipFrenchFries0406, 07-12-1994;
FrenchToastHR0402, 10-13-1994;
FriedGreenTomatoes0405, 02-24-1994;

FriedMushrooms0410, 11-09-1994;
FriedOnionRings0407, 09-19-1994;
FrozenTreatsHR0407, 06-05-1994;
FruitBasket0409 02-14-1994;

FruitCheeseTrayHR0412, 07-05-1994;
FruitSalad0404, 11-25-1994;
FruitSaladHR0410, 11-18-1994;
FudgeStripedCookies0408, 10-26-1994;
SharkRawHR0305, 08-21-1994;

SherbetHR0308, 06-10-1994;
SherbetHR0309, 06-05-1994;
ShrimpPizzaHR0308, 04-05-1994;
SlicesOfPie0309, 03-05-1994;

SmallBowlAppleSauce0308, 04-12-1994;
SouffleChocolateHR0305, 02-27-1994;
SoupChickenNoodleHR0306, 07-19-1994;
SoupMinestroneHR0305, 08-05-1994;
SpaghettiMeatballs0309, 08-05-1994;

SpaghettiSquashWMarinara0310, 03-27-1994;
SpinachLasagna0310, 08-09-1994;
Squash0311, 11-15-1994;
SteakRibEyeGrilledHR0306, 09-17-1994;

SteakTopRoundCookedHR0306, 02-10-1994;
SteakTopRoundRawHR0306, 03-11-1994;
StrawberriesHR0306, 03-05-1994;
StrawberryYogurtHR0310, 11-08-1994;
StuffedClamsHR0309, 08-27-1994;

StuffedFlankSteakCHR0310, 06-18-1994;
StuffedFlankSteakHR0310, 10-12-1994;
StuffedGreenPeppersHR0309, 04-25-1994;
StuffedOrangeRoughyHR0310, 01-17-1994;

StuffedTomatoes0309, 12-05-1994;
SubSandwichFootlongHR0306, 11-21-1994;
SunDriedTomatoSaladHR0310, 09-12-1994;

SunflowerSeedsHR0311, 11-12-1994;
SushiHR0311, 09-05-1994;

SweetSourPork0308, 02-05-1994;
TaffyAppleSaladHR0309, 09-14-1994;
Tangerines0306, 01-12-1994;
TaterTots0310, 03-05-1994;
TBoneSteakHR0307, 06-18-1994;

TeaBags0311, 11-09-1994;
TeaRingHR0308, 02-18-1994;
TomatoesHR0307, 01-27-1994;
TomatoesHydroponicHR0312, 07-05-1994;

TortelliniPrimaveraHR0311, 07-05-1994;
TroutCookedHR0306, 10-15-1994;
TunaSteaksHR0307, 11-05-1994;
TurkeyBurgerOnBunHR0307, 10-05-1994;
TurkeyBurgersCooked0312, 09-05-1994;
TurkeyBurgersRaw0312, 10-09-1994;
TurkeyWholeCookedHR0311, 06-09-1994;
TurkeyWholeRawHR0311, 09-11-1994;
TurkeyWingsRawHR0305, 01-19-1994;

TwiceBakedPotatoesHR0310, 12-05-1994;
VanillaIceCreamConeHR0308, 04-13-1994;
VaniilaIceCreamHR0309, 04-15-1994;
VealLoinChopsHR0310, 12-05-1994;
VealRoastCooked0309, 02-12-1994;

WafflesToastedHR0305, 07-11-1994;
WatermelonSeedlessHR0312, 11-05-1994;
YellowRoses0308, 04-27-1994;
GallonOfMilkHR0404, 08-05-1994.

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | January 12, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlife Marketing & Communications Co., Inc, Employer-for-Hire of Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ADLIFE Marketing & Communications Co., Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | December 02, 2016 |
| **Applicant's Tracking Number:** | 873-057-324 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-450**

**Effective Date of Registration:**
December 09, 2016

---

## Title

**Title of Work:** ADLIFE-COLLECTION-120716

**Previous or Alternate Title:** Group registration of photos published 01-09-1994 through 12-05-1994; about 220 photos total.

**Content Title:** BeefBurritosHC1005, 02-18-1994;
BeefTacos001_ADL, 02-05-1994;
BrownEggsHC1009, 05-19-1994;
ChickenBreasts002_ADL, 09-05-1994;

ChickenFajitas001_ADL, 02-05-1994;
ChickenTamalesHC1001, 12-05-1994;
CodSandwichHC1003, 01-13-1994;
Donuts002_ADL, 10-05-1994;
FriedCatfishPlatterHC1008, 05-05-1994;

FriedCheeseSticksHC1006, 03-16-1994;
FriedIceCreamHC1004, 02-14-1994;
FruitTrayHC1006, 03-11-1994;
GlassOfBeer002_ADL, 11-05-1994;
HambugerOnBunnHC1005, 02-23-1994;

HotDogCheeseFries001_ADL, 04-05-1994;
HotWingsRanch001_ADL, 11-05-1994;
LeekPotatoSoup001_ADL, 09-26-1994;
LoadedBakedPotato001_ADL, 09-26-1994;
MeatballSubHC1002, 11-11-1994;

MeatPizzaHC1011, 07-14-1994;
PizzaBeerHC1002, 11-11-1994;
SausagePizzaBeer001_ADL, 06-05-1994;
SausageTortilla001_ADL, 05-05-1994;
SteakFajita001_ADL, 02-05-1994;

StrawberryFrappe001_ADL, 06-16-1994
SubmarineSandwichHC1001, 11-25-1994;
SupremePizzaHC1011, 07-14-1994;
GarlicCloves0411, 04-26-1994;

GelatinShotsHR0412, 06-05-1994;
GoudaCheeseCrackersHR0408, 01-16-1994;
GoudaCheeseHR0403, 04-17-1994;
GranolaHR0406, 09-26-1994;

Grapefruit0411, 11-22-1994;

GrapefruitHR0409, 04-09-1994;
GrapesRedGlobeHR0401, 10-09-1994;
GreenBeanCasseroleHR0410, 07-11-1994;
GreenBeans0405, 01-10-1994;
GreenBeans0409, 12-05-1994;

GreenOnionsHR0409, 09-05-1994;
GrilledHamburgerBunsHR0404, 07-23-1994;
GritsHam0408, 02-21-1994;
GritsHR0405, 08-05-1994;
GroundLamb0404, 04-25-1994;

GroundTurkeyRawHR0408, 11-15-1994;
HaddockFilletHR0410, 01-13-1994;
HalibutWholeCookedHR0409, 05-23-1994;
HalibutWholeRawHR0409a, 04-20-1994;

HamBeansHR0402, 05-12-1994;
HamburgersRawHR0402, 04-10-1994;
HamHocksCooked0405, 06-05-1994;
HamHocksRaw0405, 09-24-1994;
HamVegetableCrepesHR0410a, 12-05-1994;

HardCandyHR0406a, 01-09-1994;
HefeweizenHR0410a, 11-27-1994;
HoneySmokedHamCooked0408a, 09-05-1994;
HoneySmokedHamRaw0408a, 06-05-1994;
HotChocolateHR0405, 09-26-1994;

HummusWithPitaHR0411, 06-20-1994;
IceCreamDrumstickHR0404a, 10-25-1994;
IceCreamSandwichHR0410a, 08-10-1994;
IcedCinnamonBread0404a, 09-20-1994;
IndianCornHR0408a, 05-16-1994;

ItalianWeddingSoupHR0406a, 09-14-1994;
KabobsBeefCookedHR0402, 03-05-1994;
KabobsBeefRawHR0402, 04-15-1994;
KielbasaCookedHR0407a, 02-23-1994;
KielbasaRawHR0407a, 07-25-1994;

KiwiHR0409a, 05-26-1994;
KiwiSherbetHR0408a, 10-26-1994;
LambBurger0404a, 08-18-1994;
LambCrownRoastCookedHR0401, 10-05-1994;

LambCrownRoastRawHR0401, 06-05-1994;
LambKabobsCookedHR0406a, 06-05-1994;
LambKabobsRawHR0406a, 06-26-1994;
LimaBeansHR0405, 01-10-1994;
LittlenecksCookedHR0411, 02-23-1994;

LittlenecksRawHR0411, 02-11-1994;
LobsterCookedHR0407a, 07-25-1994;
LobsterIcedRawHR0401, 11-08-1994;
LobsterTailCookedHR0401, 03-14-1994;



LoinPorkChopsRawHR0405, 10-22-1994;

LowCarbWrapsHR0411, 04-16-1994;
ManchegoCheeseHR0403a, 11-18-1994;
MangoDaiquiriHR0403a, 05-27-1994;
MapleDanishCoffeecakeHR0404a, 10-14-1994;
MardiGrasKingCakeHR0412a, 10-16-1994;

MargaritaHR0403a, 05-21-1994;
MartiniHR0410a, 04-17-1994;
MatzahBallSoupHR0411, 02-05-1994;
MeatballsCookedHR0412a, 02-05-1994;

MeatballsRawHR0412, 01-20-1994;
MeatCheeseTray0407a, 06-05-1994;
MeatloafCookedHR0401, 03-20-1994;
MenudoStewHR0403a, 04-13-1994;
MeringueCookiesHR0404a, 03-11-1994;

MexicanBeansHR0403a, 02-09-1994;
MexicanCookiesHR0403a, 05-21-1994;
MexicanDriedFishHR0403a, 01-16-1994;
MexicanDriedPeppersHR0403a, 07-24-1994;
MexicanHerbsSpicesHR0403a, 12-05-1994;

MexicanHominyHR0403, 08-05-1994;
MexicanRicePuddingHR0403, 11-18-1994;
MexicanTomatoesHR0403, 04-19-1994;
MilkSoyHR0401, 01-23-1994;
MintMeringueCookies0404a, 06-21-1994;

MixedDrinkHR0401, 05-20-1994;
MixedDrinksHR0407a, 09-05-1994;
MixedGreens0407a, 08-05-1994;
MolassesHR0408a, 04-19-1994;
MoleSauceHR0403, 03-05-1994;

MostaccioliHR0402, 05-05-1994;
Muffins0405, 11-11-1994;
MultiGrainBagelsHR0410a, 08-24-1994;
MultiGrainBreadHR0408a, 09-23-1994;

MumsHR0402, 03-08-1994;
MusselsCooked0410a, 11-14-1994;
MusselsRaw0410a, 02-05-1994;
NachosWRefriedBeansHR0403, 06-09-1994;
NavalOranges0410a, 01-25-1994;

NectarinesHR0409a, 01-13-1994;
NewOrleansMuffalettaHR0412, 06-23-1994;
NopalesSaladHR0403, 07-14-1994;
OkraHR0401, 08-27-1994;
OkraHR0405, 04-25-1994;

OlivesOilHR0409a, 05-05-1994;
OnionBlossomHR0402, 12-05-1994;
OnionRingsHR0402, 02-11-1994;
OnionsYellowHR0402, 06-20-1994;

OrangeJuiceHR0402, 12-05-1994;

OrangeLaCrostata0406a, 02-16-1994;
OrangePineappleJuiceHR0406a, 02-23-1994;
OrangeSherbetHR0409a, 10-15-1994;
OrangesKiwis0410a, 03-05-1994;

OrientalSaladHR0409a, 02-11-1994;
OstrichBurgerCooked0406a, 01-15-1994;
OstrichBurgerRaw0406a, 11-05-1994;
OxTailsCookedHR0405, 03-12-1994;
OysterBisqueHR0408a, 11-15-1994;

OysterCrackersHR0406a, 07-12-1994;
OystersInShellHR0410a, 02-05-1994;
PapayasHR0409a, 10-10-1994;
PassionFruitHR0401, 06-25-1994;
PassionFruitHR0410a, 07-10-1994;

PeachCobbler0405, 03-23-1994;
PeanutBrittle0405, 09-19-1994;
PeanutButterIceCream0407a, 01-12-1994;
PeanutsHR0407a, 03-19-1994;
PeanutsInShellsHR0411, 06-08-1994;

PeanutsWholeHR0402, 11-24-1994;
PecanRollCoffeeHR0405, 11-05-1994;
PeppercornSaladHR0403, 02-18-1994;
PeppermintIceCreamHR0406a, 03-05-1994;
PersimmonsHR0408a, 02-20-1994;

PicnicBasketHR0406a, 06-05-1994;
PieKeyLimeHR0401, 10-05-1994;
PiePecanHR0401, 09-12-1994;
PiesAssortedHR0401, 07-05-1994;

PigsFeetCooked0405, 06-20-1994;
SpinachTortellini0410a, 10-26-1994;
PimentoLoafHR0401, 10-16-1994;
PinaColadaHR0410a, 10-26-1994;
PinatasHR0403, 05-05-1994;

PineappleChiffonHR0411, 01-19-1994;
PintoBeansHamHocksHR0405, 01-20-1994;
PistachioParfait0410a, 11-18-1994;
PitaPocketsHR0406a, 11-26-1994;
PizzaHR0409a, 08-18-1994;

PizzaThickCrustHR0402, 07-16-1994;
PlumsInBasket0410a, 12-05-1994;
PoBoySandwichHR0412, 04-05-1994;
PopcornAssortedHR0407a, 01-11-1994;
PoppySeedMuffinsHR0411, 04-17-1994;

PorkBurgerCookedHR0402, 10-08-1994;
PorkLoinSteaksCookedHR0409a, 01-13-1994;
PorkLoinSteaksRawHR0409a, 08-15-1994;



PorkRawHR0408a, 08-05-1994;

PorkShoulderCooked0404a, 07-22-1994;
PorkShoulderRaw0404a, 11-05-1994;
PorkShoulderRoastHR0412, 04-05-1994;
PorkShoulderRoastRawHR0412, 03-20-1994;
PorkSirloinChopsHR0409a, 08-15-1994;

PorkSirloinChopsRawHR0409a, 08-08-1994;
PortabellaWCrabmeatHR0406a, 08-12-1994;
PotatoChipsHR0401, 10-13-1994;
PotatoChipsWavyHR0401, 11-09-1994;
PotatoesBakingHR0402, 03-20-1994;

PotatoTotsHR0401, 01-14-1994;
PretzelSticksHR0402, 10-24-1994;
PruneJuiceHR0407a, 12-05-1994;
PuddingBreadRumSauceHR0401, 04-26-1994;
PuddingTapiocaHR0401, 06-20-1994;

PumpkinCoffeecakeHR0404a, 11-12-1994;
RaspberryGelato0406a, 10-12-1994;
RedBeansRiceCajunHR0412, 10-24-1994;
RedPotatoesHR0406a, 08-24-1994;
RelishTrayHR0408a, 02-05-1994;

ReubenSandwichFrenchFries0406a, 11-05-1994;
RicottaCheeseHR0411, 05-15-1994;
RoastedHam0412, 02-05-1994;
RoastedTurkey0412, 08-21-1994;

RolledOatsHR0408a, 06-20-1994;
RollsCinnamonMiniHR0402, 11-05-1994;
RollsHR0405, 11-17-1994;
RomaineHearts0404a, 04-14-1994;
RomaineHeartsHR0404a, 01-14-1994;

RomaineLettuce0409a, 03-05-1994;
RootBeerFloatHR0410a, 03-19-1994;
RoscaDeReyesHR0403, 02-05-194;
RotisserieChicken0410a, 06-25-1994;
SaladChefHR0402, 01-27-1994;

SaladHamHR0401, 09-18-1994;
SaladIcebergLettuceHR0402, 08-20-1994;
SaladItalianHR0401, 04-26-1994;
SaladSevenLayerHR0401, 07-21-1994;
SalmonCroquettesHR0405, 06-16-1994;

SalsaAssortedHR0409a, 02-05-1994;
SalsaVerdiHR0403, 09-25-1994;
SandwichChickenSaladHR0402, 07-18-1994;
SandwichSubmarineHR0401, 02-17-1994;

SauerbratenHR0406a, 08-05-1994;
SausageAndCheeseHR0410a, 04-20-1994;
ScallionsHR0408a, 08-13-1994;
ScrodCookedHR0408a, 08-18-1994;

ScrodRawHR0408a, 10-12-1994;

SeafoodCookedHR0404a, 06-17-1994;
SeafoodOkraGumbo0412, 01-21-1994;
SeafoodRawHR0404a, 03-09-1994;
SeafoodSaladHR0407a, 05-09-1994;
SeafoodSkewersHR0404a, 04-19-1994;

SeaScallopsHR0402, 08-26-1994;
ShotOfWhiskeyHR0410a, 06-18-1994;
ShreddedBeefTaquitosHR0403, 08-16-1994;
ShreddedOaxacaCheeseHR0403, 10-10-1994;
ShrimpCreole0412, 11/25/1994;

ShrimpKabobsHR0411, 08-17-1994;
SixGrainBreadHR0404a, 02-05-1994;

SlicedChickenStrips0410a, 05-24-1994;
SlicedHamCookedHR0410a, 03-20-1994;
SlicedJalapenosInJarHR0403, 11-12-1994;

SmoresMilkHR0407a, 09-05-1994;
SmotheredPorkChopsHR0405, 05-19-1994;
SouthernCornbreadHR0405, 01-26-1994;
SoyNuts0407a, 11-11-1994;

SpaghettiSquash0411, 08-11-1994;
SpanishRice0408a, 11-05-1994;
SpinachDip0412, 10-09-1994;
SpinachDipBreadBowlHR0408a, 04-26-1994;
SpinachDipInBreadBowl0412, 06-14-1994;

SquashMexicanGrayHR0401, 12-05-1994;
SquashYellowHR0402, 09-24-1994.

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | January 09, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
| | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

|                        |                                      |
|-----------------------:|:-------------------------------------|
| **Organization Name:** | SHORES & OLIVER PC                   |
| **Name:**              | Milton M. Oliver. Esq.               |
| **Email:**             | milton.oliver@shoresoliver.com       |
| **Telephone:**         | (774)521-3058                        |
| **Alt. Telephone:**    | (781)910-9664                        |
| **Address:**           | PO BOX 790                           |
|                        | COTUIT, MA 02635-0790 United States  |

## Certification

|                                |                        |
|-------------------------------:|:-----------------------|
| **Name:**                      | MILTON M. OLIVER, Esq. |
| **Date:**                      | December 09, 2016      |
| **Applicant's Tracking Number:** | 873-057-325          |

|                      |     |
|---------------------:|:----|
| **Correspondence:**  | Yes |



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-024-712

**Effective Date of Registration:**
December 18, 2016

---

## Title

|  |  |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-121416 |
| **Previous or Alternate Title:** | Group registration of photos published 01-09-1994 through 12-05-1994; about 220 photos total. |
| **Content Title:** | BaconPizzaHC1111FS, 08-05-1994;<br>BingCherriesHC1106, 02-17-1994;<br>Cheeseburger2HC1111FS, 07-27-1994;<br>ChickenFajitas3FSHC1204, 11-12-1994; |
|  | ChickenTailHC1107, 04-19-1994;<br>ChickenWingsCookedHC1106, 02-22-1994;<br>ChiliHC1108, 05-11-1994;<br>ChineseFriedRiceHC1111FS, 08-05-1994;<br>ChorizoCooked3FSHC1207, 03-12-1994; |
|  | FriedChickenBreastHC1107, 04-15-1994;<br>PizzaSlicePepperoniHC1109 05-19-1994;<br>PizzaToppingsHC1002, 11-10-1994;<br>PorkCarnitasHC1001, 11-17-1994;<br>PotatoWedgesFriedHC1109, 05-20-1994; |
|  | PumpkinSoupFSHC1112, 08-18-1994;<br>TacoSaladHC1111FS, 08-05-1994;<br>TacosHC1109, 05-20-1994;<br>TurkeyWholeFSHC1112, 09-15-1994;<br>AlmondBarkHR0612, 02-26-1994; |
|  | AnimalCrackersHR0610, 06-19-1994;<br>AppleCiderHR0610, 09-09-1994;<br>AppleCrispHR0609, 04-24-1994;<br>AppleCrispHR0609a, 02-10-1994;<br>AppleJuiceHR0604, 11-15-1994; |
|  | ApplesauceAppleHR0606, 03-20-1994;<br>ApplesauceHR0609, 03-17-1994;<br>ApplesHoneyHR0602, 02-17-1994;<br>ApplesHR0601, 01-13-1994; |
|  | ApplesSlicesCaramelDipHR0609, 02-24-1994;<br>ApplesSliced2HR0606, 06-25-1994;<br>ApplesSliced3HR0606, 01-21-1994; |

ApplesSlicedHR0606, 10-15-1994;
ArtichokeHR0604, 10-12-1994;

AsianStyleSaladEggRollHR0607, 11-10-1994;
AssortedApplesHR0604, 08-20-1994;
AvocadoHalfHR0604, 05-05-1994;
AvocadosHR0610, 09-05-1994;
BabyBellaMushroomsHR0609, 08-05-1994;

BabyCarrotsRanchDipHR0608, 04-16-1994;
BabyFoodAppleJuiceInCupHR0608, 04-14-1994;
BabyFoodInJarHR0608, 10-16-1994;
BabyFoodInJarsHR0608, 06-27-1994;
BabySpinachHR0607, 08-20-1994;

BaconCheeseburgerHR0611, 06-25-1994;
BaconSlicesRawHR0607, 06-10-1994;
BagelCreamCheeseHR0606, 03-05-1994;
BakedBeansHR0603, 07-12-1994;
BananaBreadHR0604, 04-18-1994;

BananaChipsHR0611, 05-27-1994;
BananaNutMuffinsHR0612, 01-11-1994;
BananaPineappleSmoothieHR0607, 12-05-1994;
BananasHR0605, 04-27-1994;

BananaSplitHR0603, 07-11-1994;
BarbecueSpareRibsHR0612, 02-26-1994;
BBQBeefSandwichHR0608, 02-12-1994;
BBQChickenLegsHR0611, 10-25-1994;
BBQSpareRibsHR0609, 06-08-1994;

BeefFajitasHR0605, 07-17-1994;
BeefShankStewHR0610, 09-10-1994;
BeefTaquitosHR0611, 07-17-1994;
BeerBratwurstHR0607, 03-26-1994;
BeerLimeWedgeHR0608, 08-12-1994;

BellPeppersOnSkewerHR0601, 08-13-1994;
BirthdayCakeIceCreamHR0612, 02-27-1994;
BiscuitsGravyHR0608, 03-18-1994;
BiscuitsHR0609, 02-12-1994;
BiscuitsSausageGravyHR0611, 11-21-1994;

BlackEyedPeasHR0602, 04-14-1994;
BlackForestCakeHR0609, 08-17-1994;
BlackLicoriceHR0610, 01-22-1994;
BlackRaspberriesHR0608, 10-23-1994;

BlondiesHR0607, 11-05-1994;
BLTPotatoChipsHR0610, 02-13-1994;
BlueberriesHR0608, 04-09-1994;
BlueberriesIceCreamHR0608, 05-16-1994;
BlueberryMuffinHR0612, 01-11-1994;

BlueberryPancakesHR0610, 09-18-1994;
BolognaSandwichHR0610, 07-26-1994;
BonelessArmRoastRawHR0612, 08-05-1994;

BonelessChuckRoastHR0610, 04-05-1994;
BonelessCubeSteakRawHR0612, 11-16-1994;

BonelessRibEyeCookedHR0612, 03-19-1994;
BonelessRibEyeSteakHR0612, 05-19-1994;
BonelessRibsRawHR0612, 09-18-1994;
BowlOfFruitHR0610, 03-08-1994;
BowTiePastaHR0607, 01-12-1994;

BowtiePastaTunaHR0607, 04-05-1994;
BraidedBreadRingHR0606, 07-27-1994;
BratwurstsBowTiePastaHR0610, 05-24-1994;
BratwurstsHR0610, 05-21-1994;
BratwurstsHR0610a, 07-05-1994;

BreadBowlCheeseSoupHR0606, 10-11-1994;
BreadedCatfishHR0606, 09-17-1994;
BreadedChickenGravyHR0608, 02-15-1994;
BreadedChickenHR0608, 10-05-1994;

BreadPuddingHR0601, 05-15-1994;
BreadRingSandwichHR0606, 04-18-1994;
BreadsticksHR0604, 04-21-1994;
BreadsticksMarinaraHR0608, 05-22-1994;
BreadsticksMarinaraHR0610, 05-05-1994;

BreakfastBarsHR0612, 03-25-1994;
BroccoliHR0611, 01-25-1994;
BruschettaHR0606, 08-14-1994;
BuffaloChickenSaladHR0607, 05-05-1994;
BundtCakeHR0608, 03-22-1994;

ButterPecanIceCreamHR0612, 02-22-1994;
CabbageHeadsHR0611, 10-08-1994;
CabbageHR0602, 11-05-1994;
CabbageSlicedHR0603, 07-15-1994;
CabbageWholeHR0603, 01-23-1994;

CaesarSaladHR0606, 10-19-1994;
CajunBurgerFriesHR0601, 06-27-1994;
CandleRedUnlitHR0605, 05-13-1994;
CandleWhiteLitHR0605, 08-23-1994;

CandyBearsHR0604, 11-09-1994;
CantaloupeHR0603, 08-15-1994;
CantaloupeWedgesHR0611, 03-17-1994;
CarrotChipsDipHR0610, 02-05-1994;
CashewsHR0604, 04-16-1994;

CatfishFriesSaladHR0606, 05-11-1994;
CavatelliHR0605, 05-05-1994;
CeleryStalkHR0609, 03-18-1994;
CerealHR0612, 10-13-1994;
CerealMilkOrangeHR0604, 05-08-1994;

ChampagneRoseHR0606, 01-27-1994;
ChampagneRoses2HR0606, 07-24-1994;
CheddarChipsOnionDipHR0605, 11-05-1994;

CheeseBallsHR0611, 07-21-1994;
CheesecakeHR0605, 05-27-1994;

CheesecakeSauceHR0603, 08-22-1994;
CheesecakeSliceHR0605, 12-05-1994;
CheeseCrackersHR0601, 02-05-1994;
CheeseCrackersHR0608, 10-13-1994;
CheeseCrackersHR0609, 12-05-1994;

CheesePlatterHR0602, 02-05-1994;
CheesePopcornHR0603, 01-10-1994;
CheesesticksFruitHR0605, 01-11-1994;
CheeseWineHR0602, 09-05-1994;

CherryPieHR0606, 05-22-1994;
ChickenCookedHR0606, 06-05-1994;
ChickenCornOnCobHR0610, 04-10-1994;
ChickenFriesHR0606, 05-16-1994;
ChickenLegsPeppersHR0610, 05-09-1994;

ChickenNoodleSoupHR0609, 06-14-1994;
ChickenNuggetsSauceHR0612, 08-16-1994;
ChickenOverRiceHR0609, 09-05-1994;
ChickenPotPieHR0607, 12-05-1994;
ChickenQuartersCookedHR0605, 06-10-1994;

ChickenQuartersRawHR0605, 05-05-1994;
ChickensWholeRawHR0605, 03-11-1994;
ChickenThighsSpaghettiHR0610, 11-05-1994;
ChickenWingsHR0606, 01-11-1994;
ChiliHR0602, 08-05-1994;

ChiliHR0610, 05-16-1994;
ChiliHR0611, 10-25-199;
ChipsDipHR0602, 05-16-1994;
ChivesHR0602, 11-15-1994;

ChocolateBarsHR0601, 02-16-1994;
ChocolateCakeMilkHR0610, 01-09-1994;
ChocolateChipsHR0603, 06-05-1994;
ChocolateCoveredPretzelsHR0612, 08-11-1994;
ChocolateIceCreamHR0609, 01-24-1994;

ChocolateMilkHR0612, 01-09-1994;
ChocolateMousseHR0603, 06-05-1994;
ChocolateParfaitHR0608, 11-05-1994;
ChocolatePuddingHR0609, 08-24-1994;
ChocolatePuddingHR0610, 11-27-1994;

ChocolateSundaeHR0603, 05-20-1994;
ChorizoRawHR0602, 02-22-1994;
ChristmasCookiesHR0603, 05-24-1994;
ChuckSteakCarrotsHR0610, 08-27-1994;
CilantroHR0604, 04-25-1994;

CinnamonCoffeecakeHR0612, 10-24-1994;
CinnamonOatmealHR0604, 10-05-1994;
CinnamonOatmealHR0605, 05-05-1994;

CinnamonRollsHR0604, 07-10-1994;
CocktailWienersHR0607, 10-05-1994;

CodFilletsCookedHR0604, 04-10-1994;
CodFilletsRawHR0604, 02-05-1994;
ColeSlawHR0604, 04-11-1994;
CoffeeBeansHR0603, 05-19-1994;

CoffeeBeansHR0604, 04-17-1994;
CoffeecakeFruitHR0610, 01-19-1994;
SteakLobsterHR0410a, 03-26-1994;
SteakTipsCooked0411, 11-16-1994;
SteakTipsRaw0411, 11-05-1994;

SteamboatDrinkHR0412, 04-20-1994;
SteamedTamalesHR0403, 05-19-1994;
StirFryHR0408a, 05-23-1994;
Strawberries0409a, 11-20-1994;
StrawberryMilkHR0410a, 12-05-1994;

StromboliHR0406a, 10-25-1994;
StuffedArtichokesHR0412, 01-12-1994;
StuffedGreenPeppersHR0411, 11-10-1994;
Stuffing0412, 07-22-1994;
SugarHR0402, 09-22-1994;

SunDriedTomatoRollsHR0404a, 11-24-1994;
SushiPlatterHR0401, 10-08-1994;
SwedishMeatballsHR0407a, 11-17-1994;
SwedishMeatballsRawHR0407a, 02-05-1994;

SweetPotatoCasserole0408a, 06-17-1994;
SweetPotatoes0409a, 07-05-1994;
SweetPotatoesRaw0408a, 07-27-1994;
SwissSteakCooked0404a, 10-13-1994;
SwissSteakRaw0404a, 07-11-1994;

TabouliWShrimp0404a, 03-12-1994;
TacoShellsTacoMeatHR0403, 07-11-1994;
TapiocaPuddingHR0411, 11-05-1994;
TBoneSteakCooked0408a, 07-15-1994;
TBoneSteakRaw0408a, 06-23-1994;

TomatoCanapesHR0406a, 10-15-1994;
Tomatoes0409a, 05-23-1994;
TopRoundSteakCooked0408a, 06-24-1994;
TopRoundSteakRaw0408a, 06-20-1994;
TortillasWToppingsHR0403, 03-17-1994;

TortillasWToppingsHR0403a, 10-11-1994;
TortillaWarmerHR0403, 07-27-1994;
TrailMixHR0409a, 07-09-1994;
TropicalMangos0404a, 01-25-1994;
TropicalPunchHR0404a, 07-05-1994;

TunaCookedHR0403, 03-20-1994;
TunaMeltHR0402, 04-19-1994;
TunaMeltPotatoChipsHR0408a, 10-23-1994;

TunaNoodleCasserole0408a, 06-20-1994;

TunaRawHR0403, 12-05-1994;
TunaSaladHR0411, 01-14-1994;
TunaSaladWCornHR0404a, 10-20-1994;
TurkeyBreastSlicedHR0402, 05-05-1994;
TurkeyBurgerCookedHR0408a, 10-05-1994;

TurkeyCheesePuffsHR0409a, 06-15-1994;
TurkeyQuartersCooked0412, 11-05-1994;
TurkeyQuartersRaw0412, 04-14-1994;
Turnips0411, 09-10-1994;
TurnipsCooked0407a, 04-20-1994;

TurnipsRaw0407a, 06-05-1994;
VanillaBeansHR0407a, 09-18-1994;
VegetableFrittataHR0406a, 07-22-1994;
VegetableNoodleSoupRoll0410a, 08-14-1994;
VegetableTrayWithDip0412, 02-26-1994;

VeggieBurgerHR0404a, 09-12-1994;
VeggieLasagna0406a, 11-17-1994;
VenisonSausageCookedHR0406a, 06-08-1994;
VenisonSausageRawHR0406a, 10-16-1994;

WafflesBelgianHR0401, 08-18-1994;
WaxBeansHR0411, 09-11-1994;
WhiteOnions0409a, 06-09-1994;
WineCheeseHR0408a, 07-26-1994;
WontonsFriedHR0401, 08-05-1994;

YellowPeppers0411, 06-05-1994;
YogurtParfaitHR0412, 09-27-1994.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1994 |
| Date of 1st Publication: | January 09, 1994 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| •    Author: | Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adlife Marketing & Communications Co., Inc. 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions _____

Organization Name: SHORES & OLIVER PC
Name: Milton M. Oliver. Esq.
Email: milton.oliver@shoresoliver.com
Telephone: (774)521-3058
Alt. Telephone: (781)910-9664
Address: PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification _____

Name: MILTON M. OLIVER
Date: December 18, 2016
Applicant's Tracking Number: 873-057-326

Registration #:   VA0002024712
Service Request #:   1–4254660931


SHORES & OLIVER PC
Milton M. Oliver. Esq.
PO BOX 790
COTUIT, MA 02635-0790 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-025-647

**Effective Date of Registration:**
December 30, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | Group registration of photos published JAN 11, 1996 through DEC. 5, 1996; about 230 photos total. |
| **Previous or Alternate Title:** | ADLIFE-COLLECTION-122816 |
| **Content Title:** | BeefPrimeRibRoast010_ADL, 11-21-1996;<br>BeefRibEye015_ADL, 09-16-1996;<br>BeefShortRib005_ADL, 05-16-1996;<br>BeefSirloinSteak002_ADL, 04-25-1996; |
| | BeefSirloinSteakGrlMrk002_ADL, 07-20-1996;<br>BeefStripSteak005_ADL, 09-16-1996;<br>RawBeefFiletMignonSteak001_ADL, 08-16-1996;<br>RawBeefFlankSteakStuffed001_ADL, 01-11-1996;<br>RawBeefGround002_ADL, 08-16-1996; |
| | RawBeefPorterhouse005_ADL, 11-23-1996;<br>RawBeefSteakGrill001_ADL, 07-05-1996;<br>RawBeefTriTipRoastBnls003_ADL, 02-23-1996;<br>Bacon001_ADL, 08-16-1996;<br>Bacon003_ADL, 08-16-1996; |
| | Bacon004_ADL, 12-05-1996;<br>Bacon006_ADL, 01-11-1996;<br>Bacon007_ADL, 07-22-1996;<br>BaconCanadian001_ADL, 10-25-1996;<br>BaconHomestyle001_ADL, 08-16-1996; |
| | BeefArmSteak001_ADL, 02-12-1996;<br>BeefChateaubriand001_ADL, 09-16-1996;<br>BeefFlorentine001_ADL, 03-19-1996;<br>BeefGoulash001_ADL, 02-11-1996;<br>BeefGrillerSteak001_ADL, 02-16-1996; |
| | BeefPotPie001_ADL, 08-11-1996;<br>BeefSteakGrill001_ADL, 11-15-1996;<br>BeefSteakSalad001_ADL, 04-09-1996;<br>BeefStroganoff001_ADL, 08-11-1996; |
| | HamBaked001_ADL, 09-05-1996;<br>HamBaked002_ADL, 09-05-1996;<br>HamBaked003_ADL, 02-18-1996;<br>HamBaked004_ADL, 03-19-1996; |

HamBakedCanned001_ADL, 08-18-1996;

HamBakedCanned002_ADL, 08-18-1996;
HamBakedCanned003_ADL, 02-05-1996;
HamBakedCanned004_ADL, 01-13-1996;
HamBnIn001_ADL, 10-05-1996;
HamBnls001_ADL, 08-18-1996;

HamBnls002_ADL, 05-05-1996;
HamBnls003_ADL, 11-21-1996;
HamBnls004_ADL, 08-18-1996;
HamBnls005_ADL, 05-05-1996;
HamBnls006_ADL, 09-05-1996;

HamBnls007_ADL, 11-11-1996;
HamBnls008_ADL, 04-27-1996;
HamButtPortion001_ADL, 09-05-1996;
HamDaisyRoll001_ADL, 08-19-1996;
HamFreshCooked001_ADL, 11-13-1996;

HotDogHamburger001_ADL, 04-20-1996;
HotDogSteakGrill001_ADL, 08-11-1996;
MeatAsst002_ADL, 09-05-1996;
MeatAsst009_ADL, 05-05-1996;

MeatAsst012_ADL, 03-27-1996;
MeatAsst013_ADL, 03-20-1996;
MeatAsst014_ADL, 03-20-1996;
MeatAsst015_ADL, 04-11-1996;
MeatAsst016_ADL, 04-11-1996;

MeatAsst017_ADL, 04-09-1996;
MeatAsst018_ADL, 03-05-1996;
MeatAsst019_ADL, 03-05-1996;
MeatAsst020_ADL, 04-11-1996;
MeatAsst021_ADL, 03-22-1996;

MeatAsst024_ADL, 06-05-1996;
MeatAsstGrill001_ADL, 04-09-1996;
MeatAsstGrill002_ADL, 05-05-1996;
MeatAsstGrill003_ADL, 06-18-1996;
MeatAsstGrill004_ADL, 02-08-1996;

MeatAsstGrill005_ADL, 05-05-1996;
MeatAsstGrill006_ADL, 02-08-1996;
MeatAsstGrill007_ADL, 01-14-1996;
MeatAsstGrlMrk001_ADL, 03-05-1996;

MeatAsstGrlMrk002_ADL, 05-19-1996;
MeatAsstGrlMrk003_ADL, 06-10-1996;
MeatAsstGrlMrk004_ADL, 07-14-1996;
PorkButtSteak001_ADL, 09-14-1996;
PorkButtSteak002_ADL, 01-12-1996;

PorkButtSteak003_ADL, 01-13-1996;
PorkButtSteak004_ADL, 01-12-1996
PorkButtSteakGrlMrk001_ADL, 11-05-1996;



PorkChopAsst001_ADL, 08-05-1996;
PorkChopAsst002_ADL, 08-18-1996;

PorkChopAsst003_ADL, 08-18-1996;
PorkChopAsst004_ADL, 08-18-1996;
PorkChopAsst005_ADL, 08-18-1996;
PorkChopAsst006_ADL, 07-08-1996;
PorkChopAsst007_ADL, 07-08-1996;

PorkChopAsst008_ADL, 07-08-1996;
PorkChopAsst009_ADL, 07-08-1996;
PorkChopBBQ001_ADL, 08-05-1996;
PorkChopBnIn001_ADL, 09-05-1996;
PorkChopBnIn002_ADL, 09-05-1996;

PorkChopBnIn003_ADL, 08-18-1996;
PorkChopBnIn004_ADL, 05-19-1996;
PorkChopBnIn005_ADL, 02-05-1996;
PorkChopBnIn006_ADL, 09-05-1996;

PorkChopBnIn007_ADL, 09-05-1996;
PorkChopBnIn008_ADL, 09-05-1996;
PorkChopBnIn010_ADL, 09-05-1996;
PorkChopBnIn011_ADL, 01-19-1996;
PorkChopBnIn012_ADL, 11-15-1996;

PorkChopBnIn013_ADL, 09-05-1996;
PorkChopBnIn014_ADL, 09-05-1996;
PorkChopBnIn015_ADL, 04-26-1996;
PorkChopBnIn016_ADL, 02-05-1996;
PorkChopBnIn017_ADL, 04-25-1996;

PorkChopBnIn018_ADL, 04-25-1996;
PorkChopBnIn019_ADL, 04-25-1996;
PorkChopBnIn020_ADL, 04-25-1996;
PorkChopBnIn021_ADL, 06-17-1996;
PorkChopBnIn022_ADL, 06-17-1996;

PorkChopBnIn023_ADL, 06-17-1996;
PorkChopBnIn024_ADL, 06-17-1996;
PorkChopBnIn025_ADL, 06-17-1996;
PorkChopBnIn026_ADL, 11-16-1996;

PorkChopBnIn027_ADL, 11-16-1996;
PorkChopBnInGrlMrk001_ADL, 07-05-1996;
PorkChopBnInGrlMrk002_ADL, 07-05-1996;
PorkChopBnInGrlMrk003_ADL, 09-05-1996;
PorkChopBnInGrlMrk004_ADL, 09-05-1996;

PorkChopBnInGrlMrk005_ADL, 09-05-1996;
PorkChopBnInGrlMrk006_ADL, 09-05-1996;
PorkChopBnInGrlMrk007_ADL, 05-15-1996;
PorkChopBnInGrlMrk008_ADL, 06-18-1996;
PorkChopBnInGrlMrk009_ADL, 09-23-1996;

PorkChopBnInGrlMrk010_ADL, 05-15-1996;
PorkChopBnInGrlMrk011_ADL, 06-18-1996;
PorkChopBnInGrlMrk012_ADL, 09-23-1996;

PorkChopBnInGrlMrk013_ADL, 09-23-1996;

PorkChopBnInGrlMrk014_ADL, 07-16-1996;
PorkChopBnInGrlMrk015_ADL, 01-12-1996;
PorkChopBnInGrlMrk016_ADL, 04-11-1996;
PorkChopBnInGrlMrk017_ADL, 02-05-1996;
PorkChopBnInGrlMrk018_ADL, 06-17-1996;
PorkChopBnInGrlMrk019_ADL, 06-17-1996;

PorkChopBnInGrlMrk020_ADL, 06-17-1996;
PorkChopBnInGrlMrk021_ADL, 06-17-1996;
PorkChopBnInGrlMrk022_ADL, 06-17-1996;
PorkChopBnInStuffed001_ADL, 01-11-1996;

PorkChopBnInStuffed002_ADL, 06-11-1996;
PorkChopBnls001_ADL, 01-20-1996;
PorkChopBnls002_ADL, 03-12-1996;
PorkChopBnls003_ADL, 08-18-1996;
PorkChopBnlsGrlMrk001_ADL, 08-18-1996;

PorkChopBnlsGrlMrk002_ADL, 08-18-1996;
PorkChopBnlsGrlMrk003_ADL, 06-10-1996;
PorkChopBnlsStuffed001_ADL, 04-05-1996;
PorkChopBnlsStuffed002_ADL, 08-18-1996;
PorkChopCCBnIn001_ADL, 08-05-1996;

PorkChopCCBnIn002_ADL, 01-11-1996;
PorkChopCCBnIn003_ADL, 08-18-1996;
PorkChopCCBnIn004_ADL, 09-05-1996;
PorkChopCCBnIn005_ADL, 09-27-1996;
PorkChopCCBnIn006_ADL, 08-05-1996;

PorkChopCCBnIn007_ADL, 04-05-1996;
PorkChopCCBnIn008_ADL, 11-05-1996;
PorkChopCCBnIn009_ADL, 01-16-1996;
PorkChopCCBnIn010_ADL, 05-05-1996;

PorkChopCCBnIn011_ADL, 06-17-1996;
PorkChopCCBnIn012_ADL, 06-17-1996;
PorkChopCCBnIn013_ADL, 06-17-1996;
PorkChopCCBnIn014_ADL, 06-17-1996;
PorkChopCCBnIn015_ADL, 06-17-1996;

PorkChopCCBnIn016_ADL, 03-27-1996;
PorkChopCCBnIn017_ADL, 11-16-1996;
PorkChopCCBnIn018_ADL, 11-16-1996;
PorkChopCCBnIn019_ADL, 11-21-1996;
PorkChopCCBnIn020_ADL, 11-21-1996;

PorkChopCCBnIn021_ADL, 11-21-1996;
PorkChopCCBNInGrlMrk001_ADL, 11-15-1996;
PorkChopCCBnInGrlMrk002_ADL, 08-18-1996;
PorkChopCCBnInGrlMrk003_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk004_ADL, 09-05-1996;

PorkChopCCBnInGrlMrk005_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk006_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk007_ADL, 02-05-1996;



PorkChopCCBnInGrlMrk008_ADL, 05-05-1996;
PorkChopCCBnInGrlMrk018_ADL, 05-22-1996;

PorkChopCCBnInGrlMrk019_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk020_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk021_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk022_ADL, 06-17-1996;

PorkChopCCBnInGrlMrk023_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk024_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk025_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk026_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk027_ADL, 07-08-1996;

PorkChopCCBnInGrlMrk028_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk029_ADL, 03-27-1996;
PorkChopCCBnls001_ADL, 09-05-1996;
PorkChopCCBnls002_ADL, 02-05-1996;
PorkChopCCBnls003_ADL, 02-05-1996;

PorkChopCCBnls004_ADL, 08-18-1996;
PorkChopCCBnls005_ADL, 08-18-1996;
PorkChopCCBnls006_ADL, 09-05-1996;
PorkChopCCBnls007_ADL, 07-13-1996;
PorkChopCCBnls008_ADL, 08-18-1996;

PorkChopCCBnls009_ADL, 09-05-1996;
PorkChopCCBnls010_ADL, 01-11-1996;
PorkChopCCBnls011_ADL, 08-18-1996;
PorkChopCCBnls012_ADL, 09-05-1996;

PorkChopCCBnls013_ADL, 09-05-1996;
PorkChopCCBnls014_ADL, 01-27-1996;
PorkChopCCBnls015_ADL, 10-24-1996;
PorkChopCCBnls016_ADL, 11-05-1996;
PorkChopCCBnls017_ADL, 11-05-1996;

PorkChopCCBnls018_ADL, 11-05-1996;
PorkChopCCBnls019_ADL, 08-18-1996;
PorkChopCCBnls020_ADL, 08-18-1996;
PorkChopCCBnls021_ADL, 09-05-1996;
PorkChopCCBnls022_ADL, 09-05-1996;

PorkChopCCBnls024_ADL, 10-13-1996;
PorkChopCCBnls025_ADL, 01-11-1996;
PorkChopCCBnlsGrlMrk001_ADL, 11-05-1996;
PorkChopCCBnlsGrlMrk002_ADL, 06-05-1996;
PorkChopCCBnlsGrlMrk003_ADL, 06-05-1996;

PorkChopCCBnlsGrlMrk004_ADL, 07-19-1996;
PorkChopCCBnlsGrlMrk005_ADL, 07-19-1996;
PorkChopCCBnlsGrlMrk006_ADL, 10-26-1996;
PorkChopCCGlazedGrlMrk001_ADL, 04-23-1996;
PorkChopCCGlazedGrlMrk002_ADL, 04-23-1996;

PorkChopRiceApplesauce001_ADL, 10-26-1996;
PorkChopRiceApplesauce002_ADL, 10-26-1996;
PorkChopVeggieApplesauce001_ADL, 10-26-1996;

PorkChopVeggieApplesauce002_ADL, 10-26-1996

PorkChopVeggieApplesauce003_ADL, 10-26-1996;
PorkChopVeggieApplesauce004_ADL, 10-26-1996;
PorkCutlet001_ADL, 04-05-1996;
PorkCutlet002_ADL, 06-22-1996;
PorkCutlet003_ADL, 08-19-1996;

PorkCutlet004_ADL, 08-09-1996;
PorkCutlet005_ADL, 05-09-1996;
PorkCutlet006_ADL, 02-15-1996;
PorkCutletCCLoinChopBnls001_ADL, 04-05-1996;
PorkCutletSirloin001_ADL, 08-19-1996;

PorkCutletSirloin002_ADL, 08-19-1996;
PorkCutletSirloin003_ADL, 08-19-1996;
PorkCutletSirloinGrlMrk001_ADL, 09-23-1996;
PorkCutletSirloinGrlMrk002_ADL, 09-23-1996;
RawBeefChuckRoastPan001_ADL, 07-16-1996;

RawBeefRibEyeSteakRoastBnls001_ADL, 02-05-1996;
RawBeefTopSirloinStripBnls001_ADL, 02-05-1996;
RawKabobCombo002_ADL, 10-05-1996;
RawMeatAsst003_ADL, 09-05-1996;

RawMeatAsst005_ADL, 09-09-1996;
RawMeatAsst006_ADL, 09-05-1996;
RawMeatAsst008_ADL, 11-05-1996;
RawMeatAsst010_ADL, 11-23-1996;
RawMeatAsst011_ADL, 12-05-1996;

RawMeatAsst022_ADL, 08-09-1996;
RawMeatAsst023_ADL, 08-09-1996.

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 11, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
| | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | December 30, 2016 |
| **Applicant's Tracking Number:** | 873-057-329 |

| **Copyright Office notes:** | Regarding publication: published JAN 11, 1996 through DEC. 5, 1996; about 230 photos total. |
|---|---|





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-045-003**

**Effective Date of Registration:**
April 19, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Adlife-Collection-041917 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 15,1994 through DEC 10,1994; about 250 photos. |
| **Content Title:** | BurgersRawFSHC1210 |
| | DillPicklesHC1103 |
| | KeyLimesInBagHC1008 |
| | LegOfLambRaw002_ADL |
| | Lobsters001_ADL |
| | LobsterTailsRaw002_ADL |
| | PorkChopsRaw003_ADL |
| | RawSalmonSteak005_ADL |
| | RedPeppersHC1106 |
| | RibRoastRaw001_ADL |
| | RibRoastRaw002_ADL |
| | RomaTomatoes2FSHC1412 |
| | SquashButternut010_ADL |
| | SquashChayote001_ADL |
| | 4thofJulyPicnicBasket001_ADL |
| | AcornSquash001_ADL |
| | AlDentePastaShrimp001_ADL |
| | AlfredoPenne001_ADL |
| | Almonds001_ADL |
| | Almonds002_ADL |

Almonds003_ADL

AnimalCrackers001_ADL

AnimalCrackers002_ADL

Antipasti001_ADL

AppleBreadPudding001_ADL

AppleGoldenDelicious001_ADL

Applesauce001_ADL

AppleSausageStuffing001_ADL

ApplesFuji001_ADL

ApplesFuji002_ADL

ApplesGrannySmith001_ADL

ApplesGrannySmith002_ADL

ApplesHoneyCrisp001_ADL

ApplesInSantaHat001_ADL

ApplesPinkLady001_ADL

ApplesPinkLady002_ADL

ApplesRedDelicious_ADL

ApplesRoyalGala_ADL

ApplesVariety001_ADL

ApplesVariety002_ADL

Apricots001_ADL

Artichoke001_ADL

Artichoke002_ADL

AssortedChocolates001_ADL

AssortedJellies001_ADL

AssortedNuts001_ADL

AssortedSuckers001_ADL

AvacadosHass001_ADL

AvocadoHass002_ADL

Avocados001_ADL

Avocados002_ADL



BabyBackRibs001_ADL

BabyBackRibs002_ADL

BabyBackRibs003_ADL

BabyBackRibs004_ADL

BabyBackRibsPeppers001_ADL

BabyBellaMushrooms001_ADL

BabyBellaMushrooms002_ADL

BabyBellPeppers001_ADL

Bacon001_ADL

Bacon002_ADL

Bacon003_ADL

BaconCooked001_ADL

BaconRaw001_ADL

BaconRaw002_ADL

BakedBrie001_ADL

BakedHam001_ADL

BakedHam002_ADL

BakedHam003_ADL

BakedHamApples001_ADL

BakedHamPineapple001_ADL

BakedHamPineapple002_ADL

BakedPotatoSoup001_ADL

BakedScallopsMushrooms001_ADL

BakingChocolate001_ADL

BalsamicBrusselSproutsBacon001_ADL

BananasGreen001_ADL

BananasIceCream001_ADL

BananaSplit002_ADL

BananaSplit005_ADL

BarbecueRibs001_ADL

BarbecueRibs002_ADL

BarbecueRibs003_ADL

BarbecueRibsCooked001_ADL

BarbecueSaucesVarietyOf_ADL

BarbecueSpareRibs001_ADL

Basil_ADL

BavarianHamSandwich001_ADL

BavarianHamSandwich002_ADL

BBQRibSandwich001_ADL

BBQRibsRiceCooked001_ADL

BBQSpareRibs001_ADL

BBQSpareRibsCooked001_ADL

BeanFrench_ADL

BeanSalad001_ADL

BeansBaked001_ADL

BeansDryBlack_ADL

BeansDryLentil_ADL

BeansDryPinto_ADL

BeansFlat001_ADL

BeanString001_ADL

Beet001_ADL

BigSandwichCloseUp001_ADL

BigSandwichOnWhite001_ADL

BlackLicorice001_ADL

BleuDeBresse001_ADL

BlueberriesContainer001_ADL

BokChoy001_ADL

BoneInHamCooked001_ADL

BoneInHamRaw001_ADL

BoneInPorkChops001_ADL

BoneInPorkChops002_ADL



BonelessPorkLoin001_ADL

BostonBibb001_ADL

BostonBibbLettuce_ADL

BowtiePastaRedSauce001_ADL

BoxOfChocolates001_ADL

BoxOfChocolates002_ADL

Bracciole001_ADL

Bratwurst001_ADL

BratwurstGrilled_ADL

BratwurstRaw_ADL

Broccoli001_ADL

Broccoli002_ADL

Broccolini_ADL

Broccolini001_ADL

BroccoliRabe001_ADL

BroccoliWithCheeseOnTop_ADL

Salmon_ADL

Salmon001_ADL

SalmonBurgers001_ADL

SalmonCooked001_ADL

SalmonFillet001_ADL

SalmonFillet004_ADL

SalmonFillets001_ADL

SalmonNuggets001_ADL

SalmonSkewers001_ADL

SalmonSteakCooked001_ADL

SalmonSteakRiceBroccoli001_ADL

SalmonSteaksRaw001_ADL

SalmonSteaksRaw002_ADL

SalmonTeriyakiRice001_ADL

Sardines_ADL

Sardines001_ADL

Sardines002_ADL

Scallops001_ADL

Scallops002_ADL

ScallopsCookedPlain001_ADL

ScallopsRaw001_ADL

ScallopsRoe001_ADL

ScallopWrappedBacon001_ADL

Scrod001_ADL

Scrod002_ADL

SeaBass_ADL

SeafoodComboDish001_ADL

SeafoodDepartment001_ADL

SeafoodDipCrackers001_ADL

SeafoodJambalaya001_ADL

SeafoodMix001_ADL

SeafoodPasta001_ADL

SeafoodStuffingShrimp001_ADL

SearedTunaSteak001_ADL

SeaScallops001_ADL

SeaScallops002_ADL

SeaScallopsRice001_ADL

Shark001_ADL

SharkSteaksCooked001_ADL

SharkSteaksRaw001_ADL

ShelledShrimp001_ADL

Shrimp001_ADL

Shrimp002_ADL

ShrimpAppetizer001_ADL

ShrimpCocktail001_ADL



ShrimpCocktail002_ADL

ShrimpCocktail004_ADL

ShrimpCocktailOnTable001_ADL

ShrimpCocktailPlate001_ADL

ShrimpCocktailSauce001_ADL

ShrimpCocktailWithRedWine001_ADL

ShrimpCrabmeat001_ADL

ShrimpCrabPartyTray001_ADL

ShrimpFajita001_ADL

ShrimpFajita002_ADL

ShrimpFried001_ADL

ShrimpOrientalRice001_ADL

ShrimpOrientalRice002_ADL

ShrimpOverLinguini001_ADL

ShrimpPeeledBroiled_ADL

ShrimpRaw001_ADL

ShrimpRawUnpeeled_ADL

ShrimpRing001_ADL

ShrimpRing002_ADL

ShrimpRingSauce001_ADL

ShrimpRisotto001_ADL

ShrimpSauce001_ADL

ShrimpScampi001_ADL

ShrimpScampi002_ADL

ShrimpScampi003_ADL

ShrimpScampi004_ADL

ShrimpScampi005_ADL

ShrimpSkewers001_ADL

ShrimpSkewers002_ADL

ShrimpSkewersRice001_ADL

ShrimpSkewersRice002_ADL

ShrimpTempura001_ADL

ShrimpTray001_ADL

ShrimpTray002_ADL

Skate001_ADL

SmokedHerring001_ADL

SmokedSalmon001_ADL

SmokedSalmon002_ADL

SoleFilet001_ADL

SoupOyster_ADL

Squid001_ADL

StuffedClams002_ADL

SurfNTurf001_ADL

SurfNTurf002_ADL

SurfTurf001_ADL

SurfTurf002_ADL

Surimi001_ADL

Surimi002_ADL

Sushi001_ADL

Sushi002_ADL

SushiAsst001_ADL

Swordfish_ADL

Swordfish001_ADL

TilapiaCooked001_ADL

TilapiaFiletCooked001_ADL

TilapiaFillets001_ADL

TilapiaFillets002_ADL

TilapiaFillets003_ADL

TilapiaRaw001_ADL

TilapiaWholeRaw001_ADL

Tilefish001_ADL



Page 8 of 10

Trout001_ADL

Trout002_ADL

TroutCooked001_ADL

TunaAlbacore001_ADL

TunaAlbacore5_ADL

TunaSteakCooked001_ADL

TunaSteaks001_ADL

TunaSteaksRaw001_ADL

WalleyeFillets001_ADL

WalleyeFilletsRaw001_ADL

WalleyeFilletsRaw002_ADL

Whiting001_ADL

WholeCatfish001_ADL

WholeFriedTilapia001_ADL

YellowfinTunaBeauty_ADL

YellowtailSnapper001_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | January 15, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlufe Marketing & Communication Co., Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Adlufe Marketing & Communication Co., Inc.
38 Church Street, Pawtucket, RI, 02860

## Rights and Permissions _____

        **Organization Name:**  Adlufe Marketing & Communication Co., Inc.
                **Address:**  38 Church Street
                           Pawtucket, RI 02860 United States

## Certification _____

                **Name:**  Douglas Fleurant, C.F.O
                 **Date:**  April 19, 2017
**Applicant's Tracking Number:**  041917





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayen Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-046-803

**Effective Date of Registration:**
February 05, 2017

## Title _____

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-013017 |
| **Previous or Alternate Title:** | Group registration of photos published 01-11-1998 through 12-05-1998; about 250 photos total. |
| **Content Title:** | BBQDinner001_ADL, 02-05-1998; |

BBQDinner002_ADL, 06-10-1998;
BBQDinner003_ADL, 06-10-1998;
BBQDinner004_ADL, 02-05-1998;
BeefAsian001_ADL, 08-11-1998;

BeefBroccoli001_ADL, 08-11-1998;
BeefBroccoliStirFry001_ADL, 09-25-1998;
BeefSOrangetirFry001_ADL, 01-14-1998;
BeefStirFry002_ADL, 11-23-1998;
BeefStirFry003_ADL, 09-16-1998;

BeefStirFry004_ADL, 08-11-1998;
BeefStirFry005_ADL, 04-15-1998;
BeefStirFry006_ADL, 04-15-1998;
BeefStirFry007_ADL, 11-16-1998;
BeefStirFry008_ADL, 11-16-1998;

BeefStirFryOrange_ADL, 08-05-1998;
BeefStirFryPasta001_ADL, 08-11-1998;
BeefTeriyaki001_ADL, 06-27-1998;
Burrito001_ADL, 07-05-1998;
Burrito002_ADL, 07-05-1998;

Burrito003_ADL, 01-23-1998;
BurritoBeanCheese001_ADL, 08-10-1998;
BurritoBeef001_ADL, 08-10-1998;
BurritoBeef002_ADL, 02-18-1998;
BurritoBeef003_ADL, 08-11-1998;

BurritoCheeseSauce001_ADL, 11-24-1998;
BurritoCheeseSCreamLetTom001_ADL, 02-24-1998;
BurritoCheeseSCreamLetTom002_ADL, 02-24-1998;
BurritoChicken001_ADL, 04-05-1998;
BurritoChicken002_ADL, 08-17-1998;

CarneDeAsada001_ADL, 01-11-1998;
CarneDeAsadaTaco001_ADL, 04-16-1998;

Page 1 of 7

CarneDeAsadaTaco002_ADL, 02-24-1998;
ChickenAsian001_ADL, 06-08-1998;
ChickenAsian002_ADL, 06-8-1998;

ChickenBlackPepper001_ADL, 11-14-1998;
ChickenChowMein001_ADL, 09-05-1998;
ChickenFriedRice001_ADL, 09-05-1998;
ChickenMalaysianCoconut001_ADL, 02-05-1998;
ChickenSatay001_ADL, 02-05-1998;

ChickenStirFry001_ADL, 09-05-1998;
ChickenStirFry002_ADL, 10-05-1998;
ChickenStirFry003_ADL, 10-05-1998;
ChickenStirFryPepper001_ADL, 09-18-1998;
ChickenSweetSour001_ADL, 02-10-1998;

ChickenTenderSweetSour001_ADL, 10-05-1998;
ChilaquileBeanChicken001_ADL, 05-05-1998;
Chili001_ADL, 11-14-1998;
Chili002_ADL, 08-10-1998;
Chili004_ADL, 08-05-1998;

Chili005_ADL, 11-27-1998;
Chili006_ADL, 12-05-1998;
Chili007_ADL, 08-10-1998;
Chili008_ADL, 11-14-1998;
Chili009_ADL, 05-19-1998;

Chili011_ADL, 07-25-1998;
Chili012_ADL, 04-05-1998;
Chili013_ADL, 11-19-1998;
Chili014_ADL, 07-23-1998;
ChiliBreadBowl001_ADL, 12-05-1998;

ChiliCheeseNachoPull001_ADL, 05-19-1998;
ChiliDog001_ADL, 07-14-1998;
ChiliDog002_ADL, 11-08-1998;
ChiliDog003_ADL, 11-05-1998;
ChiliDogCheeseFry001_ADL, 05-05-1998;

ChiliHotDog004_ADL, 11-13-1998;
Chimichanga001_ADL, 11-15-1998;
ChineseTakeOut001_ADL, 09-26-1998;
ChopStickFortuneCookie001_ADL, 02-10-1998;
ChristmasDinner003_ADL, 01-13-1998;

ChristmasDinner004_ADL, 01-14-1998;
CrabRangoon001_ADL, 11-26-1998;
CrabRangoon002_ADL, 08-16-1998;
CrabRangoon003_ADL, 03-11-1998;
EasterDinner001_ADL, 02-08-1998;

EasterDinner002_ADL, 06-27-1998;
EasterDinner003_ADL, 04-05-1998;
EasterDinner004_ADL, 04-08-1998;
EasterDinner005_ADL, 04-08-1998;
EasterDinner006_ADL, 08-18-1998;



EasterDinner007_ADL, 04-08-1998;
EasterDinner008_ADL, 01-13-1998;
EasterDinner009_ADL, 04-05-1998;
EggRoll001_ADL, 08-09-1998;
EggRoll002_ADL, 08-09-1998;

EggRoll003_ADL, 08-09-1998;
EggRoll004_ADL, 02-05-1998;
EmpinadaBeef001_ADL, 03-22-1998;
EmpinadaBeef002_ADL, 03-22-1998;
EmpinadaBeef003_ADL, 03-22-1998;

Enchilada001_ADL, 04-22-1998;
Enchilada002_ADL, 12-05-1998;
Enchilada003_ADL, 01-18-1998;
EnchiladaSpinach001_ADL, 10-13-1998;
FajitaBeef001_ADL, 04-19-1998;

FajitaBeef002_ADL, 06-09-1998;
FajitaChicken002_ADL, 05-19-1998;
FlautaCheeseFrenchFries001_ADL, 02-16-1998;
FortuneCookie001_ADL, 12-05-1998;
FriedRice001_ADL, 06-10-1998;

FriedRice003_ADL, 07-09-1998;
FriedRice005_ADL, 07-13-1998;
FriedRice006_ADL, 02-18-1998;
FriedRice007_ADL, 08-05-1998;
FriedRice008_ADL, 01-18-1998;

Guacamole003_ADL, 04-19-1998;
Guacamole004_ADL, 12-05-1998;
Guacamole006_ADL, 11-12-1998;
Guacamole008_ADL, 07-27-1998;
KungPaoChicken001_ADL, 11-05-1998;

Mexican5LayerDip001_ADL, 08-10-1998;
MexicanDinner001_ADL, 05-05-1998;
MexicanDinner002_ADL, 08-10-1998;
MexicanDinner003_ADL, 09-20-1998;
MexicanDip_ADL, 05-23-1998;

MexicanDip7Layer001_ADL,02-05-1998;
MexicanDip7Layer002_ADL, 10-21-1998;
MexicanLayerDip001_ADL, 06-14-1998;
MooGooGaiPan001_ADL, 08-09-1998;
Nacho002_ADL, 11-08-1998;

Nacho003_ADL, 08-10-1998;
Nacho004_ADL, 08-10-1998;
Nacho005_ADL, 05-25-1998;
Nacho006_ADL, 04-05-1998;
Nacho008_ADL, 05-19-1998;

Nacho009_ADL, 04-15-1998;
NachoSourCream001_ADL, 08-10-1998;
NachoswithCheeseSauce001_ADL, 08-05-1998;
NoodleVeggie001_ADL, 08-05-1998;

Paella001_ADL, 08-05-1998;

PepperSteak001_ADL, 08-11-1998;
PicoDeGalloTortillaChip001_ADL, 12-05-1998;
PorkMushu001_ADL, 11-27-1998;
PorkSchezuan001_ADL, 08-19-1998;
PorkStirFry001_ADL, 01-12-1998;

PorkStirFry002_ADL, 11-24-1998;
PorkStirFry003_ADL, 10-24-1998;
PorkStirFry004_ADL, 03-11-1998;
PorkStirFry005_ADL, 02-05-1998;
PorkStirFry006_ADL, 02-05-1998;

PorkStirFry007_ADL, 10-26-1998;
PorkSweetSour001_ADL, 02-11-1998;
PorkSweetSour002_ADL, 02-10-1998;
Potsticker001_ADL, 07-05-1998;
Potsticker002_ADL, 11-09-1998;

PotstickerChopstix001_ADL, 11-09-1998;
PuPuPlatter001_ADL, 11-06-1998;
QuesadillaSeafood001_ADL, 11-11-1998;
QuesadillaTortillaChip001_ADL, 08-10-1998;
RiceEggRoll001_ADL, 07-05-1998;

RiceMexican001_ADL, 08-10-1998;
RiceSpanish001_ADL, 02-09-1998;
RiceThai001_ADL, 02-18-1998;
RiceThai002_ADL, 02-18-1998;
RiceWhite001_ADL, 07-16-1998;

SaladBlackBeanFiesta001_ADL, 05-23-1998;
SaladPotatoGerman006_ADL, 03-25-1998;
SaladPotatoRedBliss001_ADL, 10-19-1998;
SaladPotatoRedBliss002_ADL, 05-15-1998;
SaladPotatoRedBliss003_ADL, 06-24-1998;

SaladPotatoRedBliss004_ADL, 03-05-1998;
SaladPotatoRedBliss005_ADL, 06-23-1998;
SaladPotatoVegetable001_ADL, 08-05-1998;
SaladPrep001_ADL, 05-05-1998;
SaladRatatouille001_ADL, 09-10-1998;

SaladRatatouille002_ADL, 10-13-1998;
SaladRomaine001_ADL, 02-05-1998;
SaladSevenLayer001_ADL, 07-14-1998;
SaladSpaghetti001_ADL, 06-05-1998;
SaladSpinach001_ADL, 03-26-1998;

SaladSpinach002_ADL, 11-05-1998;
SaladSpinach003_ADL, 03-26-1998;
SaladSpinach004_ADL, 03-26-1998;
SaladSpinach005_ADL, 04-25-1998;
SaladSpinach006_ADL, 04-25-1998;

SaladSpinach007_ADL, 04-25-1998;
SaladSpinach008_ADL, 04-25-1998;



SaladSpinachFeta001_ADL, 07-26-1998;
SaladSpinachPasta001_ADL, 09-18-1998;
SaladSpinachStrawberry001_ADL, 08-05-1998;

SaladSpinachStrawberry002_ADL, 08-09-1998;
SaladSpinachTortellini001_ADL, 11-27-1998;
SaladSpringMix001_ADL, 03-26-1998;
SaladSpringMix002_ADL, 12-05-1998;
SaladStrawberry001_ADL, 07-12-1998;

SaladTabooli001_ADL, 03-13-1998;
SaladTakeOut001_ADL, 02-05-1998;
SaladTomatoMozzarella001_ADL, 10-05-1998;
SaladTomatoMozzarella002_ADL, 07-19-1998;
SaladTomatoMozzarella003_ADL, 10-05-1998;

SaladTomatoMozzarella004_ADL, 07-05-1998;
SaladTomatoMozzarella005_ADL, 08-10-1998;
SaladTortellini001_ADL, 10-05-1998;
SaladTortellini002_ADL, 12-05-1998;
SaladTortellini003_ADL, 08-09-1998;

SaladTortellini004_ADL, 08-09-1998;
SaladTortellini005_ADL, 03-21-1998;
SaladTortellini006_ADL, 08-10-1998;
SaladTortellini007_ADL, 07-12-1998;
SaladTortellini008_ADL, 04-24-1998;

SaladTortellini009_ADL, 01-24-1998;
SaladTortelliniPesto001_ADL, 10-05-1998;
SaladVegetable001_ADL, 08-05-1998;
SaladVegetableFruit001_ADL, 07-05-1998;
SaladWaldorf001_ADL, 01-21-1998;

SaladWedge001_ADL, 05-05-1998;
SaladWedge002_ADL, 05-05-1998;
Salsa001_ADL, 08-10-1998;
SalsaBlueCornChip001_ADL, 11-20-1998;
SalsaChip001_ADL, 08-21-1998;

SalsaChip002_ADL, 01-19-1998;
SalsaChip003_ADL, 08-10-1998;
SalsaChip004_ADL, 08-25-1998;
SesameNoodle001_ADL, 08-09-1998;
SoupAsian001_ADL, 10-10-1998;

SoupAsian002_ADL, 10-10-1998;
SoupWonton001_ADL, 11-27-1998;
SoupWonton002_ADL, 05-05-1998;
SpringRoll001_ADL, 04-05-1998;
StPatrickDinner001_ADL, 11-05-1998;

SundayDinner001_ADL, 09-13-1998;
TakeOutContainer001_ADL, 09-05-1998;
TempuraMeal001_ADL, 12-05-1998;
TeriyakiSteak001_ADL, 08-11-1998;
ThanksgivingDinner001_ADL, 11-05-1998;

ThanksgivingDinner002_ADL, 11-12-1998;
ThanksgivingDinner003_ADL, 11-18-1998;
ThanksgivingDinner004_ADL, 11-05-1998;
Tofu001_ADL, 01-25-1998;
Tofu002_ADL, 11-05-1998;

TofurkyDinner001_ADL, 11-05-1998;
TofuStirFry001_ADL, 04-05-1998;
TofuTwoBricks.001eps_ADL, 11-05-1998;
ValentineDinner001_ADL, 02-05-1998;
ValentineDinner002_ADL, 02-05-1998;

ValentineDinner003_ADL, 02-05-1998;
VealCutletDinner001_ADL, 08-05-1998;
VegetableStirFry001_ADL, 04-18-1998;
VegetableStirFry002_ADL, 11-16-1998;

VeggiePanini001_ADL, 04-24-1998;
VeggiePanini002_ADL, 04-24-1998;
VeggiePanini003_ADL, 04-24-1998;
VeggiePanini004_ADL, 04-24-1998;
VeggiePanini005_ADL, 04-24-1998;
VeggiePanini006_ADL, 04-24-1998;

VeggiePanini007_ADL, 04-24-1998;
VeggiePanini008_ADL, 04-24-1998;
VeggiePanini009_ADL, 04-24-1998;
VeggiePanini010_ADL, 04-24-1998;
WaldorfAppleSalad2010_ADL, 11-13-1998.

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** January 11, 1998
**Nation of 1st Publication:** United States

## Author

- **Author:** ADLIFE Marketing & Communications Co. Inc, Employer-for-Hire of Joel Albrizio
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co. Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions



| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | February 05, 2017 |
| **Applicant's Tracking Number**: | 873-057-353 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-046-924

Effective Date of Registration:
March 08, 2017

## Title
_____

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-020917 |
| **Previous or Alternate Title:** | Group registration of photos published 01-10-2006 through 12-05-2006; about 250 photos total. |
| **Content Title:** | BaconCarmelizedPearGrilledCheese001_ADL, 04-14-2006; |
| | BaconCarmelizedPearGrilledCheese002_ADL, 04-14-2006; |
| | BaconCarmelizedPearGrilledCheese003_ADL,04-14-2006; |
| | BaconCarmelizedPearGrilledCheese004_ADL,04-14-2006; |
| | BaconCarmelizedPearGrilledCheese005_ADL,04-14-2006; |
| | |
| | BaconCarmelizedPearGrilledCheese006_ADL, 04-14-2006; |
| | BaconWrappedMeatloaf001_ADL, 10-22-2006; |
| | BBQRibSandwich001_ADL, 03-5-2006; |
| | BBQRibSandwich002_ADL,03-05-2006; |
| | BeefTacos001_ADL, 04-05-2006; |
| | |
| | BeefTacos002_ADL, 04-05-2006; |
| | BeefTostada001_ADL,09-05-2006; |
| | BeerWithOrangeSlices001_ADL, 04-15-2006; |
| | BeerWithOrangeSlices002_ADL, 04-15-2006; |
| | BeerWithOrangeSlices003_ADL, 04-15-2006; |
| | |
| | BeerWithOrangeSlices004_ADL, 04-15-2006; |
| | BlackOliveTapenadeonToast001_ADL, 06-18-2006; |
| | BlueberryBowl001_ADL, 02-25-2006; |
| | BoneInLambChops001_ADL, 06-05-2006; |
| | BoneInLambChops002_ADL, 06-05-2006; |
| | |
| | ThinSlicedPorkBelly001_ADL, 03-11-2006; |
| | BreakfastSandwich002_ADL,03-11-2006; |
| | BundtCakeDustedwithPowderedSugar001_ADL, 08-25-2006; |
| | BundtCakeDustedwithPowderedSugar002_ADL, 08-25-2006; |
| | ButteredBiscuits001_ADL, 05-05-2006; |
| | |
| | CalzoneBroccoli001_ADL, 08-10-2006; |
| | CalzoneBroccoliChicken001_ADL, 01-15-2006; |
| | CalzoneBroccoliChicken002_ADL, 04-05-2006; |
| | CalzoneCheese001_ADL, 01-19-2006; |
| | CalzoneCheese002_ADL, 01-19-2006; |
| | |
| | CalzoneHamCheese001_ADL, 08-14-2006; |
| | CalzoneHamCheese002_ADL, 04-22-2006; |

CalzoneHamCheese003_ADL, 04-22-2006;
CalzoneItalianColdCut001_ADL, 11-27-2006;
CalzoneItalianColdCut002_ADL, 08-26-2006;

CalzoneItalianColdCut003_ADL, 09-26-2006;
CarneAdovada001_ADL, 05-05-2006;
CarneAdovadaTorta001_ADL, 05-05-2006;
CarneAdovadaTorta002_ADL, 05-05-2006;
CarneAdovadaTorta003_ADL, 05-05-2006;

CarneAdovadaTorta004_ADL,05-05-2006;
CarneAsadaTacos001_ADL, 05-12-2006;
Cheeseburger001_ADL, 09-24-2006;
Cheeseburger002_ADL, 05-05-2006;
CheeseburgerwithFoieGras001_ADL, 07-12-2006;

CheeseburgerwithSpinach001_ADL, 02-15-2006;
CheeseTwists001_ADL, 03-25-2006;
CheesteakSandwich001_ADL, 03-05-2006;
CheesteakSandwich002_ADL, 03-05-2006;
CheesteakSandwich003_ADL, 03-05-2006;

CheesteakSandwich004_ADL, 03-05-2006;
CheesteakSandwich005_ADL, 03-05-2006;
ChicagoStyleHotdogs001_ADL, 06-05-2006;
ChicagoStyleHotdogs002_ADL, 06-05-2006;
ChicagoStyleHotdogs003_ADL,06-05-2006;

ChickenAlligatorSausageJambalaya001_ADL, 04-05-2006;
ChickenAlligatorSausageJambalaya002_ADL, 04-05-2006;
ChickenAlligatorSausageJambalaya003_ADL, 04-05-2006;
ChickenAlligatorSausageJambalaya004_ADL,04-05-2006;
ChickenKabobs001_ADL, 07-05-2006;

ChickenLarbLettuceCups001_ADL, 08-05-2006;
ChickenLarbLettuceCups002_ADL, 08-05-2006;
ChickenLarbLettuceCups003_ADL, 08-05-2006;
ChickenSkewerPitaSandwiches001_ADL, 07-05-2006;
ChickenSkewerPitaSandwiches002_ADL, 07-05-2006;

ChocolateCreamPieSlice002_ADL,05-09-2006;
ChocolateCreamPieSlice004_ADL, 05-09-2006;
ChocolateCreamPieSlice005_ADL, 05-09-2006;
ChocolateCreamPiewithGrahamCrackerCrust001_ADL, 05-09-2006;
ChoppedCilantrowithLime001_ADL, 08-05-2006;

CinnamonRolls001_ADL, 04-05-2006;
CinnamonRollswithIcing001_ADL, 04-05-2006;
ColoredEasterEggs001_ADL, 04-05-2006;
Cornbread001_ADL, 12-05-2006;
Cornbread002_ADL, 12-05-2006;

Cornbread003_ADL, 12-05-2006;
Cornbread004_ADL, 12-05-2006;
Cornbread005_ADL, 11-09-2006;
CornFritters001_ADL, 03-08-2006;
CornFritters002_ADL, 03-08-2006;



CornFritters003_ADL, 03-08-2006;
CornMuffins001_ADL, 10-05-2006;
CrabRangoons001_ADL, 01-10-2006;
CrabRangoons002_ADL, 01-10-2006;
CrabRangoons003_ADL, 01-10-2006;

CrispyPorkBelly001_ADL, 01-10-2006;
CrispyPorkBelly002_ADL, 01-10-2006;
CrispyPorkBelly003_ADL, 01-10-2006;
CrispyPorkBelly004_ADL, 01-10-2006;
CrispySkinPorkRoast001_ADL, 04-05-2006;

CrumbledBaconBits001_ADL, 04-27-2006;
DeviledMushroomsonToast001_ADL, 02-14-2006;
DryChilesSteeping001_ADL, 05-05-2006;
FancyChicharonSalad001_ADL, 11-19-2006;
FishTacos001_ADL, 09-08-2006;

FishTacos002_ADL, 09-08-2006;
FishTacos003_ADL, 09-08-2006;
FishTacos004_ADL, 02-15-2006;
FriedChickenBiscuitSandwich001_ADL, 06-11-2006;
FriedFishSandwich001_ADL, 07-26-2006;

FriedFishSandwich002_ADL, 07-26-2006;
FriedLobsterSandwich001_ADL, 08-12-2006;
FriedScallopTaco001_ADL, 06-17-2006;
FriedScallopTaco002_ADL, 06-17-2006;
FriedShirmpTacos001_ADL, 02-11-2006;

GarlicChicken001_ADL, 02-11-2006;
GarlicChicken002_ADL, 02-11-2006;
GhirardelliIntenseChocolate001_ADL, 04-17-2006;
GreekLambBurger001_ADL, 04-5-2006;
GreekLambBurger002_ADL, 04-05-2006;

GreekLambBurger003_ADL, 04-05-2006;
GreekLambBurger004_ADL, 04-05-2006;
GreekLambBurger005_ADL, 04-05-2006;
GreekLambBurger006_ADL, 04-05-2006;
GreenChileTomatilloEnchiladas001_ADL, 02-19-2006;

GreenChileTomatilloEnchiladas002_ADL, 02-19-2006;
HaloumiGrilledCheeseSandwich001_ADL, 04-08-2006;
HaloumiGrilledCheeseSandwich002_ADL, 04-08-2006;
HaloumiGrilledCheeseSandwich003_ADL, 04-08-2006;
HaloumiGrilledCheeseSandwich004_ADL, 04-08-2006;

HaloumiGrilledCheeseSandwich005_ADL, 04-08-2006;
Hashbrowns001_ADL, 04-27-2006;
HomemadeBreakfastTortillaSandwich001_ADL, 04-27-2006;
HomemadeBreakfastTortillaSandwich002_ADL, 04-27-2006;
HomemadeBreakfastTortillaSandwich003_ADL, 04-27-2006;

HomemadeBreakfastTortillaSandwich004_ADL, 04-27-2006;
HummusPlate001_ADL, 06-21-2006;
IndianStyleChickenBurrito001_ADL, 02-15-2006;
ItalianStyleDryRoastPorkRibs001_ADL, 04-09-2006;

ItalianStyleDryRoastPorkRibs002_ADL, 04-09-2006;

ItalianStyleDryRoastPorkRibs003_ADL, 04-09-2006;
JalapenoTomatilloTomato001_ADL, 02-19-2006;
KielbasaSandwich001_ADL, 10-26-2006;
KungPaoChicken002_ADL, 01-13-2006;
KungPaoChicken003_ADL, 01-13-2006;

LambKeftedes001_ADL, 07-23-2006;
LambKeftedesPitaSandwiches001_ADL, 07-24-2006;
LinguinewithGrilledShrimp001_ADL, 08-26-2006;
LinguinewithGrilledShrimp002_ADL, 08-26-2006;
LobsterRoll009_ADL, 09-18-2006;

LobsterRoll010_ADL, 09-18-2006;
MassamanShrimp001_ADL, 04-05-2006;
MushroomFilledPuffPastry001_ADL, 11-05-2006;
MushroomFilledPuffPastry002_ADL, 11-05-2006;
MushroomFilledPuffPastry003_ADL, 11-05-2006;

MushroomFilledPuffPastry004_ADL, 11-05-2006;
MushroomTacos001_ADL, 02-15-2006;
Nachos010_ADL, 02-19-2006;
NashvilleChickenSliders001_ADL, 10-05-2006;
NashvilleChickenSliders002_ADL, 10-05-2006;

NashvilleChickenSliders003_ADL, 10-05-2006;
NashvilleChickenSliders004_ADL, 10-05-2006;
NewEnglandClamDip001_ADL, 11-22-2006;
OrangeCocktails001_ADL, 08-11-2006;
OrangeHalved001_ADL, 04-15-2006;

OrangeWinterCocktail001_ADL, 02-13-2006;
OrangeWinterCocktail002_ADL, 02-13-2006;
OystersenBrochette001_ADL, 06-08-2006;
OystersenBrochette002_ADL, 06-08-2006;
OystersenBrochette003_ADL, 06-08-2006;

OystersenBrochette004_ADL, 06-08-2006;
PanSearedPorkChops001_ADL, 06-24-2006;
PastawithPoachedEgg001_ADL, 09-17-2006;
PastawithPoachedEgg002_ADL, 09-17-2006;
PastawithProscuittoandPeas001_ADL, 08-12-2006;

PeachCocktail001_ADL, 02-15-2006;
PeachCocktail002_ADL, 02-15-2006;
PeachesandCream001_ADL, 07-20-2006;
PeachesandCream002_ADL, 07-20-2006;
PeanutButterFilledCookies001_ADL, 04-24-2006;

PeanutButterFilledCookies002_ADL, 04-24-2006;
PeanutButterFilledCookies003_ADL, 04-24-2006;
PeanutButterFilledCookies004_ADL, 04-24-2006;
PeanutButterFilledCookies005_ADL, 02-24-2006;
PeanutButterFilledCookies006_ADL, 04-24-2006;

PeanutButterFilledCookies007_ADL, 04-24-2006;
PeanutButterFilledCookies008_ADL, 04-24-2006;



PeanutButterFilledCookies009_ADL, 04-24-2006;
PeppermintMeringues001_ADL, 11-25-2006;
PeppermintMeringues002_ADL, 11-25-2006;

PeppermintMeringues003_ADL, 11-25-2006;
PhillyCheesesteakSandwich001_ADL, 07-20-2006;
PickledDeviledEggs001_ADL, 10-05-2006;
PicodeGalloIngredients001_ADL, 06-05-2006;
PimentoCheeseEggInTheHoleGrilledCheeseSandwich001_ADL, 04-26-2006;

PimentoCheeseEggInTheHoleGrilledCheeseSandwich002_ADL, 04-26-2006;
PimentoCheeseEggInTheHoleGrilledCheeseSandwich003_ADL, 04-26-2006;
PimentoCheeseEggInTheHoleGrilledCheeseSandwich004_ADL, 04-26-2006;
PimentoCheeseEggInTheHoleGrilledCheeseSandwich005_ADL, 04-26-2006;
PimpentoCheeseonBread001_ADL, 04-26-2006;

PimpentoCheeseonBread002_ADL, 04-26-2006;
PorkBellyBurger001_ADL, 05-12-2006;
PorkBellyBurger002_ADL, 05-12-2006;
PorkSpiedieSandwich001_ADL, 11-10-2006;
PorkSpiedieSandwich002_ADL, 11-10-2006;

PorkSpiedieSandwich003_ADL, 11-10-2006;
PoundCakeSlice001_ADL, 05-05-2006;
PoundCakeSliced001_ADL, 05-05-2006;
PoundCakeSlicedwithToppings001_ADL, 05-05-2006;
PumpkinPancakes001_ADL, 10-22-2006;

PumpkinPancakes002_ADL, 10-22-2006;
RawBoneInLambChops001_ADL, 06-05-2006;
RawChickenandVegetablesinFoodProcessor001_ADL, 08-05-2006;
RawPorkBellyRoast001_ADL, 01-10-2006;
RawStewMeat001_ADL, 03-05-2006;

RawStewMeat002_ADL, 03-05-2006;
RawStewMeat003_ADL, 05-05-2006;
RawWholeChickenSteepingwithHerbs001_ADL, 02-19-2006;
RoastDuckBreast001_ADL, 05-05-2006;
RoastDuckBreastinSteamedPorkBun001_ADL, 05-05-2006;

RoastDuckBreastinSteamedPorkBun002_ADL, 05-05-2006;
RoastDuckBreastinSteamedPorkBun003_ADL, 05-05-2006;
RoastedBananas001_ADL, 08-05-2006;
RoastedBananas002_ADL, 08-05-2006;
RoastedEggplantSandwich001_ADL, 10-05-2006;

RoastedPepperToastada001_ADL, 06-19-2006;
RoastedPepperToastada002_ADL, 06-19-2006;
RoastPorkChimichurriSandwich001_ADL, 02-22-2006;
ScrambledEggHashbrownonTortilla001_ADL, 04-27-2006;
ScrambledEggonTortilla001_ADL, 04-27-2006;

ScrambledEggs001_ADL, 04-27-2006;
SearedHaloumiCheese001_ADL, 04-08-2006;
SevenLayerDipBurger001_ADL, 01-22-2006;
SevenLayerDipBurger002_ADL, 01-22-2006;
Shakshuka001_ADL, 02-05-2006;

ShepherdsPie001_ADL, 02-22-2006;
ShimpAvocadoBurrito001_ADL, 03-05-2006;
ShimpAvocadoBurrito002_ADL,03-05-2006;
ShreddedBeefoverEggNoodles001_ADL, 03-05-2006;
ShreddedBeefoverEggNoodles002_ADL, 03-05-2006;

ShreddedChicken001_ADL,02-19-2006;
ShreddedPorkButt001_ADL, 09-09-2006;
ShreddedPorkRoast001_ADL, 04-05-2006;
SlicedBeefBrisket001_ADL, 09-05-2006;
SlicedBeefBrisket002_ADL, 09-05-2006;

SlicedBeefRoast001_ADL,03-25-2006;
SlicedBeefRoast002_ADL, 03-25-2006;
SlicedBeefRoast003_ADL, 03-25-2006;
Souffle001_ADL, 04-05-2006;
S1 deflewithFruit001_ADL, 04-05-2006;

SpicyChicken001_ADL, 10-05-2006;
SpinachArtichokeDip001, 10-14-2006;
SpiralPastainSauce001_ADL,09-05-2006;
SpiralPastainSauce002_ADL,09-05-2006;
StrawberryShortcake001,06-26-2006;

StuffedAcornSquash001_ADL, 04-10-2006;
StuffedAcornSquash002_ADL, 04-10-2006;
TacoswithOnionStraws001_ADL, 10-05-2006;
ThaiPeanutBuffaloWings001_ADL, 07-05-2006;
ThinSlicedBeef001_ADL, 07-20-2006.

## Completion/Publication

Year of Completion: 2006
Date of 1st Publication: January 10, 2006
Nation of 1st Publication: United States

## Author

- Author: ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio
  Author Created: photograph
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Adlife Marketing & Communications Co. Inc.
38 CHURCH STREET, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | March 08, 2017 |
| **Applicant's Tracking Number**: | 873-057-359 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-047-004

**Effective Date of Registration:**
March 07, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-021117 |
| **Previous or Alternate Title:** | Group registration of photos published 01-12-1998 through 12-05-1998; about 250 photos total. |
| **Content Title:** | AbaloneSalad001_ADL, 01-12-1998;<br>BaccalaBoneless001_ADL, 08-11-1998;<br>BasaFillet001_ADL, 05-05-1998;<br>BasaFillet002_ADL, 05-05-1998;<br>BasaFilletSteamer001_ADL, 07-23-1998; |
| | BasaFilletSteamer002_ADL, 07-23-1998;<br>BluefishFillet001_ADL, 08-05-1998;<br>BluefishFillet002_ADL, 08-11-1998;<br>BluefishFillet003_ADL, 06-19-1998;<br>BluefishFillet004_ADL, 06-20-1998; |
| | BlueMarlinSteak001_ADL, 08-11-1998;<br>CalamariFried001_ADL, 01-19-1998;<br>CalamariFried002_ADL, 10-20-1998;<br>CalamariFried003_ADL, 10-20-1998;<br>CalamariFried004_ADL, 10-20-1998; |
| | CalamariFried005_ADL, 02-16-1998;<br>CalamariSalad001_ADL, 09-26-1998;<br>CalamariSalad002_ADL, 06-08-1998;<br>Calamarispaghetti001_ADL, 08-11-1998;<br>CatfishFillet001_ADL, 03-08-1998; |
| | CatfishFillet002_ADL, 03-08-1998;<br>CatfishFillet003_ADL, 03-08-1998;<br>CatfishFillet004_ADL, 05-18-1998;<br>CatfishFillet005_ADL, 03-08-1998;<br>CatfishFillet006_ADL, 02-05-1998; |
| | CatfishFillet007_ADL, 10-20-1998;<br>CatfishFillet008_ADL, 08-11-1998;<br>CatfishFillet009_ADL, 02-05-1998;<br>CatfishFillet011_ADL, 04-08-1998;<br>CatfishFillet012_ADL, 02-05-1998; |
| | CatfishFillet014_ADL, 10-20-1998;<br>CatfishFillet015_ADL, 06-05-1998; |

CatfishFried001_ADL, 07-14-1998;
CatFishFried002_ADL, 02-16-1998;
CatFishFried003_ADL, 02-16-1998;

CatFishFried004_ADL, 05-17-1998;
CatfishNugget001_ADL, 10-08-1998;
CatfishSmoked001_ADL, 08-11-1998;
Clam001_ADL, 08-11-1998;
Clam002_ADL, 08-11-1998;

Clam003_ADL, 08-11-1998;
Clambake001_ADL, 08-11-1998;
Clambake002_ADL, 08-11-1998;
Clambake004_ADL, 08-11-1998;
Clambake009_ADL, 11-15-1998;

Clambake010_ADL, 07-23-1998;
ClambakeNewEnglandBeach001_ADL, 05-05-1998;
ClambakeNewEnglandBeach002_ADL, 05-05-1998;
ClamCasino001_ADL, 07-26-1998;
ClamCasino002_ADL, 08-11-1998;

ClamFried001_ADL, 08-11-1998;
ClamFried002_ADL, 08-11-1998;
ClamLinguine001_ADL, 08-11-1998;
ClamLinguine002_ADL, 11-26-1998;
ClamLinguine003_ADL, 04-24-1998;

ClamLinguine004_ADL, 04-24-1998;
ClamLittleneck001_ADL, 08-11-1998;
ClamLittleneck002_ADL, 01-20-1998;
ClamLittleneck003_ADL, 08-11-1998;
ClamLittleneck004_ADL, 08-11-1998;

ClamLittleneck005_ADL, 08-11-1998;
ClamLittleneck006_ADL, 08-11-1998;
ClamLittleneck007_ADL, 08-11-1998;
ClamLittleneck008_ADL, 08-11-1998;
ClamLittleneck009_ADL, 08-11-1998;

ClamLittleneck010_ADL, 03-08-1998;
ClamLittleneck011_ADL, 05-21-1998;
ClamMahogany001_ADL, 06-05-1998;
ClamMinced001_ADL, 08-11-1998;
ClamMusselLinguine001_ADL, 05-19-1998;

ClamSteamers001_ADL, 08-11-1998;
ClamSteamers002_ADL, 08-11-1998;
ClamSteamers003_ADL, 08-11-1998;
ClamSteamers004_ADL, 08-11-1998;
ClamSteamers005_ADL, 08-11-1998;

ClamSteamers006_ADL, 08-11-1998;
ClamSteamers007_ADL, 08-11-1998;
ClamSteamers008_ADL, 08-11-1998;
ClamSteamers009_ADL, 08-11-1998;
ClamSteamers010_ADL, 08-11-1998;

ClamSteamers011_ADL, 08-11-1998;
ClamSteamers012_ADL, 08-11-1998;
ClamSteamers013_ADL, 05-08-1998;
ClamStipFried001_ADL, 08-11-1998;
ClamStuffed001_ADL, 08-11-1998;

ClamStuffed002_ADL, 05-26-1998;
ClamStuffed003_ADL, 08-11-1998;
ClamStuffed004_ADL, 08-11-1998;
ClamStuffed005_ADL, 07-24-1998;
ClamStuffed006_ADL, 07-24-1998;

ClamStuffed007_ADL, 08-11-1998;
ClamStuffed008_ADL, 06-12-1998;
ClamStuffed009_ADL, 10-05-1998;
ClamStuffed010_ADL, 11-16-1998;
CodFillet001_ADL, 08-11-1998;

CodFillet002_ADL, 08-11-1998;
CodFillet003_ADL, 07-24-1998;
CodFillet004_ADL, 03-05-1998;
CodFillet005_ADL, 08-11-1998;
CodFillet006_ADL, 04-15-1998;

CodFillet007_ADL, 08-11-1998;
CodFillet008_ADL, 08-11-1998;
CodFillet009_ADL, 08-11-1998;
CodFillet010_ADL, 08-05-1998;
CodFillet011_ADL, 08-11-1998;

CodFillet012_ADL, 08-11-1998;
CodFillet013_ADL, 02-08-1998;
CodFillet014_ADL, 12-05-1998;
CodFillet015_ADL, 11-17-1998;
CodFillet016_ADL, 11-24-1998;

CodFillet017_ADL, 06-19-1998;
CodFillet018_ADL, 08-12-1998;
CodFillet019_ADL, 08-12-1998;
CodFillet020_ADL, 08-12-1998;
CodFillet021_ADL, 08-12-1998;

CodFillet022_ADL, 04-05-1998;
CodFillet023_ADL, 05-13-1998;
CodFillet024_ADL, 05-13-1998;
CodFillet025_ADL, 05-13-1998;
CodFillet026_ADL, 10-19-1998;

CodFillet027_ADL, 11-16-1998;
CodFilletFried001_ADL, 04-16-1998;
CodFilletRisotto001_ADL, 08-12-1998;
CodFilletRisotto002_ADL, 08-12-1998;
CodGrilledSandwich001_ADL, 05-13-1998;

CodGrilledSandwich002_ADL, 05-13-1998;
CodSteak001_ADL, 08-11-1998;
Crab001_ADL, 02-21-1998;
CrabAlaskanKingLeg001_ADL, 08-11-1998;

CrabBlueClaw001_ADL, 02-13-1998;

CrabCake001_ADL, 11-05-1998;
CrabCake002_ADL, 07-14-1998;
CrabCake003_ADL, 08-11-1998;
CrabCake004_ADL, 07-16-1998;
CrabCake005_ADL, 07-19-1998;

CrabCake006_ADL, 08-11-1998;
CrabCake008_ADL, 11-08-1998;
CrabCake009_ADL, 11-17-1998;
CrabCake010_ADL, 03-23-1998;
CrabCake011_ADL, 04-25-1998;

CrabCake012_ADL, 04-25-1998;
CrabCake013_ADL, 04-25-1998;
CrabCake014_ADL, 04-25-1998;
CrabCake015_ADL, 04-25-1998;
CrabClaw001_ADL, 11-20-1998;

CrabClaw002_ADL, 04-12-1998;
CrabClaw003_ADL, 01-15-1998;
CrabClaw004_ADL, 09-24-1998;
CrabCluster001_ADL, 08-11-1998;
CrabKingLeg001_ADL, 08-11-1998;

CrabKingLeg002_ADL, 11-05-1998;
CrabKingLeg003_ADL, 08-12-1998;
CrabKingLeg004_ADL, 06-21-1998;
CrabMeatCocktailSauce001_ADL, 08-05-1998;
CrabMeatCocktailSauce002_ADL, 02-13-1998;

CrabMeatImitation001_ADL, 02-05-1998;
CrabMeatImitation002_ADL, 08-11-1998;
CrabmeatImitation003_ADL, 05-08-1998;
CrabSnow002_ADL, 06-19-1998;
CrabSoftShell001_ADL, 05-05-1998;

CrabSteamed001_ADL, 11-09-1998;
CrabStuffed001_ADL, 02-09-1998;
CrabStuffed002_ADL, 08-11-1998;
CrabStuffed003_ADL, 11-17-1998;
Crawdad002_ADL, 05-05-1998;

Crawdad003_ADL, 05-19-1998;
Crawdad005_ADL, 05-05-1998;
Crawdad006_ADL, 02-05-1998;
CrawdadCrab002_ADL, 05-27-1998;
CrawdadCrabShrimp001_ADL, 05-19-1998;

Croaker001_ADL, 01-24-1998;
DogFish001_ADL, 02-22-1998;
FishChip002_ADL, 02-27-1998;
FishChip006_ADL, 02-11-1998;
FishChip007_ADL, 07-16-1998;

FishChip008_ADL, 11-21-1998;
FishChip009_ADL, 04-14-1998;



FishChip011_ADL, 05-13-1998;
FishChip012_ADL, 05-13-1998;
FishChip013_ADL, 11-26-1998;

FishChip014_ADL, 11-26-1998;
FishChip015_ADL, 02-27-1998;
FishFilletsBreadedWithFries001_ADL, 11-26-1998;
FishFried001_ADL, 04-21-1998;
FishFried002_ADL, 08-12-1998;

FishFried003_ADL, 02-09-1998;
FishFried004_ADL, 09-05-1998;
FishFried005_ADL, 08-14-1998;
FishFriedHaddock001_ADL, 04-14-1998;
FishNugget002_ADL, 11-27-1998;

FishPattySandwich001_ADL, 11-19-1998;
FishSandwich001_ADL, 08-12-1998;
FishSandwich002_ADL, 08-12-1998;
FishSandwich004_ADL, 02-19-1998;
FishStick001_ADL, 08-12-1998;

FishStick002_ADL, 12-05-1998;
FlounderFillet001_ADL, 12-05-1998;
FlounderFillet002_ADL, 08-11-1998;
FlounderFillet003_ADL, 10-11-1998;
FlounderFillet005_ADL, 06-12-1998;

FlounderFillet006_ADL, 04-17-1998;
FlounderFillet007_ADL, 07-05-1998;
FlounderFillet008_ADL, 02-16-1998;
FlounderFillet009_ADL, 11-16-1998;
FlounderFillet010_ADL, 11-16-1998;

FlounderFilletPolenta001_ADL, 08-12-1998;
FlounderFilletPolenta002_ADL, 08-12-1998;
FlounderStuffed001_ADL, 09-21-1998;
FlounderStuffed002_ADL, 12-05-1998;
FlounderStuffed003_ADL, 12-05-1998;

FlounderStuffed004_ADL, 08-12-1998;
FlounderStuffed005_ADL, 08-12-1998;
FriedFlounder001_ADL, 02-13-1998;
GrouperFillet001_ADL, 07-05-1998;
GrouperFillet002_ADL, 02-22-1998;

GrouperFillet003_ADL, 11-19-1998;
GrouperFillet004_ADL, 11-19-1998;
GrouperFillet005_ADL, 11-19-1998;
GrouperWhole001_ADL, 11-21-1998;
GrouperWhole002_ADL, 11-21-1998;

HaddockFillet001_ADL, 08-13-1998;
HaddockFillet002_ADL, 08-13-1998;
HaddockFillet003_ADL, 08-13-1998;
HaddockFillet004_ADL, 03-05-1998;
HaddockFillet005_ADL, 08-13-1998;

HaddockFillet006_ADL, 08-13-1998;
HaddockFillet008_ADL, 08-12-1998;
HaddockFillet009_ADL, 08-12-1998;
HaddockFillet010_ADL, 08-12-1998;
HaddockFillet011_ADL, 08-12-1998;

SeafoodAsst001_ADL, 02-08-1998;
SeafoodAsst002_ADL, 10-05-1998;
SeafoodAsst003_ADL, 08-16-1998;
SeafoodAsst004_ADL, 10-05-1998;
SeafoodAsst005_ADL, 08-16-1998;

SeafoodAsst006_ADL, 08-16-1998;
SeafoodAsst007_ADL, 07-05-1998;
SeafoodAsst008_ADL, 12-05-1998;
SeafoodAsst009_ADL, 12-05-1998;
SeafoodAsst010_ADL, 03-12-1998;

SeafoodAsst011_ADL, 04-20-1998;
ShellfishAsst001_ADL, 08-11-1998;
ShellfishAsst002_ADL, 08-11-1998;
ShellfishAsst003_ADL, 08-11-1998;
ShellfishAsst004_ADL, 08-11-1998;
ShellfishAsst005_ADL, 08-11-1998;
ShellfishAsst006_ADL, 08-16-1998;
ShellfishAsst007_ADL, 08-16-1998;
ShellfishAsst008_ADL, 05-19-1998;
ShrimpClamStuffed001_ADL, 02-05-1998.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1998 |
| Date of 1st Publication: | January 12, 1998 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adlife Marketing & Communications Co. Inc. |
| | 38 CHURCH STREET, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | SHORES & OLIVER PC |

|            |                                          |
|-----------:|------------------------------------------|
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|            | COTUIT, MA 02635-0790 United States |

## Certification

|            |                    |
|-----------:|--------------------|
| **Name:** | MILTON M. OLIVER |
| **Date:** | March 07, 2017 |
| **Applicant's Tracking Number:** | 873-057-357 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-047-017**

**Effective Date of Registration:**
March 05, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-021017 |
| **Previous or Alternate Title:** | Group registration of photos published 01-13-2000 through 12-08-2000; about 250 photos total. |
| **Content Title:** | AppleAsst002_ADL,11-26-2000;<br>AppleAsst003_ADL, 08-18-2000;<br>AppleGrannySmith006_ADL, 03-26-2000;<br>AppleGrannySmith007_ADL, 11-14-2000;<br>AppleGrannySmith008_ADL, 11-15-2000;<br><br>AppleGrannySmith009_ADL, 01-19-2000;<br>AppleGrannySmith010_ADL, 11-15-2000;<br>AppleGrannySmith011_ADL, 03-26-2000;<br>AppleGrannySmith012_ADL, 11-26-2000;<br>AppleGrannySmith013_ADL,08-18-2000;<br><br>AppleGrannySmithBasket001_ADL, 03-26-2000;<br>AppleGrannySmithBasket002_ADL, 03-26-2000;<br>AppleGrannySmithBasket003_ADL, 06-19-2000;<br>AppleGrannySmithYellow001_ADL, 03-26-2000<br>AppleJonaGold001_ADL, 03-26-2000;<br><br>AppleMacintosh001_ADL, 03-26-2000;<br>AppleMacintosh002_ADL, 01-19-2000;<br>AppleMacintosh003_ADL, 03-26-2000;<br>AppleMacintosh3lbBag001_ADL, 03-26-2000;<br>AppleMacintosh004_ADL,03-26-2000;<br><br>AppleMacintosh005_ADL, 03-26-2000;<br>AppleMacintosh006_ADL, 10-26-2000;<br>AppleMacintoshBasket001_ADL, 03-26-2000;<br>AppleMacintoshBasket002_ADL, 03-26-2000;<br>AppleMacintoshBasket003_ADL, 10-05-2000;<br><br>AppleMacintoshBowl001_ADL, 11-15-2000;<br>AppleMacintoshBox001_ADL, 03-26-2000;<br>AppleMacoun001_ADL, 03-26-2000;<br>AppleOrange001_ADL, 11-15-2000;<br>ApplePaulaRed001_ADL, 03-26-2000;<br><br>ApplePaulaRed002_ADL, 03-26-2000;<br>ApplePaulaRedVTOrchards001_ADL, 03-26-2000; |

ApplePie001_ADL, 09-20-2000;
ApplePinkLady002_ADL, 06-08-2000;
AppleRedDelicious001_ADL, 03-26-2000;

AppleRedDelicious002_ADL, 03-26-2000;
AppleRedDelicious003_ADL, 10-26-2000;
AppleRedDelicious004_ADL, 03-26-2000;
AppleRedDelicious005_ADL, 03-26-2000;
AppleRedDelicious006_ADL, 08-18-2000;

AppleRedDelicious007_ADL, 11-26-2000;
AppleRedDelicious008_ADL, 11-26-2000;
AppleRedDelicious009_ADL, 11-26-2000;
AppleRedDelicious010_ADL, 04-05-2000;
AppleRedDelicious011_ADL, 06-05-2000;

AppleRedDelicious012_ADL, 10-21-2000;
AppleRedDeliciousBasket001_ADL, 03-26-2000;
AppleRedDeliciousBasket002_ADL, 03-12-2000;
AppleRedGala001_ADL, 03-26-2000;
AppleRedGoldenDelicious001_ADL, 10-25-2000;

AppleRoyalGala001_ADL, 03-26-2000;
AppleRoyalGala002_ADL, 03-26-2000;
AppleSauce001_ADL, 11-12-2000;
AppleSauce002_ADL, 05-05-2000;
AppleSauce003_ADL, 05-15-2000;

AppleSauce004_ADL, 05-15-2000;
AppleSauce005_ADL, 05-15-2000;
ApplesGrannySmithBasket004_ADL, 04-25-2000;
AppleSlicePeanutButter002_ADL, 03-05-2000;
AppleSlicePeanutButter003_ADL, 08-22-2000;

AppleSlicer001_ADL, 11-12-2000;
AppleToteBag001_ADL, 09-26-2000;
AppleToteBag002_ADL, 10-25-2000;
AppleTree001_ADL, 10-10-2000;
AppleTree002_ADL, 10-10-2000;

ApricotBowl001_ADL, 11-21-2000;
ApricotCut001_ADL, 11-21-2000;
ApricotDried001_ADL, 07-05-2000;
ApricotDried002_ADL, 05-21-2000;
ApricotDriedBox001_ADL, 10-25-2000;

ApricotHoma001_ADL, 10-25-2000;
ApricotSliced001_ADL, 07-14-2000;
ApricotWhole001_ADL, 05-22-2000;
ApricotWhole002_ADL, 06-05-2000;
ApricotWhole003_ADL, 06-14-2000;

ApricotWholeBox001_ADL, 05-22-2000;
ApricotWholeBox002_ADL, 05-22-2000;
ApricotWholeBox003_ADL, 05-22-2000;
ApricotWholeBox004_ADL, 05-22-2000;
Banana001_ADL, 04-11-2000;



Banana002_ADL, 02-13-2000;
Banana003_ADL, 11-05-2000;
Banana004_ADL, 03-26-2000;
Banana005_ADL, 07-15-2000;
Banana006_ADL, 03-26-2000;

Banana007_ADL, 04-10-2000;
Banana008_ADL, 03-21-2000;
Banana009_ADL, 04-05-2000;
BananaBaby001_ADL, 03-12-2000;
BananaCereal001_ADL, 03-26-2000;

BananaChiquita001_ADL, 03-26-2000;
BananaChiquita002_ADL, 03-26-2000;
BananaChiquita003_ADL, 03-26-2000;
BananaChiquita004_ADL, 03-26-2000;
BananaCitrus001_ADL, 08-21-2000;

BananaPeeled001_ADL, 11-12-2000;
BananasGreen001_ADL, 02-05-2000;
BananasGreen002_ADL, 02-05-2000;
BananasGreen003_ADL, 02-05-2000;
BananasGreen004_ADL, 02-05-2000;

BerryAsst001_ADL, 01-17-2000;
BerryAsst002_ADL, 01-17-2000;
BerryAsst003_ADL, 06-05-2000;
BerryAsst004_ADL, 04-05-2000;
BerryAsst005_ADL, 04-08-2000;

BerryAsst006_ADL, 01-21-2000;
BerryAsst007_ADL, 09-19-2000;
BerryAsst008_ADL, 09-21-2000;
BerryAsst009_ADL, 03-05-2000;
BerryAsst010_ADL, 04-05-2000;

BerryAsst011_ADL, 06-05-2000;
Blackberry001_ADL, 03-26-2000;
Blackberry002_ADL, 03-26-2000;
Blackberry003_ADL, 03-26-2000;
BlackberryBowl001_ADL, 09-14-2000;

BlackberryBowl002_ADL, 03-09-2000;
BlackberryBox001_ADL, 09-14-2000;
BlackberryBox002_ADL, 02-27-2000;
Blueberry001_ADL, 03-26-2000;
Blueberry002_ADL, 06-10-2000;

Blueberry003_ADL, 12-05-2000;
Blueberry004_ADL, 03-26-2000;
Blueberry005_ADL, 05-20-2000;
Blueberry006_ADL, 03-26-2000;
Blueberry007_ADL, 02-24-2000;

Blueberry008_ADL, 03-14-2000;
Blueberry009_ADL, 12-05-2000;
Blueberry010_ADL, 12-05-2000;
Blueberry011_ADL, 12-05-2000;

Blueberry012_ADL, 12-05-2000;

Blueberry013_ADL, 12-05-2000;
Blueberry014_ADL, 12-05-2000;
Blueberry015_ADL, 12-05-2000;
BlueberryBasket001_ADL, 07-17-2000;
BlueberryBasket002_ADL, 06-17-2000;

BlueberryBox001_ADL, 07-17-2000;
BlueberryBox002_ADL, 07-14-2000;
BlueberryContainer001_ADL, 02-05-2000;
BlueberryDried001_ADL, 05-12-2000;
BlueberrySouthernSun001_ADL, 03-26-2000;

CantaloupeStrawberry001_ADL, 03-26-2000;
Chayote001_ADL, 03-05-2000;
CherryBing001_ADL, 05-23-2000;
CherryBing002_ADL, 11-27-2000;
CherryBing003_ADL, 05-15-2000;

CherryBing004_ADL, 06-18-2000;
CherryBing005_ADL, 03-26-2000;
CherryBing006_ADL, 06-25-2000;
CherryBing007_ADL, 06-18-2000;
CherryBing008_ADL, 06-05-2000;
CherryBing009_ADL, 08-05-2000;

CherryBing011_ADL, 11-05-2000;
CherryBing012_ADL, 06-05-2000;
CherryBing013_ADL, 06-05-2000;
CherryBing014_ADL, 06-05-2000;

CherryBingBasket001_ADL, 06-10-2000;
CherryBingBasket002_ADL, 12-05-2000;
CherryBingBowl001_ADL, 05-23-2000;
CherryBingBowl002_ADL, 11-22-2000;
CherryBingBowl003_ADL, 06-05-2000;

CherryBingBowl004_ADL, 11-22-2000;
CherryBingBowl005_ADL, 05-15-2000;
CherryBingBowl006_ADL, 06-18-2000;
CherryBingBowl007_ADL, 06-25-2000;
CherryBingBowl008_ADL, 06-14-2000;

CherryBingBowl009_ADL, 02-17-2000;
CherryBingBox001_ADL, 05-19-2000;
CherryBingBox002_AD, 05-19-2000;
CherryBingBox003_ADL, 05-27-2000;
CherryBingColander001_ADL, 09-05-2000;

CherryBingColander002_ADL, 06-18-2000;
CherryMaraschino001_ADL, 11-05-2000;
CherryNorthwestRainier001_ADL, 01-19-2000;
CherryYellow001_ADL, 07-05-2000;
CitrusAsst001_ADL, 03-26-2000;

CitrusAsst002_ADL, 03-26-2000;
CitrusAsst003_ADL, 03-26-2000;



CitrusAsst004_ADL,09-21-2000;
CitrusAsst005_ADL, 11-15-2000;
CitrusAsst006_ADL, 09-14-2000;

CitrusAsst007_ADL, 03-26-2000;
CitrusAsst008_ADL, 03-26-2000;
Clementine001_ADL, 07-19-2000;
Clementine002_ADL, 03-26-2000;
Clementine003_ADL, 03-26-2000;
Clementine004_ADL, 03-26-2000;

Clementine005_ADL, 03-26-2000;
Clementine006_ADL, 05-20-2000;
Clementine007_ADL, 05-05-2000;
ClementineBox001_ADL, 03-26-2000;

ClementineChestnut001_ADL, 11-05-2000;
ClementineDarlingBox001_ADL, 03-26-2000;
ClementineDarlingBox002_ADL, 03-26-2000;
ClementineMaxim001_ADL, 03-26-2000;
Coconut001_ADL, 02-18-2000;

Coconut002_ADL, 02-18-2000;
Coconut003_ADL, 03-26-2000;
Coconut004_ADL, 11-05-2000;
CoconutMalanga001_ADL, 03-26-2000;
Cranberry001_ADL, 03-26-2000;

Cranberry002_ADL, 03-26-2000;
Cranberry003_ADL, 11-27-2000;
Cranberry004_ADL, 11-05-2000;
Cranberry005_ADL, 11-17-2000;
Cranberry006_ADL, 01-14-2000;

CranberryBox001_ADL, 03-26-2000;
CranberryDried001_ADL, 11-05-2000;
CranberryDried002_ADL, 07-13-2000;
CranberryOceanSpray001_ADL, 10-17-2000;
Date001_ADL, 03-26-2000;

DragonFruit001_ADL, 01-13-2000;
Fig001_ADL, 07-05-2000;
Fig002_ADL, 07-05-2000;
Fig003_ADL, 07-05-2000;
Fig004_ADL, 07-19-2000;

Fig005_ADL, 11-20-2000;
Fig006_ADL, 09-05-2000;
FigDried001_ADL, 03-26-2000;
FruitAsst001_ADL, 03-05-2000;
FruitAsst002_ADL, 07-16-2000;

FruitAsst003_ADL, 08-05-2000;
FruitAsst004_ADL, 03-26-2000;
FruitAsst005_ADL, 03-26-2000;
FruitAsst006_ADL, 03-26-2000;
FruitAsst007_ADL, 03-26-2000;

FruitAsst008_ADL, 03-26-2000;
FruitAsst009_ADL, 03-26-2000;
FruitAsst010_ADL, 03-26-2000;
FruitAsst011_ADL, 03-26-2000;
FruitAsst012_ADL, 03-26-2000;

FruitAsst013_ADL, 03-26-2000;
FruitAsst014_ADL, 03-26-2000;
FruitAsst015_ADL, 03-26-2000;
FruitAsst016_ADL, 03-26-2000;
FruitAsst017_ADL, 03-26-2000;

FruitAsst018_ADL, 03-26-2000;
FruitAsst019_ADL, 07-12-2000;
FruitAsst020_ADL, 05-19-2000;
FruitAsst021_ADL, 05-12-2000;
FruitAsst022_ADL, 09-21-2000;

FruitAsst023_ADL, 06-05-2000;
FruitAsst024_ADL, 08-09-2000;
FruitAsst025_AD, 06-27-2000;
FruitAsst026_ADL, 06-05-2000;
FruitAsst027_ADL, 07-09-2000;

FruitAsst028_ADL, 07-05-2000;
FruitAsst029_ADL, 06-19-2000;
FruitAsst030_ADL, 05-22-2000;
FruitAsst031_ADL, 05-05-2000;
GingerAppleToteBag002_ADL, 10-25-2000.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2000 |
| Date of 1st Publication: | January 13, 2000 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adlife Marketing & Communications Co. Inc. |
| | 38 CHURCH STREET, PAWTUCKET, RI, 02860-03906, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | March 05, 2017 |
| **Applicant's Tracking Number**: | 873-057-356 |





Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-055-108

**Effective Date of Registration:**
May 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-042817 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 12, 1997 through DEC 13, 1997; about 250 photos. |
| **Content Title:** | MeatballsWithLasagna001_ADL |
| | MeatLasagna001_ADL |
| | MixedGreensCranberriesBleu001_ADL |
| | MolassesCookies001_ADL |
| | Mostaccioli001_ADL |
| | MushroomStroganoff001_ADL |
| | MushuPork001_ADL |
| | MushuPork002_ADL |
| | Nachos001_ADL |
| | NachosMeatCheese001_ADL |
| | OssoBucco001_ADL |
| | OstrichTenderloin001_ADL |
| | OstrichTenderloinRaw001_ADL |
| | Panettone001_ADL |
| | PanzanellaSalad001_ADL |
| | Pasta001_ADL |
| | PastaDryLinguini_ADL |
| | PastaDrySpiral_ADL |
| | PastaForks001_ADL |
| | PenneMacaroni001_ADL |

PennePastaPesto001_ADL

PenneRomana001_ADL

PeppersPork001_ADL

PicnicBasket001_ADL

PicoDeGallo001_ADL

PoachedPears001_ADL

PolishKielbasaGrilled001_ADL

PorkBellies001_ADL

PorkBelliesRaw001_ADL

PorkButtCooked001_ADL

PorkButtRoast001_ADL

PorkButtRoastRaw001_ADL

PorkChopBroccoli001_ADL

PorkChopCCCooked001_ADL

PorkChopCCRaw001_ADL

PorkChopRiceApples001_ADL

PorkChops001_ADL

PorkChops002_ADL

PorkChops003_ADL

PorkChopSandwich001_ADL

PorkChopSandwich002_ADL

PorkChopsBoneless001_ADL

PorkChopsColeslaw001_ADL

PorkChopsCooked001_ADL

PorkChopsCooked003_ADL

PorkChopsCooked004_ADL

PorkChopsGreenBeansRice001_ADL

PorkChopsNoodles001_ADL

PorkChopsRaw001_ADL

PorkChopsRaw002_ADL

PorkChopsRaw003_ADL



PorkChopsRaw004_ADL

PorkChopsRaw005_ADL

PorkChopsRaw006_ADL

PorkChopsRaw007_ADL

PorkChorizoRaw001_ADL

PorkCountryRibsRaw_ADL

PorkCountryStyleRibsCooked_ADL

PorkFeet001_ADL

PorkGrilledChops001_ADL

PorkHamChristmas001eps_ADL

PorkHamChristmasDinner_ADL

PorkHamShank001_ADL

PorkHamShank002_ADL

PorkHamSpiral001_ADL

PorkKabobs001_ADL

PorkLegCooked001_ADL

PorkLoin001_ADL

PorkLoinCooked001_ADL

PorkLoinPotatoes001_ADL

PorkLoinRibRoast001_ADL

PorkLoinRice001_ADL

PorkLoinWhole001_ADL

PorkNeckBone001_ADL

PorkRoast001_ADL

PorkSausage001_ADL

PorkSausageCooked_ADL

PorkSausageLoopRaw001_ADL

PorkSausageRaw_ADL

PorkSausages001_ADL

PorkShoulder001_ADL

PorkShoulderBladeSteak001_ADL

PorkShoulderRaw001_ADL

PorkShoulderRaw003_ADL

PorkShoulderRoast002_ADL

PorkShreddedBBQ001_ADL

PorkSirloinCutlets001_ADL

PorkSmokedShoulderCooked001_ADL

PorkSmokedShoulderRaw001_ADL

PorkSpareRibs001_ADL

PorkSpareRibsCornOnCob001_ADL

PorkSpareRibsRaw001_ADL

PorkSteakCooked001_ADL

PorkSteakRaw001_ADL

PorkSteaks001_ADL

PorkSteaks002_ADL

PorkStewMeat001_ADL

PorkStewMeatCooked001_ADL

PorkStewMeatWithOnionSpices001_ADL

PorkStirFry001_ADL

PorkTenderloin001_ADL

PorkTenderloin002_ADL

PorkTenderloin003_ADL

PorkTenderloinApples001_ADL

PorkTenderloinApples002_ADL

PorkTenderloinCooked001_ADL

PorkTriTip001_ADL

PorkTriTip002_ADL

PorkTriTip003_ADL

PorkTriTip004_ADL

PorkWholeLoinCooked001_ADL

PorkWholeLoinRaw001_ADL



PotatoWhite001_ADL

PotatoWhite002_ADL

PotatoWhite003_ADL

PotatoWhite004_ADL

PotatoWhite005_ADL

PotatoWhite006_ADL

PotatoWhite007_ADL

PotatoWhite008_ADL

PotatoWhite009_ADL

PotatoWhiteBasket001_ADL

PotatoWhiteBasket002_ADL

PotatoYukonGold001_ADL

PotatoYukonGold002_ADL

PotatoYukonGoldBag001_ADL

ProduceBreadInBag001_ADL

PulledPorkSandwich001_ADL

Pumpkin001_ADL

Pumpkin002_ADL

Pumpkin003_ADL

Pumpkin004_ADL

Pumpkin005_ADL

Pumpkin007_ADL

Pumpkin008_ADL

Pumpkin009_ADL

Pumpkin010_ADL

Pumpkin011_ADL

Pumpkin012_ADL

Pumpkin013_ADL

Pumpkin014_ADL

Pumpkin015_ADL

Pumpkin016_ADL

PumpkinBasketOverflow001_ADL

PumpkinMilkshake001_ADL

PumpkinMini001_ADL

PumpkinPie001_ADL

PumpkinRaisinMuffins001_ADL

PumpkinRavioli001_ADL

PumpkinWhoopiePies001_ADL

Quesadilla001_ADL

Quesadilla002_ADL

Quesadillas001_ADL

QuicheLorraine001_ADL

RackOfLamb001_ADL

Radiccio001_ADL

Radiccio002_ADL

Radiccio003_ADL

Radiccio004_ADL

Radish001_ADL

Radish002_ADL

Radish003_ADL

Radish004_ADL

Radish005_ADL

RadishBag001_ADL

RadishBasket001_ADL

RadishDaikon001_ADL

RadishDaikon002_ADL

RadishDaikon003_ADL

RadishDaikon004_ADL

RadishDaikon005_ADL

RadishDaikon006_ADL

RanchDipVeggies001_ADL



Ravioli001_ADL

Ravioli002_ADL

Ravioli003_ADL

RavioliAlfredoSauce001_ADL

RavioliParmCreamSauce001_ADL

Rhubarb001_ADL

RibRoastTurkeyHolidayFeast001_ADL

RibsCooked001_ADL

RibsRaw001_ADL

RibsRaw002_ADL

RibSteaksCooked001_ADL

Rigatoni001_ADL

RigatoniHamCreamSauce001_ADL

RigatoniMeatSauce001_ADL

RigatoniMeatSauce002_ADL

RoastedCarrotsThyme001_ADL

RoastedStuffedTurkey001_ADL

RoastedSweetPotatoes001_ADL

RoastedTurkeyDinner001_ADL

RoastedVeggiesMaple001_ADL

RosemaryHam001_ADL

RotiniPasta001_ADL

Rutabaga001_ADL

Salsa001_ADL

SalsaConQueso001_ADL

SalsaWithCornChips001_ADL

SaltPorkCooked001_ADL

SaltPorkRaw001_ADL

Sausage001_ADL

SausageLinksCooked001_ADL

SausageLinksRaw001_ADL

SausageOnions001_ADL

SausagePeppers001_ADL

SausagePeppersPasta001_ADL

SausagePeppersPasta002_ADL

SauteedMushroomswithWine001_ADL

Scallion001_ADL

Scallion002_ADL

Scallion003_ADL

Scallion004_ADL

Scallion005_ADL

Scallion006_ADL

Scallion007_ADL

ScampiFlorentine001_ADL

SchnitzelBreadedRaw001_ADL

SchnitzelCooked001_ADL

SchnitzelRaw001_ADL

SevenLayerSalad_ADL

Sgroppino001_ADL

Shallot001_ADL

Shallot002_ADL

ShoulderLambChops001_ADL

ShrimpBlackBeanTostada001_ADL

SlicedHam001_ADL

SlicedHamPotatoes001_ADL

SlicedTurkeyPeas001_ADL

SmokedPorkNecks001_ADL

SoftFlourTortillas001_ADL

SoftShellTacos001_ADL

SoftTortillas001_ADL

Spaghetti001_ADL



SpaghettiAlfredo001_ADL

SpaghettiGarlicBread001_ADL

SpaghettiMeatballs001_ADL

SpaghettiMeatballs002_ADL

SpaghettiMeatballs003_ADL

SpaghettiRedSauce001_ADL

SpaghettiRingsSauce001_ADL

SpaghettiTomatoes001_ADL

SpaghettiWine001_ADL

SpanishRice001_ADL

SpanishRice002_ADL

SpanishRice003_ADL

SpanishRice004_ADL

SparkilingCranberryCocktail001_ADL

SparklingCider001_ADL

SpinachPasta001_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | January 12, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •   **Author:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio |
| | 38 Church Street, Pawtucket, RI, 02860, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Adlife Marketing & Communications Co., Inc. |
| **Address:** | 38 Church Street |
|  | Pawtucket, RI 02860 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Douglas Fleurant, C.F.O. |
| **Date:** | May 03, 2017 |
| **Applicant's Tracking Number:** | 042817 |

**Correspondence:** Yes

**Registration #:**   VA0002055108
**Service Request #:**   1-5034180891

Adlife Marketing & Communications Co., Inc.
Douglas Fleurant
38 Church Street
Pawtucket, RI 02860 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-055-118

**Effective Date of Registration:**
April 27, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-042517 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 10, 1996 through DEC 12, 1996; about 250 photos. |
| **Content Title:** | ApplesFuji001_ADL |
| | ApplesFuji002_ADL |
| | ApplesGrannySmith001_ADL |
| | ApplesGrannySmith002_ADL |
| | ApplesHoneyCrisp001_ADL |
| | ApplesPinkLady001_ADL |
| | ApplesPinkLady002_ADL |
| | ApplesRedDelicious_ADL |
| | ApplesRoyalGala_ADL |
| | ApplesVariety001_ADL |
| | ApplesVariety002_ADL |
| | Apricots001_ADL |
| | Artichoke001_ADL |
| | Artichoke002_ADL |
| | AvacadosHass001_ADL |
| | AvocadoHass002_ADL |
| | Avocados001_ADL |
| | Avocados002_ADL |
| | BabyBellaMushrooms001_ADL |
| | BabyBellaMushrooms002_ADL |

BabyBellPeppers001_ADL

BananasGreen001_ADL

Basil_ADL

BeanFrench_ADL

BeansFlat001_ADL

BeanString001_ADL

Beet001_ADL

BlueberriesContainer001_ADL

BokChoy001_ADL

BostonBibb00l_ADL

BostonBibbLettuce_ADL

Broccoli001_ADL

Broccoli002_ADL

Broccolini_ADL

Broccolini001_ADL

BroccoliRabe001_ADL

BroccoliWithCheeseOnTop_ADL

ButterBeans_ADL

ButternutSquash001_ADL

CabbageNapa001_ADL

CantaloupeSliced001_ADL

Capsicums_ADL

Carambola_ADL

Carrots001_ADL

Carrots002_ADL

Cauliflower001_ADL

Cauliflower002_ADL

Cauliflower003_ADL

Celery001_ADL

Celery002_ADL

ChayoteSquash_ADL



Cherries001_ADL

Cherries002_ADL

Cherries003_ADL

CherriesBing_ADL

Chestnuts_ADL

Chilies001_ADL

Coconut001_ADL

Coconut002_ADL

CornSweetOnGrill001_ADL

Fig001_ADL

FrenchGreenBeans001_ADL

GarbanzoBeans001_ADL

Garlic001_ADL

Grapefruit001_ADL

GrapesRedGlobe001_ADL

GrapesRedGlobe002_ADL

GrapeTomatoes001_ADL

GreenCabbage001_ADL

HabaneroPeppers001_ADL

HassAvacados001_ADL

HawaiianPapaya001_ADL

Honeydew001_ADL

IceburgLettuce001_ADL

ItalianPeppers001_ADL

ItalianSquash001_ADL

JalapenoPeppersInBasket001_ADL

JalapenoPeppersLoose001_ADL

KeyLimesInBag001_ADL

KeyLimesInLoose001_ADL

Kiwi001_ADL

Leeks001_ADL

Lemons001_ADL

Lemons002_ADL

LettuceButtercrunch001_ADL

LettuceButtercrunch002_ADL

LettuceHearts001_ADL

LettuceHearts002_ADL

LettuceMixed001_ADL

LettuceMixed002_ADL

LettuceRomaine001_ADL

Limes001_ADL

Limes002_ADL

Limes003_ADL

LooseRiceInBasket001_ADL

Mandarins001_ADL

Mandarins002_ADL

Mangoes1_ADL

Mangoes001_ADL

Mangos001_ADL

Potatoes003_ADL

PotatoesCarrots001_ADL

PotatoWrappedInPlastic_ADL

ProduceDepartment001_ADL

ProduceMontage001_ADL

Prunes001_ADL

Pumpkin001_ADL

Pumpkins_ADL

Radishes_1204_ADL

Radishes001_ADL

Radishes002_ADL

Raisins001_ADL



RanchDip001_ADL

RanchOnBabyCarrots001_ADL

Raspberries001_ADL

Raspberries002_ADL

Raspberries003_ADL

Raspberries004_ADL

Red&WhiteGrapes001_ADL

RedApples001_ADL

RedApples002_ADL

RedBellPeppers001_ADL

RedBellPeppers002_ADL

RedBlackGreenGrapes001_ADL

RedBlackPlums001_ADL

RedCabbage_ADL

RedGoldPotatoes001_ADL

RedGoldPotatoes002_ADL

RedGrapefruitSlices001_ADL

RedGrapefruitSlices002_ADL

RedGrapes001_ADL

RedGrapes002_ADL

RedGreenGrapes001_ADL

RedOnions001_ADL

RedPears002_ADL

RedPepperWholeSliced001_ADL

RedPotatoes001_ADL

RedPotatoes002_ADL

RedRaspberries001_ADL

RhubarbStalks001_ADL

RoastedPeppersOnions001_ADL

RoastedPotatoes001_ADL

RoastPotatoes001_ADL

RomaineLettuce001_ADL

RomaineLettuce002_ADL

RomaineLettuce003_ADL

RomaineLettuceOnions001_ADL

RomanitaTomatoes001_ADL

RomaTomatoes001_ADL

RussetPotatoes001_ADL

Scallions001_ADL

SeasonedPotatoes001_ADL

SeedlessWatermelon001_ADL

Shallot001_ADL

Shallots_ADL

ShiitakeMushrooms001_ADL

ShitakeMushrooms001_ADL

ShreddedCarrots001_ADL

ShreddedCarrots002_ADL

SlicedApple001_ADL

SlicedKiwi001_ADL

SlicedMushrooms001_ADL

SpaghettiSquash001_ADL

Spinach001_ADL

Spinach002_ADL

Spinach003_ADL

Squash001_ADL

SquashAssorted001_ADL

SquashZucchini001_ADL

SteamingHotVeggies001_ADL

StewedTomatoes001_ADL

StewVegetables001_ADL

Strawberries001_ADL



Strawberries002_ADL

Strawberries003_ADL

Strawberries004_ADL

Strawberries005_ADL

Strawberries006_ADL

Strawberries007_ADL

Strawberries009_ADL

Strawberries010_ADL

StrawberriesBananas001_ADL

StrawberriesBananas002_ADL

StrawberryKiwiMix001_ADL

StringBeans001_ADL

StuffedCelerySticks001_ADL

StuffedManzanilloOlives001_ADL

StuffedPeppers001_ADL

StuffedRedPeppers001_ADL

StuffedTomatoes001_ADL

StuffedTomatoes002_ADL

StuffedTomatoes003_ADL

StuffedTomatoes004_ADL

SugarPlums001_ADL

SunDriedTomatoes001_ADL

SweetCorn001_ADL

SweetCorn002_ADL

SweetCornCooked001_ADL

SweetOnions001_ADL

SweetPotatoCasserole001_ADL

SweetPotatoes001_ADL

SweetPotatoes002_ADL

SweetPotatoes003_ADL

SweetPotatoes004_ADL

SweetPotatoes005_ADL

SweetPotatoesCooked001_ADL

SweetPotatoesTopping001_ADL

SwissChard001_ADL

SwissChard003_ADL

Tomato001_ADL

TomatoCherry001_ADL

TomatoeRoma001_ADL

Tomatoes001_ADL

TomatoSlices001_ADL

TomatoSlices002_ADL

Turnip001_ADL

TurnipGreens_ADL

TurnipGreens001_ADL

TwiceBakedPotato001_ADL

TwiceBakedPotato002_ADL

TwiceBakedPotato003_ADL

VegetablesPotatoes001_ADL

VegetableTrayDip001_ADL

VegetbleSoupIngredients001_ADL

VegetbleSoupIngredientsVert001_ADL

VeggiePlatterWithDip001_ADL

VeggieTray001_ADL

VineRipeTomatoes001_ADL

WashingCarrots001_ADL

WashingCornOnTheCobb001_ADL

WashingWaxBeans001_ADL

WatermelonBalls001_ADL

WatermelonChunks_ADL

WatermelonSlice001_ADL



WhiteMushrooms001_ADL

WhitePotatoes001_ADL

WhiteRedGrapes001_ADL

WholeBabyBellaMushrooms001_ADL

Yams001_ADL

Yams002_ADL

YamsCooked001_ADL

YellowApples001_ADL

YellowApples002_ADL

YellowSquash001_ADL

Zucchini001_ADL

Zucchini002_ADL

Zucchini003_ADL

ZucchiniFries001_ADL

ZucchiniSauteed001_ADL

AppleGoldenDelicious001_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 10, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio
- **Author Created:** photograph
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio
38 Church Street, Pawtucket, RI, 02860, United States

## Rights and Permissions

**Organization Name:** Adlife Marketing & Communications Co., Inc.
**Address:** 38 Church Street
Pawtucket, RI 02860 United States

## Certification

**Name:** Douglas Fleurant, C.F.O.
**Date:** April 27, 2017
**Applicant's Tracking Number:** 042517

**Correspondence:** Yes



**Registration #:**   VA0002055118
**Service Request #:**   1-4952144841

Douglas Fleurant
38 Church Street
Pawtucket, RI 02860

