# Exhibit C











🔒 circulars.adrienssupermarket.com

## Locally Owned and Operated
## ADRIEN'S
### supermarket
*— since 1962 —*

HOME · **WEEKLY ADS** · COUPONS · PARTY TRAYS · CAREERS · ABOUT ADRIEN'S

Log In | Create an Account

**Ad Week 2/10 thru 2/16**

View Printable PDF - **Search By Category** - View My Shopping List


**Page 1**


**Page 2**


**Page 3**


**Page 4**



My Shopping List (0)

-- Choose Department --

Quick Add It

Your shopping list is empty.

View Shopping List

Print Shopping List

Email List to Myself

Clear Shopping List

*Click items to add them to your shopping list and to view great recipe ideas!*

« Previous Page          Page 4 of 4






circulars.adrienssupermar

*Locally Owned and Operated*

# ADRIEN'S
### supermarket

HOME · **WEEKLY ADS** · COUPONS · PARTY TRAYS · CAREERS · MORE

Log In | Create an Account

## Ad Week 2/24 thru 3/2
### View Printable PDF - Search By Category - View My Shopping List

**Page 1**  **Page 2**  **Page 3**  **Page 4**

My Shopping List (0)

-- Choose Department --

Quick Add It

Your shopping list is empty.

View Shopping List
Print Shopping List
Email List to Myself
Clear Shopping List

*Click items to add them to your shopping list and to view great recipe ideas!*

« Previous Page         Page 4 of 4

**QUALITY MEAT**   Cut Fresh By Our Butcher

USDA T-Bone Steaks **$5.98** Lb.

Adrien's Seasoned Pork Steaks *Value Packs* **$1.58** Lb.

Adrien's Fresh Sausage **$2.98** Lb.

**ADRIEN'S SIGNATURE ITEMS**
More than just a grocery store

Seasoned Leg Quarters *Value Packs* **89¢** Lb.

King Cotton Stack Pack Bacon *40 oz. Pkg.* **$8.99**

King Cotton Smoked Sausage *Selected Varieties 14 lb.* **$2.79**

Marinated Baby Back Pork Ribs *Value Packs* **$4.99**

King Cotton Sliced Smoked Bacon *12 lb.* **$3.49**

Best Choice Corn Dogs *Selected Varieties 42.7 lb.* **$4.99**

Adrien's Bar-B-Que Pack **$1.89** Lb.

Deli Favorite Pimento Cheese **$3.78** Lb.

Mrs. Weaver's Pimento Cheese **$3.99**

Oscar Mayer Deli Fresh Shaved Ham or Turkey *Selected Varieties* **$5.49**

Armour Lunch Makers *Selected Varieties 2.4-2.9 oz.* **$1.00**

Our Own Homemade French Bread Pizza **$2.28** Ea.

**BAKERY & DELI**

**SEAFOOD**

Louisiana Shrimp & Cheese Stuffed Bell Peppers



## QUALITY MEAT   Cut Fresh By Our Butcher

USDA T-Bone Steaks **$5.98** Lb.

Adrien's Seasoned Pork Steaks Value Packs **$1.58** Lb.

Adrien's Fresh Sausage **$2.98** Lb.



King Cotton Stack Pack Bacon 40 Oz. Pkg. **$8.99**

King Cotton Smoked Sausage Selected Varieties 14 Oz. **$2.79**

King Cotton Sliced Smoked Bacon 12 Oz. **$3.49**

Best Choice Corn Dogs Selected Varieties 42.7 Oz. **$4.99**

Mrs. Weaver's Pimento Cheese 24 Oz. **$3.99**

Oscar Mayer Deli Fresh Shaved Ham or Turkey 15-16 Oz. **$5.49**

Armour Lunch Makers Selected Varieties 2.44-2.9 Oz. **$1.00**

### ADRIEN'S SIGNATURE ITEMS

More than just a grocery store

Seasoned Leg Quarters Value Packs **89¢** Lb.

Marinated Baby Back Pork Ribs Value Packs **$4.99** Lb.

Adrien's Bar-B-Que Pack **$1.89** Lb.

Deli Favorite Pimento Cheese **$3.78** Lb.

Our Own Homemade French Bread Pizza **$2.28** Ea.

## BAKERY & DELI



Hormel Chopped Ham **$3.98** Lb.

Manda Cooked Roast Beef **$6.98** Lb.

Kretschmar Yellow American Cheese **$4.88** Lb.

Sundried Tomato Turkey **$7.88** Lb.

Deli Favorite Pita Bread White or Wheat **$1.50** Ea.

Gourmet Macadamia Nut Cookies Bakery Fresh **$7.88** Doz.

## SEAFOOD



Louisiana Shrimp & Cheese Stuffed Bell Peppers **$6.88** Lb.

Imported From Norway Salmon Fillets **$12.88** Lb.

Adrien's Favorite Tuna Salad **$4.98** Lb.

Adriens_6924_PG4_022421_4C



## QUALITY MEAT — Cut Fresh By Our Butcher

Sanderson Farms Boneless Chicken Breast
Value Packs, Limit 3
$1.98 Lb.

Adrien's Meat Stuffed Pork Chops
$2.48 Lb.

Adrien's Chicken In A Blanket
$2.48 Lb.

Savoie's 7 Link Sausage
Mild, Green Onion or Hot
28 Oz. Pkg.
$6.99

Smithfield Stack Pack Sliced Bacon
40 Oz.
$9.99

Oscar Mayer Meat Bologna
Selected Varieties
16 Oz.
$2.99

Best Choice IQF Natural Chicken Breasts or Tenders
2.5 Lb. Bag
$4.99

Gourmet Dining Ready To Go Meals
24-28 Oz. Pkg.
$4.99

Bar S Meat Franks or Bologna
12 Oz. Pkg.
5/$5

Hillshire Farms Thin Sliced Lunch Meats
9 Oz.
$2.99

Eckrich Smoked Sausage
13-14 Oz. Pkg.
$2.79

Tennessee Pride Roll Sausage
16 Oz.
$2.79

Swaggerty's Biscuit Sandwiches
19.2 Oz.
$4.99

Marc Angelo Kabobs
Selected Varieties
16 Oz.
$4.99

### ADRIEN'S SIGNATURE ITEMS
More than just a grocery store

Seasoned Leg Quarters
Value Packs
89¢ Lb.

Seasoned Pork Steaks
Value Packs
$1.99 Lb.

Adrien's Bar-B-Que Pack
$1.89 Lb.

Adrien's Favorite Banana Pudding
$3.28 Lb.

Our Own Homemade Jalapeno & Cheese Pull-Apart Bread
$3.18 Ea.

## BAKERY & DELI

Kretschmar Favorite Genoa Salami
$4.98 Lb.

Big Eye Swiss Cheese
$6.88 Lb.

Sara Lee Honey Roasted Turkey Breast
$7.88 Lb.

Deli Favorite Honey Ham
$4.98 Lb.

Variety Cheesecake
6 Inch
$3.98 Ea.

Bakery Fresh Gourmet Royale Cookies
$7.88 Doz.

## SEAFOOD

Farm Raised Tilapia Fillets
Imported
$4.98 Lb.

Reser's Seafood Salad
12 Oz.
$3.88 Ea.

Adriens_6924_PG4_CJ5177_4C





## QUALITY MEAT   Cut Fresh By Our Butcher

**USDA Boneless 7 Steaks** Value Packs $3.48 Lb.

**Boston Butt Pork Steaks** Value Packs $1.48 Lb.

**Adrien's Fresh Sausage** $2.98 Lb.

**Savoie's Smoked Sausage** Mild, Hot or Green Onion 24 Oz. $5.99

**Sugardale Sliced Bacon** 40 Oz. $8.99

**Johnsonville Brats** Selected Varieties 19 Oz. Pkg. $3.99

**Carolina Pride Hot Dogs or Bologna** 12 Oz. Pkg. 4/$5

**Land O Frost Deli Shaved Lunch Meats** Selected Varieties 6.5-9 Oz. $1.99

**Carolina Pride Smoked Sausage** 14 Oz. Pkg. $2.99

**Bar S Sliced Bacon** 12 Oz. Pkg. $2.99

**Swaggerty's Roll Sausage** Selected Varieties 16 Oz. Pkg. 2/$5

**Fast Fixin' Breaded Chicken** Selected Varieties 20-24 Oz. Pkg. $2.99

**Oscar Mayer Beef Hot Dogs** Selected Varieties 15-16 Oz. Pkg. $3.99

**Oscar Mayer Lean Ham** Selected Varieties 6 Oz. Pkg. $1.99

**Oscar Mayer Meat Bologna** $1.79

### ADRIEN'S SIGNATURE ITEMS
More than just a grocery store

**Seasoned Leg Quarters** Value Packs 89¢ Lb.

**Marinated Baby Back Pork Ribs** $4.99 Lb.

**Adrien's Bar-B-Que Pack** $1.89 Lb.

**Our Own Homemade Garlic Cheese Toast** $1.99 Ea.

**Adrien's Favorite Rice Dressing** $5.98 Lb.

### BAKERY & DELI

**Kretschmar Colby Jack With Jalapeno Cheese** $5.88 Lb.

**Sara Lee Mesquite Smoked Turkey Breast** $7.88 Lb.

**Bryan Favorite Regular Bologna** $2.98 Lb.

**Chisesi's Pride VIP Ham** $5.98 Lb.

**Boston Creme Cake** $6.88 Ea.

**Bakery Fresh M&M Cookies** 18 Ct. $5.99

### SEAFOOD

**Salmon Fillets** Imported From Norway $12.88 Lb.

**Deli Favorite Tuna Salad** $4.98 Lb.

**Louisiana Shrimp & Cheese Stuffed Bell Peppers** $6.88 Lb.

Adriens_BS24_PG4_031021_4C



## QUALITY MEAT — Cut Fresh By Our Butcher

USDA Boneless Sirloin Tip Roast **$3.88** lb.

Adrien's Hamburger Patties **$3.88** lb.

Adrien's Meat Stuffed Chicken Breast **$1.98** lb.

Savoie's Dressing Mix, Egg Plant and Liver Free 16 Oz. Pkg. **$2.79**

King Cotton Sliced Slab Bacon 40 Oz. Pkg. **$9.99**

Marc Angelo Kabobs Selected Varieties 20 Oz. Pkg. **$4.99**

Gwaltney Great Bologna Regular or Thick 12 Oz. Pkg. **4/$5**

King Cotton Smoked Sausage Selected Varieties **$2.99**

King Cotton Bacon 12 Oz. Pkg. **$3.79**

Tennessee Pride Pork Roll Sausage Mild, Hot or Sage 16 Oz. Pkg. **2/$5**

Mrs. Weaver's Pimento Cheese 24 Oz. **$3.99**

Curly's BBQ Selected Varieties 16 Oz. Tub **$3.99**

Oscar Mayer Uploaded Lunchables Selected Varieties 14.1-15.5 Oz. Pkg. **$2.99**

Oscar Mayer Turkey or Ham Selected Varieties **$2.99**

Sugardale Hot Dogs 12 Oz. Pkg. **99¢**

Seabest Boneless Skinless Tilapia Fillets 2 Lb. Pkg. **$6.99**

Mrs. Paul's Breaded Fish Selected Varieties 18-24.56 Oz. Pkg. **$4.69**

### ADRIEN'S SIGNATURE ITEMS
More than just a grocery store

Seasoned Leg Quarters Value Packs **89¢** Lb.

Seasoned Pork Steaks Value Packs **$1.99** Lb.

Adrien's Bar-B-Que Pack **$1.89** Lb.

Deli Favorite Potato Salad **$2.28** Lb.

Our Own Homemade Garlic Halves **$1.28** Ea.

### BAKERY & DELI

Kretschmar Pepperjack Cheese **$6.88** Lb.

Sara Lee Brown Sugar Ham **$6.88** Lb.

Manda Cooked Roast Beef **$6.88** Lb.

Manda Hog Head Cheese Hot or Mild **$4.58** Lb.

Bakery Fresh Chocolate Chunk Cookies **$7.98** Doz.

Assorted Sliced Cream Cakes **$3.68** Ea.

### SEAFOOD

Farm Raised Tilapia Fillets Imported **$4.98** Lb.

Louisiana Shrimp & Cheese Stuffed Catfish **$7.98** Lb.

Leser's Seafood Salad **$3.78** Ea.

QUALITY MEAT Cut Fresh By Our Butcher
Sugardale Butt Portion Ham $1.49 Lb.
Sugardale Shank Portion Hams $1.29 Lb.
Lean & Meaty Baby Back Pork Ribs Limit 3 $2.99 Lb.
Adrien's Hamburger Patties $3.88 Lb.
Savoie's Dressing Mix, Egg Plant and Liver Free 16 Oz. $2.79
Cajun Family Traditions Smoked Sausage Original, Hot & Spicy or Green Onion 48 Oz. $9.99
King Cotton Sliced Slab Bacon 40 Oz. Pkg. $9.99
Tyson Cornish Hens 20 Oz. $3.79
Marc Angelo Skewers Selected Varieties 16 Oz. $4.99
Best Choice Spiral Hams Whole or Half $1.99
Bryan Meat Wieners or Bologna Selected Varieties 12 Oz. 99¢
Hillshire Farms Thin Sliced Lunch Meats Selected Varieties 7-9 Oz. $2.99
Tennesee Pride Pork Sausage Selected Varieties 16 Oz. $2.79
John Morrell Smoked Sausage Selected Varieties 7 Oz. Pkg. 89¢
Tyson Breaded Chicken Selected Varieties 20-28.5 Oz. $6.99
Oscar Mayer Turkey Bacon Selected Varieties 11-12 Oz. $2.49
Oscar Mayer Fun Pack Lunchables Selected Varieties 8-10.7 Oz. $2.29
Tennesee Pride Pork Sausage Patties 18 Ct. $4.99
Curly's BBQ Selected Varieties 16 Oz. Pkg. $3.99
Sea Best Boneless Skinless Tilapia Fillets 2 Lb. Bag $6.99
Gorton's Fish Sticks Selected Varieties 19-24.5 Oz $4.49
ADRIEN'S SIGNATURE ITEMS
More than just a grocery store
Seasoned Leg Quarters Value Packs 89¢ Lb.
Seasoned Pork Steaks Value Packs $1.99 Lb.
Adrien's Bar-B-Que Pack $1.89 Lb.
Our Own Po Boy Bread $1.99 Ea.
Our Own Homemade Barbecue Beans $2.18 Lb.
BAKERY & DELI
Kretschmar Smoked Gouda Cheese $6.88 Lb.
Kretschmar Off The Bone Turkey $7.88 Lb.
Kretschmar Pickle & Pepper Loaf $4.98 Lb.
Kretschmar Virginia Smoked Ham $4.98 Lb.
Bakery Fresh Almond Joy Cookies $7.88 Doz.
Single Layer Red Velvet Cake $7.58 Ea.
SEAFOOD
Farm Raised Tilapia Fillets Imported $4.98 Lb.
Louisiana Shrimp & Cheese Stuffed Bell Peppers $6.88 Lb.
Reser's Seafood Salad $3.78 Ea.
Adriens_6924_PG4_033121_4C

