# Exhibit D



  



# MAC'S - WINNFIELD

## MAILING ADDRESS:

Mac's - Winnfield

1111 West Court Rd.

Winnfield, LA 712483

## PHONE NUMBER:

318 628 2835



Log In | Create an A

Your Store: **Mac's Fresh Market** | Click here to switch stores.

## Ad Week 2/10 thru 2/23

View Printable PDF – **Search By Category** – View My Shopping List








Page 1          Page 2          Page 3          Page 4          Page 5          Page 6

# MAC'S - WINNFIELD

## MAILING ADDRESS:

Mac's - Winnfield
1111 West Court St.
Winnfield, LA 71483

## PHONE NUMBER:

318 628 2835



# MAC'S - MONROE (WINNSBORO)

## MAILING ADDRESS:

Mac's - Monroe (Winnsboro)
1427 Winnsboro Road
Monroe, LA 71202

## PHONE NUMBER:

318 387 9899



# MAC'S - ST. JOSEPH

## MAILING ADDRESS:

Mac's - St. Joseph
320 Plank Road
St. Joseph, LA 71366

## PHONE NUMBER:

318 766 3702



# MAC'S - RIDGELAND

## MAILING ADDRESS:

Mac's - Ridgeland
398 Hwy 51 North
Ridgeland, MS 39157

## PHONE NUMBER:

601 853 7060



# MAC'S - MONROE (LINCOLN)

## MAILING ADDRESS:

Mac's - Monroe (Lincoln)
520 Lincoln Road
Monroe, LA 71203

## PHONE NUMBER:

318 343 3949



# MAC'S - COLUMBIA

## MAILING ADDRESS:

Mac's - Columbia
7105 Hwy 165
Columbia, LA 71418

## PHONE NUMBER:

318 649 5964



# MAC'S- CHENIERE DREW RD.

## MAILING ADDRESS:

Mac's- Cheniere Drew Rd.
1065 Cheniere Drew Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 8484



# MAC'S - MONROE (WINNSBORO)

## MAILING ADDRESS:

Mac's - Monroe (Winnsboro)
1427 Winnsboro Road
Monroe, LA 71202

## PHONE NUMBER:

318 387 9899



# MAC'S - ARKANSAS RD

## MAILING ADDRESS:

Mac's - Arkansas Rd
1530 Arkansas Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 1506



# MAC'S - PINEVILLE (HWY 28 EAST)

## MAILING ADDRESS:

Mac's - Pineville (Hwy 28 East)
3005 Hwy 28 East
Pineville, LA 71360

## PHONE NUMBER:

318 442 5911



# MAC'S - ALEXANDRIA

## MAILING ADDRESS:

Mac's - Alexandria
4615 Jackson St
Alexandria, LA 71301

## PHONE NUMBER:

318 442 2797



# MAC'S - PINEVILLE (SHREVEPORT HWY)

## MAILING ADDRESS:

Mac's - Pineville (Shreveport Hwy)
4617 Shreveport Hwy
Pineville, LA 71360

## PHONE NUMBER:

318 640 4819



## MAC'S - OAK GROVE

### MAILING ADDRESS:

Mac's - Oak Grove
803 East Main Street
Oak Grove, LA 71263

### PHONE NUMBER:

318 428 8151



# MAC'S- CHENIERE DREW RD.

## MAILING ADDRESS:

Mac's- Cheniere Drew Rd.
1065 Cheniere Drew Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 8484



# MAC'S - ARKANSAS RD

MAILING ADDRESS:

Mac's - Arkansas Rd
1530 Arkansas Rd.
West Monroe, LA 71291

PHONE NUMBER:

318 396 1506



# MAC'S - PINEVILLE (HWY 28 EAST)

## MAILING ADDRESS:

Mac's - Pineville (Hwy 28 East)
3005 Hwy 28 East
Pineville, LA 71360

## PHONE NUMBER:

318  442  5911



# MAC'S - ALEXANDRIA

## MAILING ADDRESS:

Mac's - Alexandria
4615 Jackson St
Alexandria, LA 71301

## PHONE NUMBER:

318 442 2797



# MAC'S - PINEVILLE (SHREVEPORT HWY)

## MAILING ADDRESS:

Mac's - Pineville (Shreveport Hwy)
4617 Shreveport Hwy
Pineville, LA 71360

## PHONE NUMBER:

318 640 4819



# MAC'S - OAK GROVE

## MAILING ADDRESS:

Mac's - Oak Grove
803 East Main Street
Oak Grove, LA 71263

## PHONE NUMBER:

318 428 8151



# MAC'S- CHENIERE DREW RD.

## MAILING ADDRESS:

Mac's- Cheniere Drew Rd.
1065 Cheniere Drew Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 8484



# MAC'S - ARKANSAS RD

MAILING ADDRESS:

Mac's - Arkansas Rd
1530 Arkansas Rd.
West Monroe, LA 71291

PHONE NUMBER:

318 396 1506



# MAC'S - PINEVILLE (HWY 28 EAST)

## MAILING ADDRESS:

Mac's - Pineville (Hwy 28 East)
3005 Hwy 28 East
Pineville, LA 71360

## PHONE NUMBER:

318 442 5911



# MAC'S - ALEXANDRIA

## MAILING ADDRESS:

Mac's - Alexandria
4615 Jackson St
Alexandria, LA 71301

## PHONE NUMBER:

318 442 2797



# MAC'S - OAK GROVE

## MAILING ADDRESS:

Mac's - Oak Grove
803 East Main Street
Oak Grove, LA 71263

## PHONE NUMBER:

318 428 8151



# MAC'S- CHENIERE DREW RD.

## MAILING ADDRESS:

Mac's- Cheniere Drew Rd.
1065 Cheniere Drew Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 8484



# MAC'S - ARKANSAS RD

## MAILING ADDRESS:

Mac's - Arkansas Rd
1530 Arkansas Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 1506



# MAC'S - PINEVILLE (HWY 28 EAST)

## MAILING ADDRESS:

Mac's - Pineville (Hwy 28 East)
3005 Hwy 28 East
Pineville, LA 71360

## PHONE NUMBER:

318 442 5911



# MAC'S - ALEXANDRIA

## MAILING ADDRESS:

Mac's - Alexandria
4615 Jackson St
Alexandria, LA 71301

## PHONE NUMBER:

318 442 2797



# MAC'S - PINEVILLE (SHREVEPORT HWY)

## MAILING ADDRESS:

Mac's - Pineville (Shreveport Hwy)
4617 Shreveport Hwy
Pineville, LA 71360

## PHONE NUMBER:

318 640 4819



# MAC'S - OAK GROVE

## MAILING ADDRESS:

Mac's - Oak Grove
803 East Main Street
Oak Grove, LA 71263

## PHONE NUMBER:

318 428 8151



# MAC'S- CHENIERE DREW RD.

## MAILING ADDRESS:

Mac's- Cheniere Drew Rd.
1065 Cheniere Drew Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 8484



# MAC'S - ARKANSAS RD

## MAILING ADDRESS:

Mac's - Arkansas Rd
1530 Arkansas Rd.
West Monroe, LA 71291

## PHONE NUMBER:

318 396 1506



# MAC'S - PINEVILLE (HWY 28 EAST)

## MAILING ADDRESS:

Mac's - Pineville (Hwy 28 East)
3005 Hwy 28 East
Pineville, LA 71360

## PHONE NUMBER:

318 442 5911



# MAC'S - ALEXANDRIA

## MAILING ADDRESS:

Mac's - Alexandria
4615 Jackson St
Alexandria, LA 71301

## PHONE NUMBER:

318 442 2797



# MAC'S - PINEVILLE (SHREVEPORT HWY)

## MAILING ADDRESS:

Mac's - Pineville (Shreveport Hwy)
4617 Shreveport Hwy
Pineville, LA 71360

## PHONE NUMBER:

318 640 4819



# MAC'S - OAK GROVE

## MAILING ADDRESS:

Mac's - Oak Grove
803 East Main Street
Oak Grove, LA 71263

## PHONE NUMBER:

318 428 8151



## MAC'S - WINNFIELD

MAILING ADDRESS:

Mac's - Winnfield
1111 West Court St.
Winnfield, LA 71483

PHONE NUMBER:

318 628 2835



# MAC'S - MONROE (WINNSBORO)

## MAILING ADDRESS:

Mac's - Monroe (Winnsboro)
1427 Winnsboro Road
Monroe, LA 71202

## PHONE NUMBER:

318 387 9899



## MAC'S - ST. JOSEPH

### MAILING ADDRESS:

Mac's - St. Joseph
320 Plank Road
St. Joseph, LA 71366

### PHONE NUMBER:

318 766 3702



# MAC'S - MONROE (LINCOLN)

## MAILING ADDRESS:

Mac's - Monroe (Lincoln)
520 Lincoln Road
Monroe, LA 71203

## PHONE NUMBER:

318 343 3949



## MAC'S - COLUMBIA

### MAILING ADDRESS:

Mac's - Columbia
7105 Hwy 165
Columbia, LA 71418

### PHONE NUMBER:

318 649 5964



# MAC'S - WINNFIELD

## MAILING ADDRESS:

Mac's - Winnfield
1111 West Court St.
Winnfield, LA 71483

## PHONE NUMBER:

318 628 2835



# MAC'S - MONROE (WINNSBORO)

## MAILING ADDRESS:

Mac's - Monroe (Winnsboro)

1427 Winnsboro Road

Monroe, LA 71202

## PHONE NUMBER:

318 387 9899



## MAC'S - MONROE (LINCOLN)

### MAILING ADDRESS:

Mac's - Monroe (Lincoln)
520 Lincoln Road
Monroe, LA 71203

### PHONE NUMBER:

318 343 3949



# MAC'S - COLUMBIA

MAILING ADDRESS:

Mac's - Columbia
7105 Hwy 165
Columbia, LA 71418

PHONE NUMBER:

318 649 5964



# MAC'S - WINNFIELD

## MAILING ADDRESS:

Mac's - Winnfield
1111 West Court St.
Winnfield, LA 71483

## PHONE NUMBER:

318 628 2835



# MAC'S - MONROE (WINNSBORO)

## MAILING ADDRESS:

Mac's - Monroe (Winnsboro)
1427 Winnsboro Road
Monroe, LA 71202

## PHONE NUMBER:

318 387 9899



# MAC'S - ST. JOSEPH

## MAILING ADDRESS:

Mac's - St. Joseph
320 Plank Road
St. Joseph, LA 71366

## PHONE NUMBER:

318 766 3702



# MAC'S - OLLA

## MAILING ADDRESS:

Mac's - Olla
4755 Main Street
Olla, LA 71465

## PHONE NUMBER:

318 495 5004



# MAC'S - MONROE (LINCOLN)

## MAILING ADDRESS:

Mac's - Monroe (Lincoln)
520 Lincoln Road
Monroe, LA 71203

## PHONE NUMBER:

318 343 3949



# MAC'S - COLUMBIA

## MAILING ADDRESS:

Mac's - Columbia
7105 Hwy 165
Columbia, LA 71418

## PHONE NUMBER:

318 649 5964

