# Exhibit F





















