UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**PREPARED FOOD PHOTOS INC**            CASE NO. 3:22-CV-00037

**VERSUS**                              JUDGE TERRY A. DOUGHTY

**EPIC SOLUTIONS L L C ET AL**          MAG. JUDGE KAYLA D. MCCLUSKY

## J U D G M E N T

The Report and Recommendation [Doc. No. 53] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 54] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Epic Solutions, LLC and Epic Cybernetics, LLCs' Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No 39] is **GRANTED** and that Plaintiff's claims against Defendant, Epic Cybernetics, LLC, are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of September 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE